**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION

Case number *(if known)* _____  Chapter  7

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | CUSITECH LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 82-4053729 |

| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 833 Green Crest Drive | |
| | | Westerville, OH 43081 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Franklin | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| **5.** | **Debtor's website** (URL) | |
|---|---|---|

| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

Debtor    CUSITECH LLC
_____    Case number (if known) _____
Name

---

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds** .

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   CUSITECH LLC
      Name                                                                    Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _September 4, 2023_
              MM / DD / YYYY

**X** /s/   Craig Kalie _____       Craig Kalie _____
      Signature of authorized representative of debtor        Printed name

Title   _Manager_ _____

---

**18. Signature of attorney**

**X** /s/ David Whittaker _____    Date   _September 4, 2023_ _____
      Signature of attorney for debtor                   MM / DD / YYYY

David Whittaker 0019307 _____
Printed name

Two Miranova Pl Ste 700 _____
Firm name

2 Miranova Pl
Suite 700
Columbus, OH 43215 _____
Number, Street, City, State & ZIP Code

Contact phone   (614) 340-7431 _____    Email address   dwhittaker@isaacwiles.com _____

0019307 OH _____
Bar number and State

---

| Fill in this information to identify the case: |
|---|

Debtor name    CUSITECH LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.**   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   **Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.**   18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒   Other document that requires a declaration    Verification of Creditor List Form 1015-2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 4, 2023     **X** /s/   Craig Kalie
                                                Signature of individual signing on behalf of debtor

                                                Craig Kalie
                                                Printed name

                                                  Manager
                                                 Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ____CUSITECH LLC____

United States Bankruptcy Court for the: ____SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

<table>
<tr><td colspan="3"><b>Part 1:</b>   <b>Summary of Assets</b></td></tr>
<tr><td>1.</td><td colspan="2"><i><b>Schedule A/B: Assets-Real and Personal Property</b></i> (Official Form 206A/B)</td></tr>
<tr><td></td><td><b>1a. Real property:</b><br>Copy line 88 from <i>Schedule A/B</i>..........................................................</td><td>$         0.00</td></tr>
<tr><td></td><td><b>1b. Total personal property:</b><br>Copy line 91A from <i>Schedule A/B</i>......................................................</td><td>$    3,914,434.00</td></tr>
<tr><td></td><td><b>1c. Total of all property:</b><br>Copy line 92 from <i>Schedule A/B</i>........................................................</td><td>$    3,914,434.00</td></tr>
</table>

<table>
<tr><td colspan="3"><b>Part 2:</b>   <b>Summary of Liabilities</b></td></tr>
<tr><td>2.</td><td colspan="2"><i><b>Schedule D: Creditors Who Have Claims Secured by Property</b></i> (Official Form 206D)<br>Copy the total dollar amount listed in Column A, <i>Amount of claim,</i> from line 3 of <i>Schedule D</i>..................</td><td>$    5,031,240.00</td></tr>
<tr><td>3.</td><td colspan="2"><i><b>Schedule E/F: Creditors Who Have Unsecured Claims</b></i> (Official Form 206E/F)</td><td></td></tr>
<tr><td></td><td colspan="2"><b>3a. Total claim amounts of priority unsecured claims:</b><br>Copy the total claims from Part 1 from line 5a of <i>Schedule E/F</i>..............................................</td><td>$       0.00</td></tr>
<tr><td></td><td colspan="2"><b>3b. Total amount of claims of nonpriority amount of unsecured claims:</b><br>Copy the total of the amount of claims from Part 2 from line 5b of <i>Schedule E/F</i>..............................</td><td>+$   4,043,567.05</td></tr>
<tr><td>4.</td><td colspan="2"><b>Total liabilities</b> .........................................................................................................<br>Lines 2 + 3a + 3b</td><td>$    9,074,807.05</td></tr>
</table>

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___CUSITECH LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Vectra Bank | Checking | 1133 | $0.00 |
| 3.2. | Vectra Bank | Checking | 1141 | $0.00 |
| 3.3. | Vectra Bank | Checking | 1125 | $1,476.00 |
| 3.4. | Vectra Bank | Checking | 1158 | $58.00 |
| 3.5. | Vectra Bank | Checking | 0079 | $0.00 |
| 3.6. | Pathways Financial Credit Union | Credit Union | 2150 | $60,000.00 |

4.  **Other cash equivalents** *(Identify all)*

Debtor __CUSITECH LLC_____        Case number *(If known)* _____
        Name

5.   **Total of Part 1.**                                                    | $61,534.00 |
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.      **Accounts receivable**

11b. Over 90 days old: ___2,254,000.00___ - ___250,000.00___ =.... | $2,004,000.00 |
                       face amount         doubtful or uncollectible accounts

11b. Over 90 days old: ___430,000.00___ - ___200,000.00___ =.... | $230,000.00 |
                       face amount       doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                   | $2,234,000.00 |
      Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                    % of ownership | | |
| 15.1. | Galley Road Properties LLC          100 % | Pending sale | $350,000.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

17.   **Total of Part 4.**                                                   | $350,000.00 |
      Add lines 14 through 16.   Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor      CUSITECH LLC
_____      Case number *(If known)* _____
            Name

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Ohio Inventory $5,000 Colorado Inventory $300,000 Florida Inventory $150,000 | | $460,000.00 | Liquidation | $460,000.00 |

23. **Total of Part 5.**

    Add lines 19 through 22.   Copy the total to line 84.

    $460,000.00

24. **Is any of the property listed in Part 5 perishable?**
    ☒ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☐ No.   Go to Part 7.
    ☒ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* Equipment | | $96,000.00 | Liquidation | $96,000.00 |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | | |

33. **Total of Part 6.**

    Add lines 28 through 32.   Copy the total to line 85.

    $96,000.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☒ No
    ☐ Yes.   Is any of the debtor's property stored at the cooperative?
            ☐ No
            ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Debtor    CUSITECH LLC _____    Case number *(If known)* _____
  Name

☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   ☒ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Ohio Furniture and Office Equipment    $65,000<br>Colorado Furniture and Office Equipment $50,000<br>Florida Furniture and Office Equipment $3,000 | $118,000.00 | Liquidation | $118,000.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                 $118,000.00
      Add lines 39 through 42.    Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☒ No
      ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   Motor Vehicles | $175,000.00 | Comparable sale | $175,000.00 |
| 47.2.   2019 Ford Transit | $39,000.00 | Comparable sale | $39,000.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    CUSITECH LLC _____    Case number *(If known)* _____
       Name

| | | | | |
|---|---|---|---|---|
| 47.3. | 2020 Ford Transit | $40,000.00 | Comparable sale | $40,000.00 |
| 47.4. | Centra Grinder | $18,000.00 | Liquidation | $18,000.00 |
| 47.5. | Samy Manual Coupler and Buckets | $32,000.00 | Liquidation | $32,000.00 |
| 47.6. | 2020 Ford Transit T350 | $30,900.00 | Liquidation | $30,900.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50.   Copy the total to line 87.
                                                   $334,900.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☒ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ☒ No.   Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☒ No.   Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.   Go to Part 12.
   ☒ Yes Fill in the information below.

                                                        **Current value of
debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | CUSITECH LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**has been filed)**

| Pending litigation against Steve Vandenburg et. al. | | Unknown |
|---|---|---|
| **Nature of claim** | Breach of contract and theft | |
| **Amount requested** | $500,000.00 | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Insurance claim against Steve Vandenburg and Amy Alexander for theft of accounts receivable | | $250,000.00 |
|---|---|---|
| **Nature of claim** | insurance claim | |
| **Amount requested** | $250,000.00 | |

| Insurance claim for theft of trailer | | $10,000.00 |
|---|---|---|
| **Nature of claim** | Insurance claim | |
| **Amount requested** | $10,000.00 | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    $260,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor     __CUSITECH LLC_____     Case number *(If known)* _____
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $61,534.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,234,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $350,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $460,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $96,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $118,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $334,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $260,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,914,434.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,914,434.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___CUSITECH LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | Centra Funding LLC | | |
|---|---|---|---|

Creditor's Name
1400 Preston Rd.
#115
Plano, TX 75093
Creditor's mailing address

Describe debtor's property that is subject to a lien
Centra Grinder

$7,940.00 | $18,000.00

Creditor's email address, if known

**Describe the lien**
Purchase Money Security
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
March 2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Centra Funding LLC
2. Pathways Federal Credit Union

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | Downtown Electric & Lighting Inc. | | |
|---|---|---|---|

Creditor's Name

78 Tumbleweed Trail
Penrose, CO 81240
Creditor's mailing address

Describe debtor's property that is subject to a lien

$123,000.00 | $0.00

Creditor's email address, if known

**Describe the lien**
Purchase Money Security Interest not timely perfected
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
October 2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

Official Form 206D    **Schedule D: Creditors Who Have Claims Secured by Property**    page 1 of 7

Debtor    __CUSITECH LLC__            Case number (if known) _____

Name

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.3 | Ford Motor Credit | **Describe debtor's property that is subject to a lien** | $21,000.00 | $30,900.00 |

Creditor's Name    2020 Ford Transit T350

PO Box 650575
Dallas, TX 75265-5575

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
May 2022
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 | MW GRP Capital | **Describe debtor's property that is subject to a lien** | $1,485,500.00 | $2,694,000.00 |

Creditor's Name
17 State Street
Suite 630
New York, NY 10004

Accounts Receivable $2,254,000; Retainage
$430,000; Ohio Inventory $5,000Colorado
Inventory $300,000Florida Inventory $150,000

Creditor's mailing address

**Describe the lien**
Asserted Purchase of Accounts Receivable

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
February 2023
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
☐ No
☒ Yes. Specify each creditor,
including this creditor and its relative
priority.
1. Pathways Federal Credit
Union
2. Small Business
Administration
3. MW GRP Capital
4. Pearl Delta Funding LLC

---

| 2.5 | Pathways Federal Credit Union | **Describe debtor's property that is subject to a lien** | $1,600,000.00 | $3,150,000.00 |

Creditor's Name
5665 North Hamilton Road

Pathways Financial Credit Union ; Accounts

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | CUSITECH LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

Columbus, OH 43230

Receivable $2,254,000; Retainage $430,000; Ohio Inventory $5,000Colorado Inventory $300,000Florida Inventory $150,000; Ohio Furniture and Office Equipment $65,000Colorado Furniture and Office Equipment $50,000Florida Furniture and Office Equipment $3,000; Centra Grinder ; Pending litigation against Steve Vandenburg et. al. ; Insurance claim against Steve Vandenburg and Amy Alexander for theft of accounts receivable ; Insurance claim for theft of trailer

**Creditor's mailing address**

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
November 2018 one term loan and one line of credit
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Peak Professional Contractors Inc. | Describe debtor's property that is subject to a lien | $400,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

1428 North Franklin Street
Colorado Springs, CO 80907
Creditor's mailing address

**Describe the lien**
Purchase Money Security Interest not timely perfected

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
February 2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Pearl Delta Funding LLC | Describe debtor's property that is subject to a lien | $185,000.00 | $2,908,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

Accounts Receivable $2,254,000; Retainage $430,000; Ohio Inventory $5,000; Colorado Inventory $300,000Florida Inventory $150,000; Equipment ; Ohio Furniture and Office Equipment     $65,000Colorado Furniture and Office Equipment $50,000Florida Furniture and Office Equipment $3,000

525 Washington Blvd.
Suite 300
Jersey City, NJ 07310

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 7

Debtor   CUSITECH LLC _____   Case number (if known) _____
         Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>Asserted Purchase of Accounts Receivable _____<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Creditor's email address, if known | |
| **Date debt was incurred**<br>June 2023<br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.5 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.8 | Small Business Administration | | $520,000.00 | $3,072,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>Accounts Receivable $2,254,000; Retainage $430,000; Ohio Inventory $5,000Colorado Inventory $300,000Florida Inventory $150,000; Ohio Furniture and Office Equipment $65,000Colorado Furniture and Office Equipment $50,000Florida Furniture and Office Equipment $3,000; Pending litigation against Steve Vandenburg et. al. ; Insurance claim against Steve Vandenburg and Amy Alexander for theft of accounts receivable ; Insurance claim for theft of trailer | | |
| | 2 North Street<br>Suite 320<br>Birmingham, AL 35203 | | | |
| | Creditor's mailing address | **Describe the lien**<br>Non-Purchase Money Security _____<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Creditor's email address, if known | | | |
| | **Date debt was incurred**<br>July 2020<br>**Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.5 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| 2.9 | Steve's Electric of South Florida Inc. | | Unknown | $0.00 |
|---|---|---|---|---|
| | Creditor's Name<br>Attn. Steve Vandenburg<br>1093 Fenway Rd.<br>Port Saint Lucie, FL 34953 | **Describe debtor's property that is subject to a lien** | | |
| | Creditor's mailing address | **Describe the lien**<br>Purchase Money Security Interest not timely perfected _____<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Creditor's email address, if known | | | |
| | **Date debt was incurred**<br>February 2022 | | | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 7

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed |
|---|---|

---

| 2.10 | Systems Electric Inc. | Describe debtor's property that is subject to a lien | $547,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

90 Talamine Ct.
Colorado Springs, CO 80907
Creditor's mailing address

**Describe the lien**
Purchase Money Security Interest not timely perfected

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
May 2022

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

---

| 2.11 | TD Auto Finance LLC | Describe debtor's property that is subject to a lien<br>2019 Ford Transit | $32,000.00 | $39,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

2777 Inkster Rd.
Farmington, MI 48334
Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
June 2022

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

---

| 2.12 | TD Auto Finance LLC | Describe debtor's property that is subject to a lien<br>2020 Ford Transit | $33,000.00 | $40,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

2777 Inkster Rd.
Farmington, MI 48334
Creditor's mailing address

**Describe the lien**
Purchase Money Security

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 5 of 7 |
|---|---|---|

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
June 2022
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 3 | Zions Credit Corporation | Describe debtor's property that is subject to a lien | $76,800.00 | $32,000.00 |
|---|---|---|---|---|

Creditor's Name
DBA Vectra Bank Colorado
310 South Main Street
Suite 1300
Salt Lake City, UT 84101

Samy Manual Coupler and Buckets

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
June 2022
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $5,031,240.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Bethany Hamilton, Esq United States Attorney's Office 303 Marconi Blvd., Suite 200 Columbus, OH 43215 | Line  2.8 | |
| Debra L. Fortenberry Esq. Fortenberry Law Group LLC 620 S. Cascade Ave., Suite 103 Colorado Springs, CO 80903 | Line  2.6 | |
| Diane Rhonda Randeem Esq. Office of Theodore John Cohen Esq. 410 Jericho Turnpike Jericho, NY 11753 | Line  2.7 | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | CUSITECH LLC | Case number (if known) | |
|--------|--------------|------------------------|--|
| | Name | | |

| | |
|--|--|
| Geoffrey Peters Esq.<br>Weltman Weinberg & Reis<br>500 Bradenton Ave. Ste. 100<br>Dublin, OH 43017 | Line  2.5 |
| ITASCA PARTNERS LLC<br>1428 North Franklin Street<br>Colorado Springs, CO 80907 | Line  2.6 |
| Mulliken Weiner Berg & Jolivet<br>Alamo Corporate Center<br>102 South Tejon Street, Suite 900<br>Colorado Springs, CO 80903 | Line  2.10 |
| Sampson MCA LLP<br>C/O Luis Rothery<br>Berkovitch and Bouskila<br>1545 Route 202 Suite 101<br>Pomona, NY 10970 | Line  2.4 |
| Systems Electric Inc.<br>5295 Suburban Drive<br>Colorado Springs, CO 80911 | Line  2.10 |
| US Small Business Administration<br>65 E. State Street<br>Suite 1350<br>Columbus, OH 43215 | Line  2.8 |
| US Small Business Administration<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203 | Line  2.8 |
| Vectra Bank Colorado<br>111 South Tejon Street<br>#103<br>Colorado Springs, CO 80903 | Line  2.13 |
| Virginia P. Sherlock Esq.<br>Littman Sherlock & Heims PA<br>PO Box 1197<br>Stuart, FL 34995 | Line  2.9 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___CUSITECH LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** 215 WESTERVILLE AUTO CENTER LTD 5891 WESTERVILLE RD Westerville, OH 43081 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,622.93 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Business Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| **3.2** | **Nonpriority creditor's name and mailing address** 51 EC INC 2960 N. ACADEMY BLVD, SUITE 150 Colorado Springs, CO 80917 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,750.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Business Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| **3.3** | **Nonpriority creditor's name and mailing address** 5280 FLOORS LLC 2505 W. 2ND AVE, UNIT #9 Denver, CO 80219 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,577.03 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Business Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| **3.4** | **Nonpriority creditor's name and mailing address** A-1 BACKFLOW 3110 CENTURY STREET Colorado Springs, CO 80907 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $95.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Business Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| **3.5** | **Nonpriority creditor's name and mailing address** AAA MECHANICAL CONTRACTORS 2755 STONER CT North Liberty, IA 52317 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $780.16 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Business Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6**

**Nonpriority creditor's name and mailing address**
ACCU-TECH
PO BOX 840781
Dallas, TX 75284

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No   ☐ Yes

$48,104.00

---

**3.7**

**Nonpriority creditor's name and mailing address**
AECOM TECHNICAL SERVICES INC
1178 PAYSPHERE CIRCLE
Chicago, IL 60674

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No   ☐ Yes

$24,138.00

---

**3.8**

**Nonpriority creditor's name and mailing address**
ALL PHASE LOCATING INC
6211 LAKE GULCH ROAD
Castle Rock, CO 80104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No   ☐ Yes

$140.00

---

**3.9**

**Nonpriority creditor's name and mailing address**
All Purpose Paving Inc
315 Sunset Road

Colorado Springs, CO 80909

**Date(s) debt was incurred** July 2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Mechanics lien claim against non-debtor property

Is the claim subject to offset? ☒ No   ☐ Yes

$7,500.00

---

**3.10**

**Nonpriority creditor's name and mailing address**
ALLIANCE LEASING CORP
10200 E. GIRARD AVE, SUITE B-223
Denver, CO 80231

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No   ☐ Yes

$2,979.28

---

**3.11**

**Nonpriority creditor's name and mailing address**
AMERICAN BEAUTY MECHANICAL
2040 S. LINCOLN STREET
Denver, CO 80210

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No   ☐ Yes

$42,360.00

---

**3.12**

**Nonpriority creditor's name and mailing address**
AMERICAN EXPRESS
PO BOX 96001
Los Angeles, CA 90096

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No   ☐ Yes

$78,060.42

---

**3.13**

**Nonpriority creditor's name and mailing address**
AMERICAN INCORPORATORS LTD
1013 CENTRE ROAD, SUITE 403-A
Wilmington, DE 19805

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No   ☐ Yes

$149.00

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,414.66 |
|---|---|---|---|

ARIMAG CONSTRUCTION LLC
7302 COLE VIEW
Colorado Springs, CO 80915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,758.15 |
|---|---|---|---|

ARTISAN PIPE SYSTEMS INC
P.O. BOX 25699
Colorado Springs, CO 80936

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,176.00 |
|---|---|---|---|

Artisian Pipe Systems Inc.
655 Elkton Dr.
Suite 100
Colorado Springs, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** July 2023

**Last 4 digits of account number** _

**Basis for the claim:** Mechanics lien claim against non-debtor property

Is the claim subject to offset? ☒ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,170.00 |
|---|---|---|---|

ASSOCIATED GENERAL CONTRACTORS OF
COLOR
PO BOX 176210
Denver, CO 80217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,041.76 |
|---|---|---|---|

AUTO-OWNERS INSURANCE
PO BOX 740312
Cincinnati, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,186.33 |
|---|---|---|---|

AXIS PORTABLE AIR
4132 W VENUS WAY
Chandler, AZ 85226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,770.77 |
|---|---|---|---|

B&H FOTO & ELECTRONICS CORP
REMITTANCE PROCESSING CENTER
PO BOX 28072
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $289.57 |
|---|---|---|---|

BELKNAP CONCRETE CUTTING & DRILLING
9030 SOLON RD
Houston, TX 77064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,329.00 |
|---|---|---|---|

BERGER IRON WORKS, INC
8070 W. LITTLE YORK ROAD
Houston, TX 77040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Bill's Equipment & Supply Inc.
125 SOUTH CHESTNUT
Colorado Springs, CO 80905

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $556,044.74 |
|---|---|---|---|

BLAZER ELECTRIC SUPPLY MANAGEMENT
CO
PO BOX 636
Pueblo, CO 81002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,362.89 |
|---|---|---|---|

BO STEEL FABRICATION & STRUCTURAL
DESIGN
2275 SPECTRA DRIVE, SUITE B
Colorado Springs, CO 80904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,810.93 |
|---|---|---|---|

BOTTOM LINE CONCEPTS LLC
3323 NE 163RD STREET, SUITE 302
North Miami Beach, FL 33160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $65,881.25 |
|---|---|---|---|

BULLETPROOF PLUMBING & HEATING INC
6920 ROPERS POINT
Colorado Springs, CO 80908

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $72.21 |
|---|---|---|---|

BUSINESS PLANS INC
432 EAST PEARL ST
Miamisburg, OH 45343

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,836.12 |
|---|---|---|---|

CASSIDY LAW
7650 RIVERS EDGE DR
Columbus, OH 43235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.30** | Nonpriority creditor's name and mailing address
CCI FLOOR COVERING INC
1577 SW 1ST WAY BAY E12
Deerfield Beach, FL 33441

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset?  ☒ No   ☐ Yes

$990.00

---

**3.31** | Nonpriority creditor's name and mailing address
CELESTIAL COATINGS LLC
3126 BRADY BLVD
Colorado Springs, CO 80909

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset?  ☒ No   ☐ Yes

$45,600.00

---

**3.32** | Nonpriority creditor's name and mailing address
CHARTER ROOFING CO INC
6126 SCARLET DRIVE
Houston, TX 77048

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset?  ☒ No   ☐ Yes

$1,600.00

---

**3.33** | Nonpriority creditor's name and mailing address
CINCINNATI INSURANCE COMPANIES
P.O. BOX 145620
Cincinnati, OH 45250

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset?  ☒ No   ☐ Yes

$10,635.00

---

**3.34** | Nonpriority creditor's name and mailing address
CINTAS CORP
P.O. BOX 88005
Chicago, IL 60680

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset?  ☒ No   ☐ Yes

$736.18

---

**3.35** | Nonpriority creditor's name and mailing address
CITY ELECTRIC SUPPLY CO - DALLAS
DIVISIO
P.O. BOX 131811
Dallas, TX 75313

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset?  ☒ No   ☐ Yes

$132.68

---

**3.36** | Nonpriority creditor's name and mailing address
CITY OF WESTERVILLE (WE CONNECT)
DEPT 781819
Detroit, MI 48278

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset?  ☒ No   ☐ Yes

$1,032.00

---

**3.37** | Nonpriority creditor's name and mailing address
COLORADO MOISTURE CONTROL INC
3801 EAST 50TH AVE
Denver, CO 80216

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset?  ☒ No   ☐ Yes

$4,500.00

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|---|---|---|---|

COLORADO SPRINGS CHAMBER & EDC
102 SOUTH TEJON STREET #430
Colorado Springs, CO 80903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $121.93 |
|---|---|---|---|

COLORADO SPRINGS LEGAL COPY
102 SOUTH TEJON #860
Colorado Springs, CO 80903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $141.74 |
|---|---|---|---|

COLORADO SPRINGS UTILITIES
P.O. BOX 340
Colorado Springs, CO 80901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $562.24 |
|---|---|---|---|

COMPLETE LIGHTING OF COLORADO LLC
4622-B NORTHPARK DRIVE
Colorado Springs, CO 80918

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

CONSOLIDATED ELECTRICAL DIST -
ATLANTA
PO BOX 936240
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $57,190.90 |
|---|---|---|---|

CONSOLIDATED ELECTRICAL DIST.
DENVER
PO BOX 913120
Denver, CO 80291

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $850.00 |
|---|---|---|---|

CONTRACT COVERINGS
7386 COLE VIEW, SUITE 100
Colorado Springs, CO 80915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,630.00 |
|---|---|---|---|

CSNA ARCHITECTS
532 NORTH TEJON STREET
Colorado Springs, CO 80903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.46** | Nonpriority creditor's name and mailing address
CTA ENGINEERING CORP.
611 N. NEVADA AVE, SUITE 4
Colorado Springs, CO 80903

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?   ☒ No   ☐ Yes

$4,300.00

---

**3.47** | Nonpriority creditor's name and mailing address
DAVID A LANGLEY ARCHITECHTS PC
PO BOX 5858
Woodland Park, CO 80866

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?   ☒ No   ☐ Yes

$9,225.00

---

**3.48** | Nonpriority creditor's name and mailing address
DELL FINANCIAL SERVICES LLC
PAYMENT PROCESSING CENTER
PO BOX 5292
Carol Stream, IL 60197

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?   ☒ No   ☐ Yes

$1,332.94

---

**3.49** | Nonpriority creditor's name and mailing address
DIVERSIFIED ROOFING & CONSTRUCTION
4553 E. PLATTE AVE
Colorado Springs, CO 80915

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?   ☒ No   ☐ Yes

$61,945.19

---

**3.50** | Nonpriority creditor's name and mailing address
DR DIAMOND POWER SERVICES LP
13413 TOPEKA STREET
Houston, TX 77015

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?   ☒ No   ☐ Yes

$3,941.00

---

**3.51** | Nonpriority creditor's name and mailing address
DRYWALL MATERIAL SALES, LLC
4285 NORTHPARK DR
Colorado Springs, CO 80907

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?   ☒ No   ☐ Yes

$306.84

---

**3.52** | Nonpriority creditor's name and mailing address
E-470 PUBLIC HIGHWAY AUTHORITY
PO BOX 5470
Denver, CO 80217

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?   ☒ No   ☐ Yes

$8.25

---

**3.53** | Nonpriority creditor's name and mailing address
Earthwise Demolition
3825 TEAKWOOD PL
Colorado Springs, CO 80918

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?   ☒ No   ☐ Yes

$14,030.77

---

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $562.23 |
|---|---|---|---|

ERNST CONCRETE
PO BOX 13577
Dayton, OH 45413

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,794.17 |
|---|---|---|---|

EXO AUTO WORKS LLC
124 S. EL PASO, UNIT B
Colorado Springs, CO 80903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,049.30 |
|---|---|---|---|

FEDEX
P.O. BOX 94515
Palatine, IL 60094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $351,774.64 |
|---|---|---|---|

FIELD NATION
733 MARQUETTE AVE #800
Minneapolis, MN 55402-3265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

FOUNDATION BUILDING MATERIALS
6872 PAYSPHERE CIR
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,906.13 |
|---|---|---|---|

FOXWORTH GALBRAITH
3131 N. NEVADA AVENUE
Colorado Springs, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,373.00 |
|---|---|---|---|

FREEDOM DOOR SPECIALISTS
PO BOX 4367
Macon, GA 31204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $855.11 |
|---|---|---|---|

GARZA INTERIORS AND DESIGNS
800 RESEARCH FOREST
SUITE 115, PMB 35
Spring, TX 77382

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $62,342.14 |
|---|---|---|---|
| | GGF dba THE GLAZIERS<br>814 N. SANTA FE AVE<br>Pueblo, CO 81003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $61,560.46 |
|---|---|---|---|
| | GRAYBAR<br>12444 COLLECTIONS CENTER DR<br>Chicago, IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,077.58 |
|---|---|---|---|
| | H&E EQUIPMENT SERVICES INC<br>P.O. BOX 849850<br>Dallas, TX 75284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $55,026.20 |
|---|---|---|---|
| | HINDSIGHT ELECTRIC LLC<br>401 LAREDO STREET, SUITE H<br>Aurora, CO 80011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $211.52 |
|---|---|---|---|
| | HOLES INCORPORATED<br>9911 FRANKLIN ROAD<br>Houston, TX 77070 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,398.07 |
|---|---|---|---|
| | HOLLINGSWORTH CAPITAL PARTNERS<br>TWO CENTRE PLAZA<br>Clinton, TN 37716 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,359.52 |
|---|---|---|---|
| | HOME DEPOT CREDIT SERVICES<br>P.O. BOX 6405<br>Dallas, TX 75265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $45,329.74 |
|---|---|---|---|
| | HOUSTON CABINETS INC<br>5902 ROYALTON STREET<br>Houston, TX 77081 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$580.83**

HOUSTON SEA OF GLASS LLC
13230 HEMPSTEAD RD, SUITE 322B
Houston, TX 77040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ____

**Last 4 digits of account number** ____

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,577.50**

HUBSPOT INC
25 FIRST STREET, 2ND FLOOR
Cambridge, MA 02141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ____

**Last 4 digits of account number** ____

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,123.30**

HVAC SOLUTIONS INC
655 ELKTON DR, SUITE 200
Colorado Springs, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ____

**Last 4 digits of account number** ____

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,500.09**

HW COMMERCIAL INTERIORS LLC
6385 CORPORATE DR SUITE 101
Colorado Springs, CO 80919

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ____

**Last 4 digits of account number** ____

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$874.50**

IEC SOUTHERN COLORADO CHAPTER
2345 NORTH ACADEMY BLVD
Colorado Springs, CO 80909

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ____

**Last 4 digits of account number** ____

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Inspiration Holdings LLC
5505-5515 Palmer Park Blvd.
Colorado Springs, CO 80915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** July 2023

**Last 4 digits of account number** ____

**Basis for the claim:** Claim related to mechanics lien against property

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,652.91**

IRON MOUNTAIN
75 TALAMINE CT. SUITE A
Colorado Springs, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ____

**Last 4 digits of account number** ____

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,182.35**

J&S DRYWALL SPECIALTIES INC
5391 E 88TH AVENUE
Brighton, CO 80602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ____

**Last 4 digits of account number** ____

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32,797.80

J2D ELECTRIC INC
4 CARSON CIRCLE
Fountain, CO 80817

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $65,000.00

Jacob M. Resnick Esq
Mavrick Law Firm
1620 W. Oakland Park Blvd.
Suite 300

Fort Lauderdale, FL 33311

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _During 2022 and 2023_

**Basis for the claim:** _Attorney fees_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,055.00

JAN PRO FRANCHISE DEVELOPMENT OF
SOUTH
5360 N. ACADEMY BLVD, SUITE 150
Colorado Springs, CO 80918

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,182.00

JG CONSTRUCTION
10413 N OSWEGO ST
Houston, TX 77029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $925.70

JIFFY LUBE/MYFLEETCENTER.COM
P.O. BOX 620130
Middleton, WI 53562

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,280.00

JOHN P NELSON ASSOCIATES
1626 E PIKES PEAK AVE
Colorado Springs, CO 80909

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,224.00

JR ROOF MAINTENANCE, LLC
1316 VALLEY STREET
Colorado Springs, CO 80915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Debtor | CUSITECH LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.85** | **Nonpriority creditor's name and mailing address**
K&M ELECTRIC SUPPLY INC
7641 CENTRAL INDUSTRIAL DRIVE
RIVIERA BEACH, FL 33404-3487

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

$114,960.33

---

**3.86** | **Nonpriority creditor's name and mailing address**
KBR Wyle Services
970 West 190" Street
Suite 890

Aurora, IL 60502

**Date(s) debt was incurred** May 2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Claim related to mechanics lien against property

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.87** | **Nonpriority creditor's name and mailing address**
KIMLEY-HORN AND ASSOCIATES INC
421 FAYETTEVILLE STREET, SUITE 600
Raleigh, NC 27601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

$4,000.00

---

**3.88** | **Nonpriority creditor's name and mailing address**
LIGHTNING BOLT INC
P.O. BOX 7643
Colorado Springs, CO 80933

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

$307.32

---

**3.89** | **Nonpriority creditor's name and mailing address**
LION CUTTING & CONSTRUCTION LLC
19434 OIL CENTER BLVD
Houston, TX 77073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

$14,745.00

---

**3.90** | **Nonpriority creditor's name and mailing address**
LONG BUILDING TECHNOLOGIES INC
PO BOX 5501
Denver, CO 80217

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

$663.00

---

**3.91** | **Nonpriority creditor's name and mailing address**
M&G EXCAVATION INC
2630 COTTONWOOD DRIVE
Denver, CO 80221

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

$32,227.03

---

**3.92** | **Nonpriority creditor's name and mailing address**
MARSHALL MECHANICAL CONTRACTORS
3604 SOUTH US 31
Franklin, IN 46131

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

$3,150.00

---

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,612.50**

MARTIN FIRE PROTECTION
12295 PENNSYLVANIA ST, #4B
Thornton, CO 80241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$821.45**

MCKINNEY DOOR & HARDWARE
419 S. EL PASO STREET
Colorado Springs, CO 80903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$395.00**

MCM CONCRETE CUTTING INC
455 NW RAVENSWOOD LANE
Port Saint Lucie, FL 34983

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

McSHEA CONSULTING LLC
4445 NORTHPARK DR #200
Colorado Springs, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,913.56**

MERIDIAN FIRE AND SECURITY LLC
10200 E. EASTER AVENUE
CENTENNIAL, CO 80112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,154.11**

MIKE ALBERT LEASING INC
P.O. BOX 643220
Cincinnati, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,059.32**

NIEDAX MONOSYSTEMS INC
L-4151
Columbus, OH 43260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$860,412.00**

NXT Power LLC
7051 WEST WILSON AVE
Harwood Heights, IL 60706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $387.00 |
|---|---|---|---|

OAKLAND NURSERY INC
1156 OAKLAND PARK AVE
Columbus, OH 43224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $125.50 |
|---|---|---|---|

OHIO BUREAU OF WORKER'S COMP
P.O. BOX 89492
Cleveland, OH 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Pearsons Ministries International
PO Box 340
Woodland Park, CO 80866

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _July 2023_

**Basis for the claim:** _Claim related to mechanics lien against property_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $54.09 |
|---|---|---|---|

PEERLESS TYRE CO
5000 KINGSTON ST
Denver, CO 80239

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

PERFORMANCE NAPA LLC
PO BOX 219
Pahokee, FL 33476

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $354.73 |
|---|---|---|---|

PITNEY BOWES BANK INC PURCHASE
POWER
PO BOX 981026
Boston, MA 02298

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,178.76 |
|---|---|---|---|

QED INC
P.O. BOX 841462
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,226.63 |
|---|---|---|---|

QUILL CORPORATION
P.O. BOX 37600
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,410.79**

R & T YODER ELECTRIC INC
7927 MEMORIAL DRIVE, SUITE A
Plain City, OH 43064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,332.00**

Rampart Tile Company
3405 North El Paso Street
Colorado Springs, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** May 2023

**Basis for the claim:** Mechanics lien claim against non-debtor property

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,909.55**

RAMPART TILE COMPANY
3405 NORTH EL PASO STREET
Colorado Springs, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,153.70**

RAPID FIRE PROTECTION INC
1530 SAMCO ROAD
Rapid City, SD 57702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.77**

REDBOX+ DUMPSTERS OF DENVER
METRO
5034 E. OTERO CIRCLE
Littleton, CO 80122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,320.24**

REXEL
P.O. BOX 840638
DALLAS, TX 75001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,290.00**

RIAL HEATING & AIR COND. INC.
3606 N. STONE AVENUE #A
Colorado Springs, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,432.00**

ROCKSLIDE DEMO & SAWCUTTING LLC
4950 E. 56TH AVENUE
Commerce City, CO 80022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,612.60**

SANDER MECHANICAL SERVICE LLC
55 COLUMBIA ROAD
Somerville, NJ 08876

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

SATCO CALIFORNIA
31288 SAN BENITO ST
Hayward, CA 94544

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135,895.90**

SCHOMMER CONSTRUCTION
410 SOUTH 19TH STREEST
Colorado Springs, CO 80904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00**

SEDGWICK
P.O. BOX 89456
Cleveland, OH 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,473.77**

SEGOVIANS COMPANY
6700 QUEENSTON BLVD #618
Houston, TX 77084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,887.15**

SEMA CONNECT INC
P.O. BOX 69416
Baltimore, MD 21264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,089.98**

SEMPER MECHANICAL INC
54 WEST DANE ST, UNIT 1
Beverly, MA 01915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,285.19**

SERVICE MASTER BY DEMARRT
P.O. BOX 6051
Hilliard, OH 43026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | CUSITECH LLC | Case number (if known) | |
|--------|-------------|------------------------|--|
| | Name | | |

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,150.84**

SHIELDING RESOURCES GROUP INC
9512 E. 55TH STREET
Tulsa, OK 74145

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,366.50**

SHON'S SCIENTIFIC REFRIGERATOR
202 MILTON STREET, SUITE 101
Dedham, MA 02026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$283.92**

SIGN SHOP LTD
3505 E. PLATTE AVE
Colorado Springs, CO 80909

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,924.42**

SIGNCO SIGNS & GRAPHICS
1512 6TH AVE SE
Decatur, AL 35601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65.00**

SP+
PO BOX 22814
Denver, CO 80222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,225.00**

SPECIALTY CLEANING SERVICES INC
1207 S. LIPAN STREET
Denver, CO 80223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$448.88**

STAINLESS SPECIALISTS, INC
P.O. BOX 687
Wausau, WI 54402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,176.00**

STILSON ELECTRIC SYSTEMS INC
2375 N. ACADEMY BLVD, SUITE 110
Colorado Springs, CO 80909

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,573.42 |
|---|---|---|---|

STRAIGHT LINE CONSTRUCTION CO
94 N MISSION DRIVE
Pueblo, CO 81007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $80.69 |
|---|---|---|---|

STUART BUSINESS SYSTEMS INC
830 N.E. POP TILTON PLACE
Jensen Beach, FL 34957

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,068.45 |
|---|---|---|---|

SUNBELT RENTALS
P.O. BOX 409211
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $45.33 |
|---|---|---|---|

SUNSTATE EQUIPMENT CO. LLC
P.O. BOX 208439
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34,714.20 |
|---|---|---|---|

TOP NOTCH COMMERCIAL GROUP LLC
9011 EDGEBROOK
Houston, TX 77075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $61,607.53 |
|---|---|---|---|

TOPS IN COUNTERTOPS INC
3100 N. NEVADA AVENUE
Colorado Springs, CO 80905

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $312.41 |
|---|---|---|---|

TOPS IN STONE INC
623 W VERMIJO
Monument, CO 80132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,405.00 |
|---|---|---|---|

TURNER MORRIS INC
5054 MARSHALL STREET
Arvada, CO 80002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | CUSITECH LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.141** | **Nonpriority creditor's name and mailing address**
U.S. BANK EQUIPMENT FINANCE
P.O. BOX 790448
Saint Louis, MO 63179

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,554.84

---

**3.142** | **Nonpriority creditor's name and mailing address**
Unico Colorado Square LLC
118 E. Pikes Peak Avenue
Colorado Springs, CO 80903

**Date(s) debt was incurred** May 2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Claim related to mechanics lien against property

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.143** | **Nonpriority creditor's name and mailing address**
UNITED RENTALS INC
P.O. BOX 100711
Dallas, TX 75284-0514

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset?  ☒ No  ☐ Yes

$849.18

---

**3.144** | **Nonpriority creditor's name and mailing address**
VELOCITI
P.O. BOX 872287
Kansas City, MO 64187

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset?  ☒ No  ☐ Yes

$162,542.44

---

**3.145** | **Nonpriority creditor's name and mailing address**
VISA
**NEED ADDRESS**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset?  ☒ No  ☐ Yes

$209,146.75

---

**3.146** | **Nonpriority creditor's name and mailing address**
WESTERN INTERIOR SUPPLY INC
450 BRYANT STREET
Denver, CO 80204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset?  ☒ No  ☐ Yes

$360.98

---

**3.147** | **Nonpriority creditor's name and mailing address**
WESTERVILLE CHAMBER OF COMMERCE
99 COMMERCE PARK DRIVE
Louisville, KY 43082

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset?  ☒ No  ☐ Yes

$560.00

---

**3.148** | **Nonpriority creditor's name and mailing address**
WESTSIDE DESIGNWORKS
1451 BURNHAM STREET
Colorado Springs, CO 80906

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,445.95

---

| Debtor | CUSITECH LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,502.00 |
|---|---|---|---|
| | X5 NETWORKS LLC<br>2114 SHERMAN DR<br>Union City, CA 94587 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Business Debt_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $986.70 |
|---|---|---|---|
| | XEROX<br>P.O. BOX 205354<br>Dallas, TX 75320 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Business Debt_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,375.00 |
|---|---|---|---|
| | ZOOMINFO TECHNOLOGIES LLC<br>805 BROADWAY, SUITE 900<br>Vancouver, WA 98660 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Business Debt_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Christopher G. Wilhelmi, Esq.<br>Stinar Zendejas Burrell & Wilhelmi<br>121 E Vermijo Ave, Suite 200<br>Colorado Springs, CO 80903 | Line _3.9_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Eamon Walsh Esq.<br>General Counsel<br>Field Nation LLC<br>733 Marquette Ave. Suite 800<br>733 Marquette Avenue, Suite 800733 Marquette Avenue, Suite 800<br>Minneapolis, MN 55402 | Line _3.57_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | INSPIRATION HOLDINGS LLC<br>5550 TECH CENTER DR.<br>Colorado Springs, CO 80919 | Line _3.75_<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Mulliken Weiner Berg & Jolivet<br>Alamo Corporate Center<br>102 South Tejon Street, Suite 900<br>Colorado Springs, CO 80903 | Line _3.110_<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Mulliken Weiner Berg & Jolivet<br>Alamo Corporate Center<br>102 South Tejon Street, Suite 900<br>Colorado Springs, CO 80903 | Line _3.142_<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | Unico Colorado Square LLC<br>215 4" Avenue, Suite 600<br>Seattle, WA 98161 | Line _3.142_<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | CUSITECH LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | VeriCore<br>Attn: William Fox<br>10115 Kincey Avenue, Suite 100<br>Huntersville, NC 28078 | Line  3.63 <br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 4,043,567.05 |
| 5c. Total of Parts 1 and 2<br>      Lines 5a + 5b = 5c. | 5c.   $ | 4,043,567.05 |

**Fill in this information to identify the case:**

Debtor name __CUSITECH LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement subject to pending litigation | |
| | State the term remaining | Unknown and disputed | Steve Vandenburg |
| | List the contract number of any government contract | | 1093 Fenway Rd. Port Saint Lucie, FL 34953 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease of real property at 833 Green Crest Dr. Westerville OH 43081 minimum rent $5732.83 per month | |
| | State the term remaining | Month to Month | Hollingsworth Capital Partners Columbus C/O Glann F. Alban Statutory Agent |
| | List the contract number of any government contract | | 7100 N. High St. Ste. 102 Waco, KY 40385 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to purchase furniture for $40,000 | |
| | State the term remaining | | Vista Community Church Attn. Ron Roman |
| | List the contract number of any government contract | | 5266 Frantz Rd. Dublin, OH 43017 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Employment contract | |
| | State the term remaining | Unknown and disputed | Jack Hollesen |
| | List the contract number of any government contract | | 5295 Suburban Dr. Colorado Springs, CO 80911 |

Debtor 1    CUSITECH LLC _____    Case number (if known) _____
             First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — Employment Contract | |
| State the term remaining — Unknown and disputed | |
| List the contract number of any government contract — _____ | Luke Hanson<br>9428 Hazy Morning Dr.<br>Colorado Springs, CO 80925 |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — Employment Contract | |
| State the term remaining — Unknown and disputed | |
| List the contract number of any government contract — _____ | Robert Martinez<br>8411 Windy Hill Drive<br>Colorado Springs, CO 80920 |

**Fill in this information to identify the case:**

Debtor name ___CUSITECH LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.7 | Craig Kalie | 7255 UPPER CAMBRIDGE WAY<br>Westerville, OH 43082 | Small Business Administration | ☒ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Craig Kalie | 7255 UPPER CAMBRIDGE WAY<br>Westerville, OH 43082 | Zions Credit Corporation | ☒ D ___2.13___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Craig Kalie | 7255 UPPER CAMBRIDGE WAY<br>Westerville, OH 43082 | MW GRP Capital | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Craig Kalie | 7255 UPPER CAMBRIDGE WAY<br>Westerville, OH 43082 | Pearl Delta Funding LLC | ☒ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Craig Kalie | 7255 UPPER CAMBRIDGE WAY<br>Westerville, OH 43082 | Pathways Federal Credit Union | ☒ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Customized Uptime Solutions Inc. | Attn. Craig Kalie<br>7255 UPPER CAMBRIDGE WAY<br>Westerville, OH 43082 | Pathways Federal Credit Union | ☒ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor   CUSITECH LLC _____        Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.13 Voltonix LLC | Attn.Craig Kalie<br>7255 UPPER CAMBRIDGE LANE<br>Westerville, OH 43082 | Small Business<br>Administration | ☒ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |

215 WESTERVILLE AUTO CENTER LTD
5891 WESTERVILLE RD
Westerville, OH 43081


51 EC INC
2960 N. ACADEMY BLVD, SUITE 150
Colorado Springs, CO 80917


5280 FLOORS LLC
2505 W. 2ND AVE, UNIT #9
Denver, CO 80219


A-1 BACKFLOW
3110 CENTURY STREET
Colorado Springs, CO 80907


AAA MECHANICAL CONTRACTORS
2755 STONER CT
North Liberty, IA 52317


ACCU-TECH
PO BOX 840781
Dallas, TX 75284


AECOM TECHNICAL SERVICES INC
1178 PAYSPHERE CIRCLE
Chicago, IL 60674


ALL PHASE LOCATING INC
6211 LAKE GULCH ROAD
Castle Rock, CO 80104


All Purpose Paving Inc
315 Sunset Road
Colorado Springs, CO 80909


ALLIANCE LEASING CORP
10200 E. GIRARD AVE, SUITE B-223
Denver, CO 80231


AMERICAN BEAUTY MECHANICAL
2040 S. LINCOLN STREET
Denver, CO 80210


AMERICAN EXPRESS
PO BOX 96001
Los Angeles, CA 90096


AMERICAN INCORPORATORS LTD
1013 CENTRE ROAD, SUITE 403-A
Wilmington, DE 19805


ARIMAG CONSTRUCTION LLC
7302 COLE VIEW
Colorado Springs, CO 80915

ARTISAN PIPE SYSTEMS INC
P.O. BOX 25699
Colorado Springs, CO 80936


Artisian Pipe Systems Inc.
655 Elkton Dr.  Suite 100
Colorado Springs, CO 80907


ASSOCIATED GENERAL CONTRACTORS OF COLOR
PO BOX 176210
Denver, CO 80217


AUTO-OWNERS INSURANCE
PO BOX 740312
Cincinnati, OH 45274


AXIS PORTABLE AIR
4132 W VENUS WAY
Chandler, AZ 85226


B&H FOTO & ELECTRONICS CORP
REMITTANCE PROCESSING CENTER
PO BOX 28072
New York, NY 10087


BELKNAP CONCRETE CUTTING & DRILLING
9030 SOLON RD
Houston, TX 77064


BERGER IRON WORKS, INC
8070 W. LITTLE YORK ROAD
Houston, TX 77040


Bethany Hamilton, Esq
United States Attorney's Office
303 Marconi Blvd., Suite 200
Columbus, OH 43215


Bill's Equipment & Supply Inc.
125 SOUTH CHESTNUT
Colorado Springs, CO 80905


BLAZER ELECTRIC SUPPLY MANAGEMENT CO
PO BOX 636
Pueblo, CO 81002


BO STEEL FABRICATION & STRUCTURAL DESIGN
2275 SPECTRA DRIVE, SUITE B
Colorado Springs, CO 80904


BOTTOM LINE CONCEPTS LLC
3323 NE 163RD STREET, SUITE 302
North Miami Beach, FL 33160

BULLETPROOF PLUMBING & HEATING INC
6920 ROPERS POINT
Colorado Springs, CO 80908


BUSINESS PLANS INC
432 EAST PEARL ST
Miamisburg, OH 45343


CASSIDY LAW
7650 RIVERS EDGE DR
Columbus, OH 43235


CCI FLOOR COVERING INC
1577 SW 1ST WAY BAY E12
Deerfield Beach, FL 33441


CELESTIAL COATINGS LLC
3126 BRADY BLVD
Colorado Springs, CO 80909


Centra Funding LLC
1400 Preston Rd.  #115
Plano, TX 75093


CHARTER ROOFING CO INC
6126 SCARLET DRIVE
Houston, TX 77048


Christopher G. Wilhelmi, Esq.
Stinar Zendejas Burrell & Wilhelmi
121 E Vermijo Ave, Suite 200
Colorado Springs, CO 80903


CINCINNATI INSURANCE COMPANIES
P.O. BOX 145620
Cincinnati, OH 45250


CINTAS CORP
P.O. BOX 88005
Chicago, IL 60680


CITY ELECTRIC SUPPLY CO - DALLAS DIVISIO
P.O. BOX 131811
Dallas, TX 75313


CITY OF WESTERVILLE (WE CONNECT)
DEPT 781819
Detroit, MI 48278


COLORADO MOISTURE CONTROL INC
3801 EAST 50TH AVE
Denver, CO 80216


COLORADO SPRINGS CHAMBER & EDC
102 SOUTH TEJON STREET #430
Colorado Springs, CO 80903

```
COLORADO SPRINGS LEGAL COPY
102 SOUTH TEJON #860
Colorado Springs, CO 80903


COLORADO SPRINGS UTILITIES
P.O. BOX 340
Colorado Springs, CO 80901


COMPLETE LIGHTING OF COLORADO LLC
4622-B NORTHPARK DRIVE
Colorado Springs, CO 80918


CONSOLIDATED ELECTRICAL DIST - ATLANTA
PO BOX 936240
Atlanta, GA 31193


CONSOLIDATED ELECTRICAL DIST. DENVER
PO BOX 913120
Denver, CO 80291


CONTRACT COVERINGS
7386 COLE VIEW, SUITE 100
Colorado Springs, CO 80915


Craig Kalie
7255 UPPER CAMBRIDGE WAY
Westerville, OH 43082


Craig Kalie
7255 UPPER CAMBRIDGE WAY
Westerville, OH 43082


CSNA ARCHITECTS
532 NORTH TEJON STREET
Colorado Springs, CO 80903


CTA ENGINEERING CORP.
611 N. NEVADA AVE, SUITE 4
Colorado Springs, CO 80903


Customized Uptime Solutions Inc.
Attn. Craig Kalie
7255 UPPER CAMBRIDGE WAY
Westerville, OH 43082


DAVID A LANGLEY ARCHITECHTS PC
PO BOX 5858
Woodland Park, CO 80866


Debra L. Fortenberry Esq.
Fortenberry Law Group LLC
620 S. Cascade Ave., Suite 103
Colorado Springs, CO 80903
```

DELL FINANCIAL SERVICES LLC
PAYMENT PROCESSING CENTER PO BOX 5292
Carol Stream, IL 60197


Diane Rhonda Randeem Esq.
Office of Theodore John Cohen Esq.
410 Jericho Turnpike
Jericho, NY 11753


DIVERSIFIED ROOFING & CONSTRUCTION
4553 E. PLATTE AVE
Colorado Springs, CO 80915


Downtown Electric & Lighting Inc.
78 Tumbleweed Trail
Penrose, CO 81240


DR DIAMOND POWER SERVICES LP
13413 TOPEKA STREET
Houston, TX 77015


DRYWALL MATERIAL SALES, LLC
4285 NORTHPARK DR
Colorado Springs, CO 80907


E-470 PUBLIC HIGHWAY AUTHORITY
PO BOX 5470
Denver, CO 80217


Eamon Walsh Esq.
General Counsel  Field Nation LLC
733 Marquette Ave. Suite 800 733 Marquet
Minneapolis, MN 55402


Earthwise Demolition
3825 TEAKWOOD PL
Colorado Springs, CO 80918


ERNST CONCRETE
PO BOX 13577
Dayton, OH 45413


EXO AUTO WORKS LLC
124 S. EL PASO, UNIT B
Colorado Springs, CO 80903


FEDEX
P.O. BOX 94515
Palatine, IL 60094


FIELD NATION
733 MARQUETTE AVE #800
Minneapolis, MN 55402-3265

Ford Motor Credit
PO Box 650575
Dallas, TX 75265-5575


FOUNDATION BUILDING MATERIALS
6872 PAYSPHERE CIR
Chicago, IL 60674


FOXWORTH GALBRAITH
3131 N. NEVADA AVENUE
Colorado Springs, CO 80907


FREEDOM DOOR SPECIALISTS
PO BOX 4367
Macon, GA 31204


GARZA INTERIORS AND DESIGNS
800 RESEARCH FOREST SUITE 115, PMB 35
Spring, TX 77382


Geoffrey Peters Esq.
Weltman Weinberg & Reis
500 Bradenton Ave. Ste. 100
Dublin, OH 43017


GGF dba THE GLAZIERS
814 N. SANTA FE AVE
Pueblo, CO 81003


GRAYBAR
12444 COLLECTIONS CENTER DR
Chicago, IL 60693


H&E EQUIPMENT SERVICES INC
P.O. BOX 849850
Dallas, TX 75284


HINDSIGHT ELECTRIC LLC
401 LAREDO STREET, SUITE H
Aurora, CO 80011


HOLES INCORPORATED
9911 FRANKLIN ROAD
Houston, TX 77070


HOLLINGSWORTH CAPITAL PARTNERS
TWO CENTRE PLAZA
Clinton, TN 37716


Hollingsworth Capital Partners Columbus
C/O Glann F. Alban  Statutory Agent
7100 N. High St. Ste. 102
Waco, KY 40385

```
HOME DEPOT CREDIT SERVICES
P.O. BOX 6405
Dallas, TX 75265


HOUSTON CABINETS INC
5902 ROYALTON STREET
Houston, TX 77081


HOUSTON SEA OF GLASS LLC
13230 HEMPSTEAD RD, SUITE 322B
Houston, TX 77040


HUBSPOT INC
25 FIRST STREET, 2ND FLOOR
Cambridge, MA 02141


HVAC SOLUTIONS INC
655 ELKTON DR, SUITE 200
Colorado Springs, CO 80907


HW COMMERCIAL INTERIORS LLC
6385 CORPORATE DR SUITE 101
Colorado Springs, CO 80919


IEC SOUTHERN COLORADO CHAPTER
2345 NORTH ACADEMY BLVD
Colorado Springs, CO 80909


Inspiration Holdings LLC
5505-5515 Palmer Park Blvd.
Colorado Springs, CO 80915


INSPIRATION HOLDINGS LLC
5550 TECH CENTER DR.
Colorado Springs, CO 80919


IRON MOUNTAIN
75 TALAMINE CT. SUITE A
Colorado Springs, CO 80907


ITASCA PARTNERS LLC
1428 North Franklin Street
Colorado Springs, CO 80907


J&S DRYWALL SPECIALTIES INC
5391 E 88TH AVENUE
Brighton, CO 80602


J2D ELECTRIC INC
4 CARSON CIRCLE
Fountain, CO 80817


Jack Hollesen
5295 Suburban Dr.
Colorado Springs, CO 80911
```

Jacob M. Resnick Esq
Mavrick Law Firm
1620 W. Oakland Park Blvd. Suite 300
Fort Lauderdale, FL 33311


JAN PRO FRANCHISE DEVELOPMENT OF SOUTH
5360 N. ACADEMY BLVD, SUITE 150
Colorado Springs, CO 80918


JG CONSTRUCTION
10413 N OSWEGO ST
Houston, TX 77029


JIFFY LUBE/MYFLEETCENTER.COM
P.O. BOX 620130
Middleton, WI 53562


JOHN P NELSON ASSOCIATES
1626 E PIKES PEAK AVE
Colorado Springs, CO 80909


JR ROOF MAINTENANCE, LLC
1316 VALLEY STREET
Colorado Springs, CO 80915


K&M ELECTRIC SUPPLY INC
7641 CENTRAL INDUSTRIAL DRIVE
RIVIERA BEACH, FL 33404-3487


KBR Wyle Services
970 West 190" Street  Suite 890
Aurora, IL 60502


KIMLEY-HORN AND ASSOCIATES INC
421 FAYETTEVILLE STREET, SUITE 600
Raleigh, NC 27601


LIGHTNING BOLT INC
P.O. BOX 7643
Colorado Springs, CO 80933


LION CUTTING & CONSTRUCTION LLC
19434 OIL CENTER BLVD
Houston, TX 77073


LONG BUILDING TECHNOLOGIES INC
PO BOX 5501
Denver, CO 80217


Luke Hanson
9428 Hazy Morning Dr.
Colorado Springs, CO 80925


M&G EXCAVATION INC
2630 COTTONWOOD DRIVE
Denver, CO 80221

MARSHALL MECHANICAL CONTRACTORS
3604 SOUTH US 31
Franklin, IN 46131


MARTIN FIRE PROTECTION
12295 PENNSYLVANIA ST, #4B
Thornton, CO 80241


MCKINNEY DOOR & HARDWARE
419 S. EL PASO STREET
Colorado Springs, CO 80903


MCM CONCRETE CUTTING INC
455 NW RAVENSWOOD LANE
Port Saint Lucie, FL 34983


McSHEA CONSULTING LLC
4445 NORTHPARK DR #200
Colorado Springs, CO 80907


MERIDIAN FIRE AND SECURITY LLC
10200 E. EASTER AVENUE
CENTENNIAL, CO 80112


MIKE ALBERT LEASING INC
P.O. BOX 643220
Cincinnati, OH 45264


Mulliken Weiner Berg & Jolivet
Alamo Corporate Center
102 South Tejon Street, Suite 900
Colorado Springs, CO 80903


MW GRP Capital
17 State Street  Suite 630
New York, NY 10004


NIEDAX MONOSYSTEMS INC
L-4151
Columbus, OH 43260


NXT Power LLC
7051 WEST WILSON AVE
Harwood Heights, IL 60706


OAKLAND NURSERY INC
1156 OAKLAND PARK AVE
Columbus, OH 43224


OHIO BUREAU OF WORKER'S COMP
P.O. BOX 89492
Cleveland, OH 44101


Pathways Federal Credit Union
5665 North Hamilton Road
Columbus, OH 43230

Peak Professional Contractors Inc.
1428 North Franklin Street
Colorado Springs, CO 80907


Pearl Delta Funding LLC
525 Washington Blvd.  Suite 300
Jersey City, NJ 07310


Pearsons Ministries International
PO Box 340
Woodland Park, CO 80866


PEERLESS TYRE CO
5000 KINGSTON ST
Denver, CO 80239


PERFORMANCE NAPA LLC
PO BOX 219
Pahokee, FL 33476


PITNEY BOWES BANK INC PURCHASE POWER
PO BOX 981026
Boston, MA 02298


QED INC
P.O. BOX 841462
Dallas, TX 75284


QUILL CORPORATION
P.O. BOX 37600
Philadelphia, PA 19101


R & T YODER ELECTRIC INC
7927 MEMORIAL DRIVE, SUITE A
Plain City, OH 43064


Rampart Tile Company
3405 North El Paso Street
Colorado Springs, CO 80907


RAMPART TILE COMPANY
3405 NORTH EL PASO STREET
Colorado Springs, CO 80907


RAPID FIRE PROTECTION INC
1530 SAMCO ROAD
Rapid City, SD 57702


REDBOX+ DUMPSTERS OF DENVER METRO
5034 E. OTERO CIRCLE
Littleton, CO 80122


REXEL
P.O. BOX 840638
DALLAS, TX 75001

RIAL HEATING & AIR COND. INC.
3606 N. STONE AVENUE #A
Colorado Springs, CO 80907


Robert Martinez
8411 Windy Hill Drive
Colorado Springs, CO 80920


ROCKSLIDE DEMO & SAWCUTTING LLC
4950 E. 56TH AVENUE
Commerce City, CO 80022


Sampson MCA LLP
C/O Luis Rothery
Berkovitch and Bouskila 1545 Route 202 S
Pomona, NY 10970


SANDER MECHANICAL SERVICE LLC
55 COLUMBIA ROAD
Somerville, NJ 08876


SATCO CALIFORNIA
31288 SAN BENITO ST
Hayward, CA 94544


SCHOMMER CONSTRUCTION
410 SOUTH 19TH STREEST
Colorado Springs, CO 80904


SEDGWICK
P.O. BOX 89456
Cleveland, OH 44101


SEGOVIANS COMPANY
6700 QUEENSTON BLVD #618
Houston, TX 77084


SEMA CONNECT INC
P.O. BOX 69416
Baltimore, MD 21264


SEMPER MECHANICAL INC
54 WEST DANE ST, UNIT 1
Beverly, MA 01915


SERVICE MASTER BY DEMARRT
P.O. BOX 6051
Hilliard, OH 43026


SHIELDING RESOURCES GROUP INC
9512 E. 55TH STREET
Tulsa, OK 74145


SHON'S SCIENTIFIC REFRIGERATOR
202 MILTON STREET, SUITE 101
Dedham, MA 02026

SIGN SHOP LTD
3505 E. PLATTE AVE
Colorado Springs, CO 80909


SIGNCO SIGNS & GRAPHICS
1512 6TH AVE SE
Decatur, AL 35601


Small Business Administration
2 North Street  Suite 320
Birmingham, AL 35203


SP+
PO BOX 22814
Denver, CO 80222


SPECIALTY CLEANING SERVICES INC
1207 S. LIPAN STREET
Denver, CO 80223


STAINLESS SPECIALISTS, INC
P.O. BOX 687
Wausau, WI 54402


Steve Vandenburg
1093 Fenway Rd.
Port Saint Lucie, FL 34953


Steve's Electric of South Florida Inc.
Attn. Steve Vandenburg
1093 Fenway Rd.
Port Saint Lucie, FL 34953


STILSON ELECTRIC SYSTEMS INC
2375 N. ACADEMY BLVD, SUITE 110
Colorado Springs, CO 80909


STRAIGHT LINE CONSTRUCTION CO
94 N MISSION DRIVE
Pueblo, CO 81007


STUART BUSINESS SYSTEMS INC
830 N.E. POP TILTON PLACE
Jensen Beach, FL 34957


SUNBELT RENTALS
P.O. BOX 409211
Atlanta, GA 30384


SUNSTATE EQUIPMENT CO. LLC
P.O. BOX 208439
Dallas, TX 75320


Systems Electric Inc.
90 Talamine Ct.
Colorado Springs, CO 80907

Systems Electric Inc.
5295 Suburban Drive
Colorado Springs, CO 80911


TD Auto Finance LLC
2777 Inkster Rd.
Farmington, MI 48334


TOP NOTCH COMMERCIAL GROUP LLC
9011 EDGEBROOK
Houston, TX 77075


TOPS IN COUNTERTOPS INC
3100 N. NEVADA AVENUE
Colorado Springs, CO 80905


TOPS IN STONE INC
623 W VERMIJO
Monument, CO 80132


TURNER MORRIS INC
5054 MARSHALL STREET
Arvada, CO 80002


U.S. BANK EQUIPMENT FINANCE
P.O. BOX 790448
Saint Louis, MO 63179


Unico Colorado Square LLC
118 E. Pikes Peak Avenue
Colorado Springs, CO 80903


Unico Colorado Square LLC
215 4" Avenue, Suite 600
Seattle, WA 98161


UNITED RENTALS INC
P.O. BOX 100711
Dallas, TX 75284-0514


US Small Business Administration
65 E. State Street Suite 1350
Columbus, OH 43215


US Small Business Administration
2 North Street  Suite 320
Birmingham, AL 35203


Vectra Bank Colorado
111 South Tejon Street #103
Colorado Springs, CO 80903


VELOCITI
P.O. BOX 872287
Kansas City, MO 64187

VeriCore
Attn: William Fox
10115 Kincey Avenue, Suite 100
Huntersville, NC 28078


Virginia P. Sherlock Esq.
Littman Sherlock & Heims PA PO Box 1197
Stuart, FL 34995


VISA
**NEED ADDRESS**


Vista Community Church
Attn. Ron Roman
5266 Frantz Rd.
Dublin, OH 43017


Voltonix LLC
Attn.Craig Kalie
7255 UPPER CAMBRIDGE LANE
Westerville, OH 43082


WESTERN INTERIOR SUPPLY INC
450 BRYANT STREET
Denver, CO 80204


WESTERVILLE CHAMBER OF COMMERCE
99 COMMERCE PARK DRIVE
Louisville, KY 43082


WESTSIDE DESIGNWORKS
1451 BURNHAM STREET
Colorado Springs, CO 80906


William C. Groh, III
Robinson and Henry, P.C.
1805 Shea Center Dr., Suite 180
Littleton, CO 80129


X5 NETWORKS LLC
2114 SHERMAN DR
Union City, CA 94587


XEROX
P.O. BOX 205354
Dallas, TX 75320


Zions Credit Corporation
DBA Vectra Bank Colorado
310 South Main Street Suite 1300
Salt Lake City, UT 84101


ZOOMINFO TECHNOLOGIES LLC
805 BROADWAY, SUITE 900
Vancouver, WA 98660

## United States Bankruptcy Court
### Southern District of Ohio, Columbus Division

In re ___CUSITECH LLC_____
                                    Debtor(s)

Case No. _____

Chapter ___7_____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___CUSITECH LLC___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

___September 4, 2023_____
Date

/s/ David Whittaker
David Whittaker 0019307
Signature of Attorney or Litigant
Counsel for ___CUSITECH LLC_____
Two Miranova Pl Ste 700
2 Miranova Pl
Suite 700
Columbus, OH 43215
(614) 340-7431  Fax:(614) 365-9516
dwhittaker@isaacwiles.com