WWR#041239374

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| CUSITECH LLC, | : | Case No. 23-53233 |
| | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |
| | : | |
| | : | RE: ACCOUNTS RECEIVABLE |

## <u>MOTION FOR RELIEF FROM STAY</u>

Now comes PATHWAYS FINANCIAL CREDIT UNION ("Movant"), by and through its undersigned counsel, and moves this Court pursuant to 11 U.S.C. § 362(d) to terminate, modify or condition the automatic stays in effect under these code and rule provisions. Support for this Motion is set forth in the following Memorandum.

Respectfully submitted,

/s/ Geoffrey J. Peters
GEOFFREY J. PETERS #0063502
**Weltman, Weinberg & Reis Co., L.P.A.**
5000 Bradenton Avenue, Suite 100
Dublin, OH 43017
(614) 883-0678
(614) 801-2601 (fax)
gpeters@weltman.com

Counsel for Creditor
PATHWAYS FINANCIAL CREDIT UNION

## MEMORANDUM IN SUPPORT

1.    Jurisdiction over this matter is vested in this Court by virtue of 28 U.S.C. § 1334(b) and the general order of reference previously entered in this district.  This is a core proceeding under 28 U.S.C. § 157(b)(2)(G).

2.    The Debtor Cusitech LLC (hereinafter "Debtor" or "Cusitech") filed a Chapter 7 petition in bankruptcy on September 19, 2023 and has ceased operation.

3.    Movant is the holder of a Commercial Loan Agreement, Promissory Note, and Security Agreement (collectively "Original Agreement") dated November 6, 2018 executed with Debtor Cusitech LLC.  Debtor provided a security interest in items including, but not limited to Inventory, Accounts and other Rights to Payment, and General Intangibles as more fully defined within the Original Agreement. The Original Agreement also provided at Security Agreement 1.B. that "future debts are also secured…" A true and accurate copy of the Original Agreement is attached hereto as Exhibit "A."

4.    Movant entered into a Debt Modification Agreement with Debtor, which refinanced the Original Agreement, on November 26, 2019. A true and accurate copy of the Debt Modification Agreement is attached hereto as Exhibit "B."  As of November 2, 2023, the balance due and owing under the Debt Modification Agreement is $823,537.10. There are currently no arrears on this loan.

5.    Movant is also the holder of a Business Line of Credit Agreement, signed by Debtor dated January 6, 2023.  A copy of the Business Line of Credit Agreement is attached hereto as Exhibit "C". As of November 2, 2023, the balance due and owing under the Business Line of Credit Agreement is $750,000. There are currently no arrears on this loan.

6.      Debtor owes Movant a combined balance of $1,573,537.10 as of November 2, 2023.

7.      Movant filed a UCC-1 Financing Statement dated November 6, 2018 to perfect its security interest for the amounts due and owing under the Original Agreement, Debt Modification Agreement, and Business Line of Credit Agreement. The UCC-1 lien was continued on June 14, 2023. The lien encompasses all assets including accounts, deposit accounts, equipment, fixtures, etc., which included any accounts receivable owing to Debtor. A true and accurate copy of the UCC-1 financing statement and continuation statement are attached hereto as Exhibit "D" and "E" respectively.

8.      Movant is seeking relief from stay to in order to liquidate its security interest in the accounts receivables owed to Debtor.

9.      A copy of the outstanding accounts receivable upon which Movant is seeking relief from the automatic stay is attached hereto as Exhibit "F".

10.      Pursuant to the Debtor's schedules, several other creditors also hold a lien on the accounts receivable. These creditors include Centra Funding LLC ($7,940.00), MW GRP Capital ($1,485,500.00), Pearl Delta Funding ($185,000.00), and the Small Business Administration ($520,000.00).  Each of the creditors will be served with a copy of this Motion.

11.      The current accounts receivable balance is $3,212,213.17 pursuant to the Cusitech Accounts Receivable Report. The entities listed in the accounts receivable report are identified in the Certificate of Service at their last known addresses provided by Debtor to Movant.

12.      Movant is entitled to relief pursuant to 11 U.S.C. § 362 (d)(1) and (2) as Debtor has not made any payments on its debt owed to Movant since the filing of the bankruptcy and Debtor has ceased operations so the receivables are not necessary for an effective reorganization.

13.     Movant does not seek to alter the rights of the chapter 7 trustee.  Movant will provide details of all funds collected to the chapter 7 trustee.

14.     Automatic stays are currently operative under 11 U.S.C. §362. The stay should be terminated, modified or conditioned for the reasons set forth above.

**WHEREFORE**, the Movant requests an Order relieving Movant from the automatic stay and authorizing Movant to liquidate its security interest in Debtor's accounts receivable.


Respectfully submitted,


/s/ Geoffrey J. Peters
GEOFFREY J. PETERS #0063502
**Weltman, Weinberg & Reis Co., L.P.A.**
5000 Bradenton Avenue, Suite 100
Dublin, OH 43017
(614) 883-0678
(614) 801-2601 (fax)
gpeters@weltman.com

Counsel for Creditor
PATHWAYS FINANCIAL CREDIT UNION

WWR#041239374

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| CUSITECH LLC, | : | Case No. 23-53233 |
| | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

**NOTICE OF MOTION FOR RELIEF FROM STAY AND CERTIFICATE OF SERVICE**

PATHWAYS FINANCIAL CREDIT UNION has filed papers with the Court to obtain relief from stay.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought in the Motion, then on or before twenty-one (21) days from the date set forth in the certificate of service for the Motion, you or your attorney must:

1.      File with the Court, a responsive memorandum explaining your position, by mailing your response by ordinary U.S. Mail to 170 N. High Street, Columbus, Ohio 43215 OR your attorney must file a response using the court's ECF System.

2.      The court must **receive** your response on or before the above date.

3.      You must also send a copy of your response by 1) the court's ECF System or by 2) ordinary U.S. Mail to the undersigned, creditor's attorney, and to all parties, besides yourself, listed on the Certificate of Service provided below.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without further hearing or notice.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Relief from Stay was served: (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **First Class Mail** on November 2, 2023 addressed to:

CUSITECH, 833 Green Crest Drive, Westerville, OH 43081

Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203

Pearl Delta Funding, 525 Washington Blvd., Suite 300, Jersey City, NJ 07310

Centra Funding LLC, 1400 Preston Rd. #115, Plano, TX 75093

MW GRP Capital, 17 State Street, Suite 630, New York, NY 10004

MITRE Corporation, 7515 Colshire Drive, McLean, VA 22102

Navalis Construction Services, 224 Mill St, Rochester, NY 14614

Elevate Apartments, 856 Lake Street E, Wayzata, MN 55391

Griffis / Blessing, 102 N Cascade Ave # 550, Colorado Springs, CO 80903

N BAR B, 1301 Hartford St, Colorado Springs, CO 80906

DTE Small Jobs, 1 Energy Plaza, Detroit, MI 48226

Asset Enterprises, Inc., 431 N. Industrial Dr., Simpsonville, SC 29681

Mission Control, 659 High St, Worthington, OH 43085

NCR Corporation, 864 Spring St NW, Atlanta, GA 30308

Rensko Holdings, 17 W Schrock Rd, Westerville, OH 43081

Safelite, 7400 Safelite Way. Columbus, OH 43235

The Falcons Group, 1995 N Park Pl Ste 430, Atlanta, Georgia, 30339

The Scotts Miracle-Gro Company, 14111 Scottslawn Road Marysville, OH 43041

Roche Diagnostics, 9115 Hague Road, Indianapolis, IN 46250

Transdev 1161, 720 Butterfield Rd # 300, Lombard, IL 60148

Ortho Clinical Diagnostics, 1001 US-202, Raritan, NJ 08869

Club Champion Golf, 825 75th Street Willowbrook, IL 60527

American Veterinary Group, 4301 Anchor Plaza Pkwy # 350, Tampa, FL 33634

Invisible Urban Charging, Inc., 530 East Paces Ferry Road, Atlanta, GA 30305

KBR, Inc., 601 Jefferson Street, Houston, TX 77002

City of Manitou Springs, 606 Manitou Avenue Manitou Springs, CO 80829

TJN Investments, 9385 Meridian Dr W Parkland, FL, 33076

Diversified Association Manager, 4325 N Nevada Ave #100, Colorado Springs, CO 80907

Darden Restaurants, 1000 Darden Center Drive Orlando, FL 32837

Montierre Development, PLLC, 5669 SE Crooked Oak Ave, Hobe Sound, FL 33455

B.E Contracting, 11219 Philadelphia Rd, White Marsh, MD 21162

Complete Air and Cooling, 2400 Tall Pines Dr 4, Largo, Florida, 33771

Hooks Construction, 2211 S Kanner Hwy, Stuart, FL 34994

CCD of Stuart, Inc., 709 SE 5th St, Stuart, FL 34994

Mager Construction, 4597 SW Rivers End Way, Palm City, Florida, 34990

Renaissance Business Park, 4146 Okeechobee Rd, Fort Pierce, FL 34947

La Mesa RV Center, 7430 Copley Park Pl, San Diego, CA 92111

Cushman and Wakefield U.S. Inc, 225 West Wacker Chicago, Illinois 60606

My Mechanic of the Treasure Coast, 1974 SW Biltmore St, Port St. Lucie, FL 34984

Custom Auto Center, 1154 SE Monterey Rd Ext, Stuart, FL 34994

Hammers Construction, 502 Westview Dr, Zanesville, OH 43701

Chris Morrison, 340 Walbrach Way, Fountain CO 80817

Kimber Construction, PO Box 1450, Mckenna, Washington, 98558

KTK General Contractors, 3755 W 69th Pl, Westminster, Colorado 80030

Mahler GC General Contracting Co., 410 E Brookside St Colorado Springs, CO 80905

Merritt General Contractors, 1359 Shrider Road Colorado Springs, Colorado 80920

Oaknoll Custom Homes, 5860 Gladstone Street, Colorado Springs, CO 80906

Outreach, 333 Elliott Ave W #500, Seattle, WA 98119

Layton Construction, 9090 S Sandy Pkwy, Sandy, Utah, 84070

A&G Pools, 8880 Glades Cut Off Rd, Port St. Lucie, FL 34986

Florida Premier Construction Group, 3561 SE Micanopy Ter, Stuart, Florida, 34997, United States

Bela Vista Contractors, 750 E Sample Rd #3-2, Pompano Beach, FL 33064

All Hooked Up Towing, 933 SW Biltmore St, Port St. Lucie, FL 34983

Town and Country Industries, 7300 Technology Dr, Melbourne, Florida, 32904

Pearsons Ministries International, P.O. Box 340, Woodland Park, CO 80866

P&B LLC, 369 Washington St, Buffalo, NY 14203

Insight Environmental, 1330 Rayford Park Road, Suite C, Spring, TX 77386

Red Lobster Jensen Beach, 3544 NW Federal Hwy, NW Treasure Coast Dr, Jensen Beach, FL 34957

Solink, 390 March Rd Suite 110, Kanata, ON K2K 0G7, Canada

Tim Bennett, 626 Forrest View Way Monument, CO 80132

Itasca Construction Associates, Inc., 300 Park Blvd Unit 305, Itasca, IL 60143

Hampton Holdings, The Old Library, Windmill Road, Hampton, London TW12 1RF

Chucks Seafood, 822 Seaway Dr, Fort Pierce, FL 34949

Anderson-Moore Construction Corp., 1568 Watertower Rd, Lake Park, FL 33403

Smokey Bones Boca, 21733 FL-7, Boca Raton, FL 33428

GH Phipps, 5995 Greenwood Plaza Blvd #100, Greenwood Village, CO 80111

Red Lobster Fort Pierce, 6401 Darter Ct, Fort Pierce, FL 34945

Smokey Bones Wellington, 10260 Forest Hill Blvd, Wellington, FL 33414

Salt & Straw, 110 SE 2nd Ave, Portland, Oregon, 97214

CUSI Construction, 1120 W Moreno Ave, Colorado Springs, CO 80905

Land Rover at Treasure Coast, 4771 S US Hwy 1 B, Fort Pierce, FL 34982

OE Arts of Tequesta, 401 OLD DIXIE HIGHWAY 3271, TEQUESTA, FL 33469

Jeene Brown, 729 SW Federal Hwy Ste 100 Stuart, FL 34994-2913

Inland Colorado, 2901 Butterfield Road Oak Brook Illinois 60523

Emina Ademovic, 407 Woodland Dr, Woodland Park CO 80863

WACKADOO BREWING, 5158 Centennial Blvd, Colorado Springs, CO 80919

Management Resource Systems, Inc., 1907 Baker Rd, High Point, NC 27263

Holiday Inn Express & Suites- SLW, 1601 Nw Courtyard Circle, Port St. Lucie, FL 34986 United States

KLRF Management Company, LLC c/o Strategic Realty Services, LLC, 500 Northpoint Pkwy #300, West Palm Beach, FL 33407

NUCo2, 15423 Neo Pkwy, Cleveland, OH 44128

BSCS Lodging Inc., 3730 E 1st Ave Unit A, Denver, CO, 80206, US

CUSI Companies, 833 Green Crest Dr, Westerville, OH 43081

Terracon Consultants, 1414 E Schaaf Rd, Brooklyn Heights, OH 44131

CAL Builders, Inc., 2020 Old Dixie Hwy SE Ste 6 Vero Beach, FL, 32962-7264

Colorado Sign Installations, LLC, 1330 Paonia St suite d, Colorado Springs, CO 80915

Ariel Dailey, 1649 S Brocksmith Rd Fort Pierce, FL 34945

JRM Construction Management, 242 W 36th St., New York, NY 10018

Bronco Billy's Hotel & Casino, 151 E Bennett Ave, Cripple Creek, CO 80813

Pinnacle Signs & Graphics, 7610 Counts Massie Rd Ste-A, North Little Rock, AR 72113

Park at Bonfoy Apartments, 129 Bonfoy Ave, Colorado Springs, CO 80909

Riteway Linens, 679 NW Enterprise Dr STE 104, Port St. Lucie, FL 34986

Dine Brands Global Inc., 10 W. Walnut Street. Pasadena, CA 91103

UPS, 55 Glenlake Parkway, NE Atlanta, GA 30328

Focus Brands LLC, 5620 Glenridge Dr. NE. Atlanta, GA 30342

CUSI Technology, 833 Green Crest Dr, Westerville, OH 43081

Gilbane Building Company, Wall Street Plaza 88 Pine Street, 27th Floor New York, NY 10005

Great Greek, 14315 Orchard Pkwy Westminster, CO, 80023-8923 United States

Axient LLC, 360A Quality Cir NW #100, Huntsville, AL 35806

Hooters of America, 1815 The Exchange SE Atlanta, Georgia 30339

De Cortez Apartments, 3006 De Cortez Street Colorado Springs, CO 80909

MV Transportation,  2711 N. Haskell Ave Suite 1500, LB-2 Dallas, TX 75204

Premier Real Estate Management, 220 Marion Ave. Mansfield OH 44903

MD Now, 2007 Palm Beach Lakes Blvd, West Palm Beach, FL 33409

Hutchinson Island Hotel and Suites, 1230 Seaway Drive Fort Pierce, FL 34949

Nooks LLC, 922 LOIS AVE, SUNNYVALE, CA, 94087

Craig A. Kalie, 7255 Upper Cambridge Way, Westerville, OH 43082

Customized Uptime Solutions, Inc. an Ohio Corporation, 2 ½ North State Street, Westerville, OH
43081

Shelmit LLC an Ohio limited liability company, 2 ½ North State Street, Westerville, OH 43081

/s/ Geoffrey J. Peters
GEOFFREY J. PETERS #0063502

**EXHIBIT A**

| LOAN NUMBER | LOAN NAME | ACCT. NUMBER | AGREEMENT DATE | INITIALS |
|---|---|---|---|---|
| ▇1-650 | Cusitech LLC | | 11/ _6_ /18 | |
| NOTE AMOUNT | INDEX (w/Margin) | RATE | MATURITY DATE | LOAN PURPOSE |
| $1,295,618.00 | Wall Street Journal Prime plus 2.750% | Wall Street Journal Prime plus 2.750% | 12/01/20 | Commercial |
| | | Creditor Use Only | | |

## COMMERCIAL LOAN AGREEMENT
### Revolving Draw Loan

**DATE AND PARTIES.** The date of this Commercial Loan Agreement (Agreement) is November _6_, 2018. The parties and their addresses are as follows:

**LENDER:**
**PATHWAYS FINANCIAL CREDIT UNION**
5665 North Hamilton Road
Columbus, OH 43230

**BORROWER:**
**CUSITECH LLC**
an Ohio Limited Liability Company
2 1/2 North State Street
Westerville, OH 43081

**1. DEFINITIONS.** For the purposes of this Agreement, the following terms have the following meanings.

**A. Accounting Terms.** In this Agreement, any accounting terms that are not specifically defined will have their customary meanings under generally accepted accounting principles.

**B. Insiders.** Insiders include those defined as insiders by the United States Bankruptcy Code, as amended; or to the extent left undefined, include without limitation any officer, employee, stockholder or member, director, partner, or any immediate family member of any of the foregoing, or any person or entity which, directly or indirectly, controls, is controlled by or is under common control with me.

**C. Loan.** Loan refers to this transaction generally, including obligations and duties arising from the terms of all documents prepared or submitted for this transaction.

**D. Loan Documents.** Loan Documents refer to all the documents executed as a part of or in connection with the Loan.

**E. Pronouns.** The pronouns "I", "me" and "my" refer to every Borrower signing this Agreement, individually and together with their heirs, successors and assigns, and each other person or legal entity (including guarantors, endorsers, and sureties) who agrees to pay this Agreement. "You" and "your" refers to the Loan's lender, any participants or syndicators, successors and assigns, or any person or company that acquires an interest in the Loan.

**F. Property.** Property is any property, real, personal or intangible, that secures my performance of the obligations of this Loan.

**2. ADVANCES.** Advances under this Agreement are made according to the following terms and conditions.

**A. Multiple Advances - Revolving.** In accordance with the terms of this Agreement and other Loan Documents, you will extend to me and I may from time to time borrow, repay, and reborrow, one or more advances. The amount of advances will not exceed $1,295,618.00 (Principal).

**B. Requests for Advances.** My requests are a warranty that I am in compliance with all the Loan Documents. When required by you for a particular method of advance, my requests for an advance must specify the requested amount and the date and be accompanied with any agreements, documents, and instruments that you require for the Loan. Any payment by you of any check, share draft or other charge may, at your option, constitute an advance on the Loan to me. All advances will be made in United States dollars. I will indemnify you and hold you harmless for your reliance on any request for advances that you reasonably believe to be genuine. To the extent permitted by law, I will indemnify you and hold you harmless when the person making any request represents that I authorized this person to request an advance even when this person is unauthorized or this person's signature is not genuine.

I or anyone I authorize to act on my behalf may request advances by the following methods.

**(1)** I make a request in person.

**(2)** I make a request by phone.

**(3)** I make a request by mail.

**C. Advance Limitations.** In addition to any other Loan conditions, requests for, and access to, advances are subject to the following limitations.

**(1)** Discretionary Advances. You will make all Loan advances at your sole discretion.

**(2)** Advance Amount. Subject to the terms and conditions contained in this Agreement, advances will be made in exactly the amount I request.

**(3)** Disbursement of Advances. On my fulfillment of this Agreement's terms and conditions, you will disburse the advance in any manner as you and I agree.

**(4)** Credit Limit. I understand that you will not ordinarily grant a request for an advance that would cause the unpaid principal of my Loan to be greater than the Principal limit. You may, at your option, grant such a request without obligating yourselves to do so in the future. I will pay any overadvances in addition to my regularly scheduled payments. I will repay any overadvance by repaying you in full within 5 days after the overadvance occurs.

**(5)** Records. Your records will be conclusive evidence as to the amount of advances, the Loan's unpaid principal balances and the accrued interest.

**D. Conditions.** I will satisfy all of the following conditions before you either issue any promissory notes or make any advances under this Agreement. These are the minimum conditions under which you would consider making an advance, but satisfaction of these conditions does not commit you to advancing funds under this Agreement.

**(1) No Default.** There has not been a default under this Agreement or any other Loan Documents nor would a default result from making the Loan or any advance.

**(2) Information.** You have received all documents, information, certifications and warranties as you may require, all properly executed, if appropriate, on forms acceptable to you.

**(3) Inspections.** You have made all inspections that you consider necessary and are satisfied with this inspection.

**(4) Conditions and Covenants.** I will have performed and complied with all conditions required for an advance and all covenants in this Agreement and any other Loan Documents.

**(5) Warranties and Representations.** The warranties and representations contained in this Agreement are true and correct at the time of making the requested advance.

**(6) Financial Statements.** My most recent financial statements and other financial reports, delivered to you, are current, complete, true and accurate in all material respects and fairly represent my financial condition.

**(7) Bankruptcy Proceedings.** No proceeding under the United States Bankruptcy Code has been commenced by or against me or any of my affiliates.

**3. MATURITY DATE.** I agree to fully repay the Loan by December 1, 2020.

**4. WARRANTIES AND REPRESENTATIONS.** I make to you the following warranties and representations which will continue as long as this Loan is in effect, except when this Agreement provides otherwise.

**A. Power.** I am duly organized, and validly existing and in good standing in all jurisdictions in which I operate. I have the power and authority to enter into this transaction and to carry on my business or activity as it is now being conducted and, as applicable, am qualified to do so in each jurisdiction in which I operate.

**B. Authority.** The execution, delivery and performance of this Loan and the obligation evidenced by the Note are within my powers, have been duly authorized, have received all necessary governmental approval, will not violate any provision of law, or order of court or governmental agency, and will not violate any agreement to which I am a party or to which I am a party or any of my property is subject.

**C. Name and Place of Business.** Other than previously disclosed in writing to you I have not changed my name or principal place of business within the last 10 years and have not used any other trade or fictitious name. Without your prior written consent, I do not and will not use any other name and will preserve my existing name, trade names and franchises.

**D. Hazardous Substances.** Except as I previously disclosed in writing and you acknowledge in writing, no Hazardous Substance, underground tanks, private dumps or open wells are currently located at, on, in, under or about the Property.

**E. Use of Property.** After diligent inquiry, I do not know or have reason to know that any Hazardous Substance has been discharged, leached or disposed of, in violation of any Environmental Law, from the property onto, over or into any other property, or from any other property onto, over or into the property.

**F. Environmental Laws.** I have no knowledge or reason to believe that there is any pending or threatened investigation, claim, judgment or order, violation, lien, or other notice under any Environmental Law that concerns me or the property. The property and any activities on the property are in full compliance with all Environmental Law.

**G. Loan Purpose.** This is a business-purpose loan transaction.

**H. No Other Liens.** I own or lease all property that I need to conduct my business and activities. I have good and marketable title to all property that I own or lease. All of my Property is free and clear of all liens, security interests, encumbrances and other adverse claims and interests, except those to you or those you consent to in writing.

**I. Compliance With Laws.** I am not violating any laws, regulations, rules, orders, judgments or decrees applicable to me or my property, except for those which I am challenging in good faith through proper proceedings after providing adequate reserves to fully pay the claim and its challenge should I lose.

**J. Legal Dispute.** There are no pending or threatened lawsuits, arbitrations or other proceedings against me or my property that singly or together may materially and adversely affect my property, operations, financial condition, or business.

**K. Adverse Agreements.** I am not a party to, nor am I bound by, any agreement that is now or is likely to become materially adverse to my business, Property or operations.

**L. Other Claims.** There are no outstanding claims or rights that would conflict with the execution, delivery or performance by me of the terms and conditions of this Agreement or the other Loan Documents. No outstanding claims or rights exist that may result in a lien on the Property, the Property's proceeds and the proceeds of proceeds, except liens that were disclosed to and agreed to by you in writing.

**M. Solvency.** I am able to pay my debts as they mature, my assets exceed my liabilities and I have sufficient capital for my current and planned business and other activities. I will not become insolvent by the execution or performance of this Loan.

**5. FINANCIAL STATEMENTS.** I will prepare and maintain my financial records using consistently applied generally accepted accounting principles then in effect. I will provide you with financial information in a form and substance that you accept, in your sole discretion, and under the following terms.

**A. Certification.** I represent and warrant that any financial statements that I provide you fairly represents my financial condition for the stated periods, is current, complete, true and accurate in all material respects, includes all of my direct or contingent liabilities and there has been no material adverse change in my financial condition, operations or business since the date the financial information was prepared.

**B. Frequency.** Until I have performed all of my obligations under the Loan, I will provide to you on an annual basis (or as otherwise requested by you) my financial statements, tax returns, annual internal audit reports or those prepared by independent accountants as soon as available, or at least within 90 days after the close of each of my fiscal years. Any annual financial statements that I provide you will be audited, compiled, or company prepared statements as requested by you in the future.

**C. SEC Reports.** I will provide you with true and correct copies of all reports, notices or statements that I provide to the Securities and Exchange Commission, any securities exchange or my stockholders, owners, or the holders of any material indebtedness as soon as available or at least within 14 days after issuance.

**D. Requested Information.** I will provide you with any other information about my operations, financial affairs and condition within 10 days after your request.

**6. COVENANTS.** Until the Loan and all related debts, liabilities and obligations are paid and discharged, I will comply with the following terms, unless you waive compliance in writing.

**A. Participation.** I consent to you participating or syndicating the Loan and sharing any information that you decide is necessary about me and the Loan with the other participants or syndicators.

**B. Inspection.** Following your written request, I will immediately pay for all one-time and recurring out-of-pocket costs that are related to the inspection of my records, business or Property that secures the Loan. Upon reasonable notice, I will permit you or your agents to enter any of my premises and any location where my Property is located during regular business hours to do the following.

**(1)** You may inspect, audit, check, review and obtain copies from my books, records, journals, orders, receipts, and any correspondence and other business related data.

---

**(2)** You may discuss my affairs, finances and business with any one who provides you with evidence that they are a creditor of mine, the sufficiency of which will be subject to your sole discretion.

**(3)** You may inspect my Property, audit for the use and disposition of the Property's proceeds and proceeds of proceeds; or do whatever you decide is necessary to preserve and protect the Property and your interest in the Property.

After prior notice to me, you may discuss my financial condition and business operations with my independent accountants, if any, or my chief financial officer and I may be present during these discussions. As long as the Loan is outstanding, I will direct all of my accountants and auditors to permit you to examine my records in their possession and to make copies of these records. You will use your best efforts to maintain the confidentiality of the information you or your agents obtain, except you may provide your regulator, if any, with required information about my financial condition, operation and business or that of my parent, subsidiaries or affiliates.

**C. Business Requirements.** I will preserve and maintain my present existence and good standing in the jurisdiction where I am organized and all of my rights, privileges and franchises. I will do all that is needed or required to continue my business or activities as presently conducted, by obtaining licenses, permits and bonds everywhere I engage in business or activities or own, lease or locate my property. I will obtain your prior written consent before I cease my business or before I engage in any new line of business that is materially different from my present business.

**D. Compliance with Laws.** I will not violate any laws, regulations, rules, orders, judgments or decrees applicable to me or my Property, except for those which I challenge in good faith through proper proceedings after providing adequate reserves to fully pay the claim and its appeal should I lose. Laws include without limitation the Federal Fair Labor Standards Act requirements for producing goods, the federal Employee Retirement Income Security Act of 1974's requirements for the establishment, funding and management of qualified deferred compensation plans for employees, health and safety laws, environmental laws, tax laws, licensing and permit laws. On your request, I will provide you with written evidence that I have fully and timely paid my taxes, assessments and other governmental charges levied or imposed on me, my income or profits and my property. Taxes include without limitation sales taxes, use taxes, personal property taxes, documentary stamp taxes, recordation taxes, franchise taxes, income taxes, withholding taxes, FICA taxes and unemployment taxes. I will adequately provide for the payment of these taxes, assessments and other charges that have accrued but are not yet due and payable.

**E. New Organizations.** I will obtain your written consent before organizing, merging into, or consolidating with an entity; acquiring all or substantially all the assets of another; materially changing the legal structure, management, ownership or financial condition; or effecting or entering into a domestication, conversion or interest exchange.

**F. Dealings with Insiders.** I will not purchase, acquire or lease any property or services from, or sell, provide or lease any property or services to, or permit any outstanding loans or credit extensions to, or otherwise deal with, any Insiders except as required under contracts existing at the time I applied for the Loan and approved by you or as this Agreement otherwise permits. I will not change or breach these contracts existing at Loan application so as to cause an acceleration of or an increase in any payments due.

**G. Other Debts.** I will pay when due any and all other debts owed or guaranteed by me and will faithfully perform, or comply with all the conditions and obligations imposed on me concerning the debt or guaranty.

**H. Other Liabilities.** I will not incur, assume or permit any debt evidenced by notes, bonds or similar obligations, except: debt in existence on the date of this Agreement and fully disclosed to you; debt subordinated in payment to you on conditions and terms acceptable to you; accounts payable incurred in the ordinary course of my business and paid under customary trade terms or contested in good faith with reserves satisfactory to you.

**I. Notice to You.** I will promptly notify you of any material change in my financial condition, of the occurrence of a default under the terms of this Agreement or any other Loan Document, or a default by me under any agreement between me and any third party which materially and adversely affects my property, operations, financial condition or business.

**J. Certification of No Default.** On your request, my chief financial officer or my independent accountant will provide you with a written certification that to the best of their knowledge no event of default exists under the terms of this Agreement or the other Loan Documents, and that there exists no other action, condition or event which with the giving of notice or lapse of time or both would constitute a default. As requested, my chief financial officer or my independent accountant will also provide you with computations demonstrating compliance with any financial covenants and ratios contained in this Agreement. If an action, condition or event of default does exist, the certificate must accurately and fully disclose the extent and nature of this action, condition or event and state what must be done to correct it.

**K. Use of Loan Proceeds.** I will not permit the loan proceeds to be used to purchase, carry, reduce, or retire any loan originally incurred to purchase or carry any margin stock or otherwise cause the Loan to violate Federal Reserve Board Regulations U or X, or Section 8 of the Securities and Exchange Act of 1934 and its regulations, as amended.

**L. Dispose of No Assets.** Without your prior written consent or as the Loan Documents permit, I will not sell, lease, assign, transfer, dispose of or otherwise distribute all or substantially all of my assets to any person other than in the ordinary course of business for the assets' depreciated book value or more.

**M. No Other Liens.** I will not create, permit or suffer any lien or encumbrance upon any of my properties for or by anyone, other than you, except for: nonconsensual liens imposed by law arising out of the ordinary course of business on obligations that are not overdue or which I am contesting in good faith after making appropriate reserves; valid purchase money security interests on personal property; or any other liens specifically agreed to by you in writing.

**N. Guaranties.** I will not guaranty or become liable in any way as surety, endorser (other than as endorser of negotiable instruments in the ordinary course of business) or accommodation endorser or otherwise for the debt or obligations of any other person or entity, except to you or as you otherwise specifically agree in writing.

**O. No Default under Other Agreements.** I will not allow to occur, or to continue unremedied, any act, event or condition which constitutes a default, or which, with the passage of time or giving of notice, or both, would constitute a default under any agreement, document, instrument or undertaking to which I am a party or by which I may be bound.

**P. Legal Disputes.** I will promptly notify you in writing of any threatened or pending lawsuit, arbitration or other proceeding against me or any of my property, not identified in my financial statements, or that singly or together with other proceedings may materially and adversely affect my property, operations, financial condition or business. I will use my best efforts to bring about a favorable and speedy result of any of these lawsuits, arbitrations or other proceedings.

**Q. Other Notices.** I will immediately provide you with any information that may materially and adversely affect my ability to perform this Agreement and of its anticipated effect.

**R. No Change in Capital.** I will not release, redeem, retire, purchase or otherwise acquire, directly or indirectly, any of my capital stock or other equity security or partnership interest, or make any change in my capital structure, except to the extent required by any agreements signed prior to this Agreement and disclosed to you or with your prior written consent.

**S. Loan Obligations.** I will make full and timely payment of all principal and interest obligations, and comply with the other terms and agreements contained in this Agreement and in the other Loan Documents.

**T. Insurance.** I will obtain and maintain insurance with insurers, in amounts and coverages that are acceptable to you and customary with industry practice. This may include without limitation insurance policies for public liability, fire, hazard and extended risk, workers compensation, and, at your request, business interruption and/or rent loss insurance. At your request, I will deliver to you certified copies of all of these insurance policies, binders or certificates. I will obtain and maintain a mortgagee clause (or lender loss payable clause) endorsement - naming you as the loss payee. If you require, I will also obtain an "additional insured" endorsement - naming you as an additional insured. I will immediately notify you of cancellation or termination of insurance. I will require all insurance

policies to provide you with at least 10 days prior written notice to you of cancellation or modification. I consent to you using or disclosing information relative to any contract of insurance required by the Loan for the purpose of replacing this insurance. I also authorize my insurer and you to exchange all relevant information related to any contract of insurance required by any document executed as part of this Loan.

**U. Property Maintenance.** I will keep all tangible and intangible property that I consider necessary or useful in my business in good working condition by making all needed repairs, replacements and improvements and by making all rental, lease or other payments due on this property.

**V. Property Loss.** I will immediately notify you, and the insurance company when appropriate, of any material casualty, loss or depreciation to the Property or to my other property that affects my business.

**W. Reserves.** You may set aside and reserve Loan proceeds for Loan interest, fees and expenses, taxes, and insurance. I grant you a security interest in the reserves.

No interest will accrue on any reserve Loan proceeds. Disbursement of reserves is disbursement of the Loan's proceeds. At my request, you will disburse the reserves for the purpose they were set aside for, as long as I am not in default under this Agreement. You may directly pay these reserved items, reimburse me for payments I made, or reduce the reserves and increase the Loan proceeds available for disbursement.

**X. Additional Taxes.** I will pay all filing and recording costs and fees, including any recordation, documentary or transfer taxes or stamps, that are required to be paid with respect to this Loan and any Loan Documents.

**AA. Minimum Cash Flow Coverage.** During the term of the Loan Agreement, I shall maintain a minimum cash flow to debt ratio of 1.25 to 1 (1:25xx:1) as defined by pre-tax net income, plus interest expense, depreciation, amortization and other similar non-cash expenses, over total annual debt, as determined annually, on the last day of each fiscal year based on the federal tax returns I have provided to you. For purposes of this determination, pre-tax net income excludes any extraordinary gains or losses and any gains or losses from the sale or other disposition of assets outside of the ordinary course of business.

**7. DEFAULT.** I will be in default if any of the following events (known separately and collectively as an Event of Default) occur:

**A. Payments.** I fail to make a payment in full when due.

**B. Insolvency or Bankruptcy.** The death, dissolution or insolvency of, appointment of a receiver by or on behalf of, application of any debtor relief law, the assignment for the benefit of creditors by or on behalf of, the voluntary or involuntary termination of existence by, or the commencement of any proceeding under any present or future federal or state insolvency, bankruptcy, reorganization, composition or debtor relief law by or against me or any co-signer, endorser, surety or guarantor of this Agreement or any other obligations I have with you.

**C. Business Termination.** I merge, dissolve, reorganize, end my business or existence, or a partner or majority owner dies or is declared legally incompetent.

**D. Failure to Perform.** I fail to perform any condition or to keep any promise or covenant of this Agreement.

**E. Other Documents.** A default occurs under the terms of any other Loan Document.

**F. Other Agreements.** I am in default on any other debt or agreement I have with you.

**G. Misrepresentation.** I make any verbal or written statement or provide any financial information that is untrue, inaccurate, or conceals a material fact at the time it is made or provided.

**H. Judgment.** I fail to satisfy or appeal any judgment against me.

**I. Forfeiture.** The Property is used in a manner or for a purpose that threatens confiscation by a legal authority.

**J. Name Change.** I change my name or assume an additional name without notifying you before making such a change.

**K. Property Transfer.** I transfer all or a substantial part of my money or property.

**L. Property Value.** You determine in good faith that the value of the Property has declined or is impaired.

**M. Material Change.** Without first notifying you, there is a material change in my business, including ownership, management, and financial conditions.

**N. Insecurity.** You determine in good faith that a material adverse change has occurred in my financial condition from the conditions set forth in my most recent financial statement before the date of this Agreement or that the prospect for payment or performance of the Loan is impaired for any reason.

**8. REMEDIES.** After I default, you may at your option do any one or more of the following.

**A. Acceleration.** You may make all or any part of the amount owing by the terms of the Loan immediately due. If I am a debtor in a bankruptcy petition or in an application filed under section 5(a)(3) of the Securities Investor Protection Act, the Loan is automatically accelerated and immediately due and payable without notice or demand upon filing of the petition or application.

**B. Sources.** You may use any and all remedies you have under state or federal law or in any Loan Document.

**C. Insurance Benefits.** You may make a claim for any and all insurance benefits or refunds that may be available on my default.

**D. Payments Made On My Behalf.** Amounts advanced on my behalf will be immediately due and may be added to the balance owing under the terms of the Loan, and accrue interest at the highest post-maturity interest rate.

**E. Termination.** You may terminate my rights to obtain advances or other extensions of credit by any of the methods provided in this Agreement.

**F. Set-Off.** You may use the right of set-off. This means you may set-off any amount due and payable under the terms of the Loan against any right I have to receive money from you.

My right to receive money from you includes any deposit or share account balance I have with you; any money owed to me on an item presented to you or in your possession for collection or exchange; and any repurchase agreement or other non-deposit obligation. "Any amount due and payable under the terms of the Loan" means the total amount to which you are entitled to demand payment under the terms of the Loan at the time you set-off.

Subject to any other written contract, if my right to receive money from you is also owned by someone who has not agreed to pay the Loan, your right of set-off will apply to my interest in the obligation and to any other amounts I could withdraw on my sole request or endorsement.

In addition, you may also have rights under a "statutory lien". A "statutory lien" means your right under state or federal law to establish a right in, or claim to, my shares and dividends to the extent of any outstanding financial obligations I have with you. If you have a statutory lien, you may without further notice, impress and enforce the statutory lien on my shares and dividends to the extent of any sums due and payable under the terms of the Loan that I fail to satisfy.

Your set-off and statutory lien rights do not apply to an account or other obligation where my rights arise only in a representative capacity. They also do not apply to any Individual Retirement Account or other tax-deferred retirement account.

You will not be liable for the dishonor of any check or share draft when the dishonor occurs because you set-off against any of my accounts, or exercised your statutory lien rights. I agree to hold you harmless from any such claims arising as a result of your exercise of your right of set-off or statutory lien rights.

**G. Waiver.** Except as otherwise required by law, by choosing any one or more of these remedies you do not give up your right to use any other remedy. You do not waive a default if you choose not to use a remedy. By electing not to use any remedy, you do not waive your right to later consider the event a default and to use any remedies if the default continues or occurs again.

---

**9. COLLECTION EXPENSES AND ATTORNEYS' FEES.** On or after the occurrence of an Event of Default, to the extent permitted by law, I agree to pay all expenses of collection, enforcement or protection of your rights and remedies under this Agreement or any other Loan Document. Expenses include (unless prohibited by law) reasonable attorneys' fees, court costs, and other legal expenses. These expenses are due and payable immediately. If not paid immediately, these expenses will bear interest from the date of payment until paid in full at the highest interest rate in effect as provided for in the terms of this Loan. All fees and expenses will be secured by the Property I have granted to you, if any. In addition, to the extent permitted by the United States Bankruptcy Code, I agree to pay the reasonable attorneys' fees incurred by you to protect your rights and interests in connection with any bankruptcy proceedings initiated by or against me.

**10. APPLICABLE LAW.** This Agreement is governed by the laws of Ohio, the United States of America, and to the extent required, by the laws of the jurisdiction where the Property is located, except to the extent such state laws are preempted by federal law.

**11. JOINT AND INDIVIDUAL LIABILITY AND SUCCESSORS.** My obligation to pay the Loan is independent of the obligation of any other person who has also agreed to pay it. You may sue me alone, or anyone else who is obligated on the Loan, or any number of us together, to collect the Loan. Extending the Loan or new obligations under the Loan, will not affect my duty under the Loan and I will still be obligated to pay the Loan. You may assign all or part of your rights or duties under this Agreement or the Loan Documents without my consent. If you assign this Agreement, all of my covenants, agreements, representations and warranties contained in this Agreement or the Loan Documents will benefit your successors and assigns. I may not assign this Agreement or any of my rights under it without your prior written consent. The duties of the Loan will bind my successors and assigns.

**12. AMENDMENT, INTEGRATION AND SEVERABILITY.** This Agreement may not be amended or modified by oral agreement. No amendment or modification of this Agreement is effective unless made in writing. This Agreement and the other Loan Documents are the complete and final expression of the understanding between you and me. If any provision of this Agreement is unenforceable, then the unenforceable provision will be severed and the remaining provisions will still be enforceable.

**13. INTERPRETATION.** Whenever used, the singular includes the plural and the plural includes the singular. The section headings are for convenience only and are not to be used to interpret or define the terms of this Agreement.

*{Remainder of page intentionally left blank.}*

**14. NOTICE, FINANCIAL REPORTS AND ADDITIONAL DOCUMENTS.** Unless otherwise required by law, any notice will be given by delivering it or mailing it by first class mail to the appropriate party's address listed in the DATE AND PARTIES section, or to any other address designated in writing. Notice to one Borrower will be deemed to be notice to all Borrowers. I will inform you in writing of any change in my name, address or other application information. I will provide you any correct and complete financial statements or other information you request. I agree to sign, deliver, and file any additional documents or certifications that you may consider necessary to perfect, continue, and preserve my obligations under this Loan and to confirm your lien status on any Property. Time is of the essence.

**15. WAIVER OF JURY TRIAL.** All of the parties to this Agreement knowingly and intentionally, irrevocably and unconditionally, waive any and all right to a trial by jury in any litigation arising out of or concerning this Agreement or any other Loan Document or related obligation. All of these parties acknowledge that this section has either been brought to the attention of each party's legal counsel or that each party had the opportunity to do so.

> **CONFESSION OF JUDGMENT.** If I default, I authorize any attorney to appear in a court of record and confess judgment against me in favor of you. The confession of judgment may be without process and for any amount due on the Loan including collection costs and reasonable attorneys' fees. This is in addition to other remedies.

**16. SIGNATURES.** By signing, I agree to the terms contained in this Agreement. I also acknowledge receipt of a copy of this Agreement.

## WARNING: BY SIGNING THIS PAPER YOU GIVE UP YOUR RIGHT TO NOTICE AND COURT TRIAL. IF YOU DO NOT PAY ON TIME A COURT JUDGMENT MAY BE TAKEN AGAINST YOU WITHOUT YOUR PRIOR KNOWLEDGE AND THE POWERS OF A COURT CAN BE USED TO COLLECT FROM YOU REGARDLESS OF ANY CLAIMS YOU MAY HAVE AGAINST THE CREDITOR WHETHER FOR RETURNED GOODS, FAULTY GOODS, FAILURE ON HIS PART TO COMPLY WITH THE AGREEMENT, OR ANY OTHER CAUSE.

BORROWER:

Cusitech LLC, an Ohio limited liability company

By _____  Date 11/6/2018
Craig A. Kalie, Member

ACKNOWLEDGMENT.

STATE OF *Ohio* _____ COUNTY OF *Franklin* ss.
This instrument was acknowledged before me this 6th day of *November*, 2018 by Craig A. Kalie, Member of Cusitech LLC, an Ohio limited liability company on behalf of the limited liability company.

SAUNDY D. CASE
Notary Public, State of Ohio
My Commission Expires 06-19-2023

_____
(Notary Public)

| LOAN NUMBER | LOAN NAME | ACCT. NUMBER | NOTE DATE | INITIALS |
|---|---|---|---|---|
| [   ]1-650 | Cusitech LLC | | 11/ _6_ /18 | |
| **NOTE AMOUNT** | **INDEX (w/Margin)** | **RATE** | **MATURITY DATE** | **LOAN PURPOSE** |
| $1,295,618.00 | Wall Street Journal Prime plus 2.750% | Wall Street Journal Prime plus 2.750% | 12/01/20 | Commercial |
| | | Creditor Use Only | | |

# PROMISSORY NOTE
(Commercial - Revolving Draw)

**DATE AND PARTIES.** The date of this Promissory Note (Note) is November _6_, 2018. The parties and their addresses are:

**LENDER:**
PATHWAYS FINANCIAL CREDIT UNION
5665 North Hamilton Road
Columbus, OH 43230
Telephone:

**BORROWER:**
CUSITECH LLC
an Ohio Limited Liability Company
2 1/2 North State Street
Westerville, OH 43081

**1. DEFINITIONS.** As used in this Note, the terms have the following meanings:

**A. Pronouns.** The pronouns "I," "me," and "my" refer to each Borrower signing this Note, individually and together with their heirs, successors and assigns, and each other person or legal entity (including guarantors, endorsers, and sureties) who agrees to pay this Note. "You" and "Your" refer to the Lender, any participants or syndicators, successors and assigns, or any person or company that acquires an interest in the Loan.

**B. Note.** Note refers to this document, and any extensions, renewals, modifications and substitutions of this Note.

**C. Loan.** Loan refers to this transaction generally, including obligations and duties arising from the terms of all documents prepared or submitted for this transaction such as applications, security agreements, disclosures or notes, and this Note.

**D. Loan Documents.** Loan Documents refer to all the documents executed as a part of or in connection with the Loan.

**E. Property.** Property is any property, real, personal or intangible, that secures my performance of the obligations of this Loan.

**F. Percent.** Rates and rate change limitations are expressed as annualized percentages.

**G. Dollar Amounts.** All dollar amounts will be payable in lawful money of the United States of America.

**2. PROMISE TO PAY.** For value received, I promise to pay you or your order, at your address, or at such other location as you may designate, amounts advanced from time to time under the terms of this Note up to the maximum outstanding principal balance of **$1,295,618.00 (Principal)**, plus interest from the date of disbursement, on the unpaid outstanding Principal balance until this Note is paid in full and you have no further obligations to make advances to me under the Loan.

I may borrow up to the Principal amount more than one time.

All advances made will be made subject to all other terms and conditions of the Loan.

**3. INTEREST.** Interest will accrue on the unpaid Principal balance of this Note at the rate equal to the Wall Street Journal U.S. Prime Rate (as herein defined) plus 2.750 percent, subject to monthly adjustments as defined below (the "Interest Rate").

**A. Interest After Default.** If you declare a default under the terms of the Loan, including for failure to pay in full at maturity, you may increase the Interest Rate payable on the outstanding Principal balance of this Note. In such event, interest will accrue on the outstanding Principal balance at 18.000 percent until paid in full.

**B. Maximum Interest Amount.** Any amount assessed or collected as interest under the terms of this Note will be limited to the maximum lawful amount of interest allowed by applicable law. Amounts collected in excess of the maximum lawful amount will be applied first to the unpaid Principal balance. Any remainder will be refunded to me.

**C. Statutory Authority.** The amount assessed or collected on this Note is authorized by the Ohio usury laws under Ohio Rev. Code Ann. chs. 1343 and 1733.

**D. Accrual.** Interest accrues using an Actual/365 days counting method.

**E. Variable Rate.** The Interest Rate may change during the term of this transaction.

(1) **Index.** Beginning with the first Change Date, the Interest Rate will be based on the following index: the base rate on corporate loans posted by at least 70% of the 10 largest U.S. banks known as the Wall Street Journal U.S. Prime Rate.

The Current Index is the most recent index figure available on each Change Date. You do not guaranty by selecting this Index, or the margin, that the Interest Rate on this Note will be the same rate you charge on any other loans or class of loans you make to me or other borrowers. If this Index is no longer available, I agree and consent to you selecting a substitute index and an alternative margin - all at your sole discretion. You will give me advance notice of your selection. As used in this subsection, "no longer available" includes, but is not limited to, when an Index is terminated, becomes deregulated, or becomes unacceptable for use by a regulator.

(2) **Change Date.** Each date on which the Interest Rate may change is called a Change Date. The Interest Rate may change December 1, 2018 and monthly thereafter.

**(3) Calculation Of Change.** On each Change Date you will calculate the Interest Rate, which will be the Current Index plus 2.750 percent. Subject to any limitations, this will be the Interest Rate until the next Change Date. The new Interest Rate will become effective on each Change Date. The Interest Rate and other charges on this Note will never exceed the highest rate or charge allowed by law for this Note.

**(4) Effect Of Variable Rate.** A change in the Interest Rate will have the following effect on the payments: The amount of scheduled payments will change.

**4. ADDITIONAL CHARGES.** As additional consideration, I agree to pay, or have paid, these additional fees and charges.

    **A. Nonrefundable Fees and Charges.** The following fees are earned when collected and will not be refunded if I prepay this Note before the scheduled maturity date.

        **Loan Origination.** A(n) Loan Origination fee of $2,750.00 payable from separate funds on or before today's date.

    I agree to pay all additional fees as reasonably requested by you.

**5. REMEDIAL CHARGES.** In addition to interest or other finance charges, I agree that I will pay these additional fees based on my method and pattern of payment. Additional remedial charges may be described elsewhere in this Note.

    **A. Late Charge.** If a payment is more than **10** days late, I will be charged **5.000** percent of the Amount of Payment. I will pay this late charge promptly but only once for each late payment.

    **B. Returned Payment Charge.** I agree to pay a fee not to exceed $35.00 for each check, electronic payment, negotiable order of withdrawal or draft I issue in connection with the Loan that is returned because it has been dishonored.

    **C. Stop Payment Fee.** A(n) Stop Payment Fee equal to $25.00.

**6. GOVERNING AGREEMENT.** This Note is further governed by the Commercial Loan Agreement executed between you and me as a part of this Loan, as modified, amended or supplemented. The Commercial Loan Agreement states the terms and conditions of this Note, including the terms and conditions under which the maturity of this Note may be accelerated. When I sign this Note, I represent to you that I have reviewed and am in compliance with the terms contained in the Commercial Loan Agreement.

**7. PAYMENT.** I agree to pay all accrued interest on the balance outstanding from time to time in regular payments beginning January 1, 2019, then on the same day of each month thereafter. A final payment of the entire unpaid outstanding balance of Principal and interest will be due December 1, 2020.

Payments will be rounded to the nearest $.01. With the final payment I also agree to pay any additional fees or charges owing and the amount of any advances you have made to others on my behalf. Payments scheduled to be paid on the 29th, 30th or 31st day of a month that contains no such day will, instead, be made on the last day of such month.

Interest payments will be applied first to any charges I owe other than late charges, then to accrued, but unpaid interest, then to late charges. Principal payments will be applied first to the outstanding Principal balance, then to any late charges. If you and I agree to a different application of payments, we will describe our agreement on this Note. The actual amount of my final payment will depend on my payment record.

**8. PREPAYMENT.** I may prepay this Loan in full or in part at any time. Any partial prepayment will not excuse any later scheduled payments until I pay in full.

**9. LOAN PURPOSE.** This is a business-purpose loan transaction.

**10. SECURITY.** The Loan is secured by separate security instruments prepared together with this Note as follows:

| Document Name | Parties to Document |
| --- | --- |
| Open-end Mortgage | Shelmit LLC |
| Assignment of Leases and Rents | Shelmit LLC |
| Security Agreement | Cusitech LLC |

**11. DUE ON SALE OR ENCUMBRANCE.** You may, at your option, declare the entire balance of this Note to be immediately due and payable upon the creation of, or contract for the creation of, any lien, encumbrance, transfer or sale of all or any part of the Property. This right is subject to the restrictions imposed by federal law, as applicable.

**12. WAIVERS AND CONSENT.** To the extent not prohibited by law, I waive protest, presentment for payment, demand, notice of acceleration, notice of intent to accelerate and notice of dishonor.

    **A. Additional Waivers By Borrower.** In addition, I, and any party to this Note and Loan, to the extent permitted by law, consent to certain actions you may take, and generally waive defenses that may be available based on these actions or based on the status of a party to this Note.

        **(1)** You may renew or extend payments on this Note, regardless of the number of such renewals or extensions.

        **(2)** You may release any Borrower, endorser, guarantor, surety, accommodation maker or any other co-signer.

        **(3)** You may release, substitute or impair any Property securing this Note.

        **(4)** You, or any institution participating in this Note, may invoke your right of set-off.

        **(5)** You may enter into any sales, repurchases or participations of this Note to any person in any amounts and I waive notice of such sales, repurchases or participations.

        **(6)** I agree that any of us signing this Note as a Borrower is authorized to modify the terms of this Note or any instrument securing, guarantying or relating to this Note.

        **(7)** I agree that you may inform any party who guarantees this Loan of any Loan accommodations, renewals, extensions, modifications, substitutions or future advances.

    **B. No Waiver By Lender.** Your course of dealing, or your forbearance from, or delay in, the exercise of any of your rights, remedies, privileges or right to insist upon my strict performance of any provisions contained in this Note, or any other Loan Document, shall not be construed as a waiver by you, unless any such waiver is in writing and is signed by you.

**13. COMMISSIONS.** I understand and agree that you (or your affiliate) will earn commissions or fees on any insurance products, and may earn such fees on other services that I buy through you or your affiliate.

**14. APPLICABLE LAW.** This Note is governed by the laws of Ohio, the United States of America, and to the extent required, by the laws of the jurisdiction where the Property is located, except to the extent such state laws are preempted by federal law.

**15. JOINT AND INDIVIDUAL LIABILITY AND SUCCESSORS.** My obligation to pay the Loan is independent of the obligation of any other person who has also agreed to pay it. You may sue me alone, or anyone else who is obligated on the Loan, or any number of us together, to collect the Loan. Extending the Loan or new obligations under the Loan, will not affect my duty under the Loan and I will still be obligated to pay the Loan. This Note shall inure to the benefit of and be enforceable by you and your successors and assigns and shall be binding upon and enforceable against me and my personal representatives, successors, heirs and assigns.

**16. AMENDMENT, INTEGRATION AND SEVERABILITY.** This Note may not be amended or modified by oral agreement. No amendment or modification of this Note is effective unless made in writing. This Note and the other Loan Documents are the complete and final expression of the agreement. If any provision of this Note is unenforceable, then the unenforceable provision will be severed and the remaining provisions will still be enforceable. No present or future agreement securing any other debt I owe you will secure the payment of this Loan if, with respect to this loan, you fail to fulfill any necessary requirements or fail to conform to any limitations of the Real Estate Settlement Procedures Act (Regulation X) that are required for loans secured by the Property or if, as a result, this Loan would become subject to Section 670 of the John Warner National Defense Authorization Act for Fiscal Year 2007.

**17. INTERPRETATION.** Whenever used, the singular includes the plural and the plural includes the singular. The section headings are for convenience only and are not to be used to interpret or define the terms of this Note.

**18. NOTICE, FINANCIAL REPORTS AND ADDITIONAL DOCUMENTS.** Unless otherwise required by law, any notice will be given by delivering it or mailing it by first class mail to the appropriate party's address listed in the DATE AND PARTIES section, or to any other address designated in writing. Notice to one Borrower will be deemed to be notice to all Borrowers. I will inform you in writing of any change in my name, address or other application information. I agree to sign, deliver, and file any additional documents or certifications that you may consider necessary to perfect, continue, and preserve my obligations under this Loan and to confirm your lien status on any Property. Time is of the essence.

**19. CREDIT INFORMATION.** I agree and acknowledge that from time to time you may obtain credit information about me from others, including other lenders and all credit reporting agencies, and report to others (such as a credit reporting agency) your credit experience with me. I agree that you will not be liable for any claim arising from the use of information provided to you by others or for providing such information to others.

**20. ERRORS AND OMISSIONS.** I agree, if requested by you, to fully cooperate in the correction, if necessary, in the reasonable discretion of you of any and all loan closing documents so that all documents accurately describe the loan between you and me. I agree to assume all costs including by way of illustration and not limitation, actual expenses, legal fees and marketing losses for failing to reasonably comply with your requests within thirty (30) days.

**21. WAIVER OF JURY TRIAL.** All of the parties to this Note knowingly and intentionally, irrevocably and unconditionally, waive any and all right to a trial by jury in any litigation arising out of or concerning this Note or any other Loan Document or related obligation. All of these parties acknowledge that this section has either been brought to the attention of each party's legal counsel or that each party had the opportunity to do so.

---

**CONFESSION OF JUDGMENT.** If I default, I authorize any attorney to appear in a court of record and confess judgment against me in favor of you. The confession of judgment may be without process and for any amount due on this Note including collection costs and reasonable attorneys' fees. This is in addition to other remedies.

---

**22. SIGNATURES.** By signing, I agree to the terms contained in this Note. I also acknowledge receipt of a copy of this Note.

**WARNING: BY SIGNING THIS PAPER YOU GIVE UP YOUR RIGHT TO NOTICE AND COURT TRIAL. IF YOU DO NOT PAY ON TIME A COURT JUDGMENT MAY BE TAKEN AGAINST YOU WITHOUT YOUR PRIOR KNOWLEDGE AND THE POWERS OF A COURT CAN BE USED TO COLLECT FROM YOU REGARDLESS OF ANY CLAIMS YOU MAY HAVE AGAINST THE CREDITOR WHETHER FOR RETURNED GOODS, FAULTY GOODS, FAILURE ON HIS PART TO COMPLY WITH THE AGREEMENT, OR ANY OTHER CAUSE.**

BORROWER:

Cusitech LLC, an Ohio limited liability company

By_____   Date_____ 11/6/2018
Craig A. Kalie, Member

**ACKNOWLEDGMENT.**

STATE OF _Ohio_____, COUNTY OF _Franklin_ ss.

This instrument was acknowledged before me this _12th_ day of _November_, _2016_ by Craig A. Kalie, Member of Cusitech LLC, an Ohio limited liability company, on behalf of the limited liability company.

My commission expires



SAUNDY D. CASE
Notary Public, State of Ohio
My Commission Expires 06-19-2023

## SECURITY AGREEMENT

**DATE AND PARTIES.** The date of this Security Agreement (Agreement) is November _6_, 2018. The parties and their addresses are:

**SECURED PARTY:**
**PATHWAYS FINANCIAL CREDIT UNION**
5665 North Hamilton Road
Columbus, OH 43230

**DEBTOR:**
**CUSITECH LLC**
an Ohio Limited Liability Company
2 1/2 North State Street
Westerville, OH 43081

**Definitions.** For the purposes of this document, the following terms have the following meanings.

"Line of Credit" refers to this transaction generally, including obligations and duties arising from the terms of all documents prepared or submitted for this transaction.

The pronouns "you" and "your" refer to the Secured Party. The pronouns "I," "me" and "my" refer to each person or entity signing this Agreement as Debtor and agreeing to give the Property described in this Agreement as security for the Secured Debts.

**1. SECURED DEBTS.** The term "Secured Debts" includes and this Agreement will secure each of the following:

**A. Specific Debts.** The following debts and all extensions, renewals, refinancings, modifications and replacements. A promissory note or other agreement, No. 82841-650 of even date hereto from me to you, in the amount of $1,295,618.00.

**B. All Debts.** All present and future debts from me to you, even if this Agreement is not specifically referenced. The future debts are also secured by other collateral, or if the future debt is unrelated to or of a different type than this debt. If more than one person signs this Agreement, each agrees that it will secure debts incurred either individually or with others who may not sign this Agreement. Nothing in this Agreement constitutes a commitment to make additional or future loans or advances. Any such commitment must be in writing.

This Agreement will not secure any debt which is also secured by real property or for which a non-possessory, non-purchase money security interest is created in "household goods" in connection with a "consumer loan," as those terms are defined by federal law governing unfair and deceptive credit practices. In addition, this Agreement will not secure any other debt if, with respect to such other debt, you fail to fulfill any necessary requirements or fail to conform to any limitations of the Real Estate Settlement Procedures Act (Regulation X) that are required for loans secured by the Property or if, as a result, the other debt would become subject to Section 670 of the John Warner National Defense Authorization Act for Fiscal Year 2007.

**C. Sums Advanced.** All sums advanced and expenses incurred by you under the terms of this Agreement.

Loan Documents refer to all the documents executed in connection with the Secured Debts.

**2. SECURITY INTEREST.** To secure the payment and performance of the Secured Debts, I grant you a security interest in all of the Property described in this Agreement that I own or have sufficient rights in which to transfer an interest, now or in the future, wherever the Property is or will be located, and all proceeds and products from the Property (including, but not limited to, all parts, accessories, repairs, replacements, improvements, and accessions to the Property). Property is all the collateral given as security for the Secured Debts and described in this Agreement, and includes all obligations that support the payment or performance of the Property. "Proceeds" includes cash proceeds, non-cash proceeds and anything acquired upon the sale, lease, license, exchange, or other disposition of the Property; any rights and claims arising from the Property; and any collections and distributions on account of the Property.

This Agreement remains in effect until terminated in writing, even if the Secured Debts are paid and you are no longer obligated to advance funds to me under any loan or credit agreement.

**3. PROPERTY DESCRIPTION.** The Property is described as follows:

**A. Inventory.** All inventory which I hold for ultimate sale or lease, or which has been or will be supplied under contracts of service, or which are raw materials, work in process, or materials used or consumed in my business. "Inventory" means goods, other than farm products, which: (A) are leased by a person as lessor; (B) are held by a person for sale or lease or to be furnished under a contract of service; (C) are furnished by a person under a contract of service; or (D) consist of raw materials, work in process, or materials used or consumed in a business. The term "Inventory" is as defined by the Uniform Commercial Code and further as modified or amended by the laws of the jurisdiction which governs this transaction.

**B. Accounts and Other Rights to Payment.** All rights I have now or in the future to payments including, but not limited to, payment for property or services sold, leased, rented, licensed, or assigned, whether or not I have earned such payment by performance. This includes any rights and interests (including all liens and security interests) which I may have by law or agreement against any Account Debtor or obligor of mine. "Account" means a right to payment of a monetary obligation, whether or not earned by performance, (i) for property that has been or is to be sold, leased, licensed, assigned, or otherwise disposed of, (ii) for services rendered or to be rendered, (iii) for a policy of insurance issued or to be issued, (iv) for a secondary obligation incurred or to be incurred, (v) for energy provided or to be provided, (vi) for the use or hire of a vessel under a charter or other contract, (vii) arising out of the use of a credit or charge card or information contained on or for use with the card, or (viii) as winnings in a lottery or other game of chance operated or sponsored by a State, governmental unit of a State, or person licensed or authorized to operate the game by a State or governmental unit of a State. The term includes health-care-insurance receivables. The term "Accounts" does not include (i) rights to payment evidenced by chattel paper or an instrument, (ii) commercial tort claims, (iii) deposit accounts, (iv) investment property, (v) letter-of-credit rights or letters of credit or (vi) rights to payment for money or funds advanced or sold, other than rights arising out of the use of a credit or charge card or information contained on or for use with the card. The term "Accounts" is as defined by the Uniform Commercial Code and further as modified or amended by the laws of the jurisdiction which governs this transaction.

**C. General Intangibles.** All general intangibles including, but not limited to, tax refunds, applications for patents, patents, copyrights, trademarks, trade secrets, good will, trade names, customer lists, permits and franchises, payment intangibles, computer programs and all supporting information provided in connection with a transaction relating to computer programs, and the right to use my name. "General intangible" means any personal property, including things in action, other than accounts, chattel paper, commercial tort claims, deposit accounts, documents, goods, instruments, investment property, letter-of-credit rights, letters of credit, money, and oil, gas, or other minerals before extraction. The term includes payment intangibles and software. The term "General Intangibles" is as defined by the Uniform Commercial Code and further as modified or amended by the laws of the jurisdiction which governs this transaction.

**D. Equipment.** All equipment including, but not limited to, all machinery, vehicles, furniture, fixtures, manufacturing equipment, farm machinery and equipment, shop equipment, office and recordkeeping equipment, and parts and tools. All equipment described in a list or schedule which I give to you will also be included in the Property, but such a list is not necessary for a valid security interest in my equipment. "Equipment" means goods other than inventory, farm products, or

consumer goods. The term "Equipment" is as defined by the Uniform Commercial Code and further as modified or amended by the laws of the jurisdiction which governs this transaction.

**4. WARRANTIES AND REPRESENTATIONS.** I make to you the following warranties and representations which will continue as long as this Agreement is in effect:

**A. Power.** I am duly organized, and validly existing and in good standing in all jurisdictions in which I operate. I have the power and authority to enter into this transaction and to carry on my business or activity as it is now being conducted and, as applicable, am qualified to do so in each jurisdiction in which I operate.

**B. Authority.** The execution, delivery and performance of this Agreement and the obligation evidenced by this Agreement are within my powers, have been duly authorized, have received all necessary governmental approval, will not violate any provision of law, or order of court or governmental agency, and will not violate any agreement to which I am a party or to which I am or any of my property is subject.

**C. Name and Location.** My name indicated in the DATE AND PARTIES section is my exact legal name. I am an entity organized and registered under the laws of Ohio. I will provide verification of registration and location upon your request. I will provide you with at least 30 days' notice prior to any change in my name, address, or state of organization or registration.

**D. Business Name.** Other than previously disclosed in writing to you I have not changed my name or principal place of business within the last 10 years and have not used any other trade or fictitious name. Without your prior written consent, I do not and will not use any other name and will preserve my existing name, trade names and franchises.

**E. Ownership of Property.** I represent that I own all of the Property. I represent that the vehicle portion of the Property is not a vehicle seized pursuant to any federal, state or local forfeiture law. Your claim to the Property is ahead of the claims of any other creditor, except as disclosed in writing to you prior to any advance on the Secured Debts. I represent that I am the original owner of the Property and, if I am not, that I have provided you with a list of prior owners of the Property.

**5. DUTIES TOWARD PROPERTY.**

**A. Protection of Secured Party's Interest.** I will defend the Property against any other claim. I agree to do whatever you require to protect your security interest and to keep your claim in the Property ahead of the claims of other creditors. I will not do anything to harm your position.

I will keep books, records and accounts about the Property and my business in general. I will let you examine these and make copies at any reasonable time. I will prepare any report or accounting you request which deals with the Property.

**B. Use, Location, and Protection of the Property.** I will keep the Property in my possession and in good repair. I will use it only for commercial purposes. I will not change this specified use without your prior written consent. You have the right of reasonable access to inspect the Property and I will immediately inform you of any loss or damage to the Property. I will not cause or permit waste to the Property.

I will keep the Property at my address listed in the DATE AND PARTIES section unless we agree I may keep it at another location. If the Property is to be used in other states, I will give you a list of those states. The location of the Property is given to aid in the identification of the Property. It does not in any way limit the scope of the security interest granted to you. I will notify you in writing and obtain your prior written consent to any change in location of any of the Property. I will not use the Property in violation of any law. I will notify you in writing prior to any change in my address, name or, if an organization, any change in my identity or structure.

Until the Secured Debts are fully paid and this Agreement is terminated, I will not grant a security interest in any of the Property without your prior written consent. I will pay all taxes and assessments levied or assessed against me or the Property and provide timely proof of payment of these taxes and assessments upon request.

**C. Selling, Leasing or Encumbering the Property.** I will not sell, offer to sell, lease, or otherwise transfer or encumber the Property without your prior written permission, except for Inventory sold in the ordinary course of business at fair market value, or at a minimum price established between you and me. If I am in default under this Agreement, I may not sell the Inventory portion of the Property even in the ordinary course of business. Any disposition of the Property contrary to this Agreement will violate your rights. Your permission to sell the Property may be reasonably withheld without regard to the creditworthiness of any buyer or transferee. I will not permit the Property to be the subject of any court order affecting my rights to the Property in any action by anyone other than you. If the Property includes chattel paper or instruments, either as original collateral or as proceeds of the Property, I will note your security interest on the face of the chattel paper or instruments.

**D. Additional Duties Specific to Accounts.** I will not settle any Account for less than its full value without your written permission. Until you tell me otherwise, I will collect all Accounts in the ordinary course of business. I will not dispose of the Accounts by assignment without your prior written consent. I will keep the proceeds from all the Accounts and any goods which are returned to me or which I take back. I will not commingle them with any of my other property. I will deliver the Accounts to you at your request. If you ask me to pay you the full price on any returned items or items retaken by me, I will do so. I will make no material change in the terms of any Account, and I will give you any statements, reports, certificates, lists of Account Debtors (showing names, addresses and amounts owing), invoices applicable to each Account, and other data in any way pertaining to the Accounts as you may request.

**6. INSURANCE.** I agree to keep the Property insured against the risks reasonably associated with the Property. I will maintain this insurance in the amounts you require. This insurance will last until the Property is released from this Agreement. I may choose the insurance company, subject to your approval, which will not be unreasonably withheld.

I will have the insurance company name you as loss payee on any insurance policy. I will give you and the insurance company immediate notice of any loss. You may apply the insurance proceeds toward what is owed on the Secured Debts. You may require added security as a condition of permitting any insurance proceeds to be used to repair or replace the Property.

If you acquire the Property in damaged condition, my right to any insurance policies and proceeds will pass to you to the extent of the Secured Debts.

I will immediately notify you of cancellation or termination of insurance. If I fail to keep the Property insured, you may obtain insurance to protect your interest in the Property and I will pay for the insurance on your demand. You may demand that I pay for the insurance all at once, or you may add the insurance premiums to the balance of the Secured Debts and charge interest on it at the rate that applies to the Secured Debts. This insurance may include lesser or greater coverages than originally required of me, may be written by a company other than one I would choose, and may be written at a higher rate than I could obtain if I purchased the insurance. I acknowledge and agree that you or one of your affiliates may receive commissions on the purchase of this insurance.

**7. COLLECTION RIGHTS OF THE SECURED PARTY.** Account Debtor means the person who is obligated on an account, chattel paper, or general intangible. I authorize you to notify my Account Debtors of your security interest and to deal with the Account Debtors' obligations at your discretion. You may enforce the obligations of an Account Debtor, exercising any of my rights with respect to the Account Debtors' obligations to make payment or otherwise render performance to me, including the enforcement of any security interest that secures such obligations. You may apply proceeds received from the Account Debtors to the Secured Debts or you may release such proceeds to me.

I specifically and irrevocably authorize you to exercise any of the following powers at my expense, without limitation, until the Secured Debts are paid in full:

**A.** demand payment and enforce collection from any Account Debtor or Obligor by suit or otherwise.

**B.** enforce any security interest, lien or encumbrance given to secure the payment or performance of any Account Debtor or any obligation constituting Property.

**C.** file proofs of claim or similar documents in the event of bankruptcy, insolvency or death of any person obligated as an Account Debtor.

**D.** compromise, release, extend, or exchange any indebtedness of an Account Debtor.

**E.** take control of any proceeds of the Account Debtors' obligations and any returned or repossessed goods.

**F.** endorse all payments by any Account Debtor which may come into your possession as payable to me.

**G.** deal in all respects as the holder and owner of the Account Debtors' obligations.

**8. AUTHORITY TO PERFORM.** I authorize you to do anything you deem reasonably necessary to protect the Property, and perfect and continue your security interest in the Property. If I fail to perform any of my duties under this Agreement or any other Loan Document, you are authorized, without notice to me, to perform the duties or cause them to be performed.

These authorizations include, but are not limited to, permission to:

**A.** pay and discharge taxes, liens, security interests or other encumbrances at any time levied or placed on the Property.

**B.** pay any rents or other charges under any lease affecting the Property.

**C.** order and pay for the repair, maintenance and preservation of the Property.

**D.** file any financing statements on my behalf and pay for filing and recording fees pertaining to the Property.

**E.** place a note on any chattel paper indicating your interest in the Property.

**F.** take any action you feel necessary to realize on the Property, including performing any part of a contract or endorsing it in my name.

**G.** handle any suits or other proceedings involving the Property in my name.

**H.** prepare, file, and sign my name to any necessary reports or accountings.

**I.** make an entry on my books and records showing the existence of this Agreement.

**J.** notify any Account Debtor or Obligor of your interest in the Property and tell the Account Debtor or Obligor to make payments to you or someone else you name.

If you perform for me, you will use reasonable care. If you exercise the care and follow the procedures that you generally apply to the collection of obligations owed to you, you will be deemed to be using reasonable care. Reasonable care will not include: any steps necessary to preserve rights against prior parties; the duty to send notices, perform services or take any other action in connection with the management of the Property; or the duty to protect, preserve or maintain any security interest given to others by me or other parties. Your authorization to perform for me will not create an obligation to perform and your failure to perform will not preclude you from exercising any other rights under the law or this Loan Agreement. All cash and non-cash proceeds of the Property may be applied by you only upon your actual receipt of cash proceeds against such of the Secured Debts, matured or unmatured, as you determine in your sole discretion.

If you come into actual or constructive possession of the Property, you will preserve and protect the Property. For purposes of this paragraph, you will be in actual possession of the Property only when you have physical, immediate and exclusive control over the Property and you have affirmatively accepted that control. You will be in constructive possession of the Property only when you have both the power and the intent to exercise control over the Property.

**9. DEFAULT.** I will be in default if any of the following events (known separately and collectively as an Event of Default) occur:

**A. Payments.** I fail to make a payment in full when due.

**B. Insolvency or Bankruptcy.** The death, dissolution or insolvency of, appointment of a receiver by or on behalf of, application of any debtor relief law, the assignment for the benefit of creditors by or on behalf of, the voluntary or involuntary termination of existence by, or the commencement of any proceeding under any present or future federal or state insolvency, bankruptcy, reorganization, composition or debtor relief law by or against me, Obligor, or any co-signer, endorser, surety or guarantor of this Agreement or any other obligations Obligor has with you.

**C. Business Termination.** I merge, dissolve, reorganize, end my business or existence, or a partner or majority owner dies or is declared legally incompetent.

**D. Failure to Perform.** I fail to perform any condition or to keep any promise or covenant of this Agreement.

**E. Other Documents.** A default occurs under the terms of any other Loan Document.

**F. Other Agreements.** I am in default on any other debt or agreement I have with you.

**G. Misrepresentation.** I make any verbal or written statement or provide any financial information that is untrue, inaccurate, or conceals a material fact at the time it is made or provided.

**H. Judgment.** I fail to satisfy or appeal any judgment against me.

**I. Forfeiture.** The Property is used in a manner or for a purpose that threatens confiscation by a legal authority.

**J. Name Change.** I change my name or assume an additional name without notifying you before making such a change.

**K. Property Transfer.** I transfer all or a substantial part of my money or property.

**L. Property Value.** You determine in good faith that the value of the Property has declined or is impaired.

**M. Material Change.** Without first notifying you, there is a material change in my business, including ownership, management, and financial conditions.

**N. Insecurity.** You determine in good faith that a material adverse change has occurred in my financial condition from the conditions set forth in my most recent financial statement before the date of this Agreement or that the prospect for payment or performance of the Secured Debts is impaired for any reason.

**10. DUE ON SALE OR ENCUMBRANCE.** You may, at your option, declare the entire balance of this Agreement to be immediately due and payable upon the creation of, or contract for the creation of, any lien, encumbrance, transfer or sale of all or any part of the Property. This right is subject to the restrictions imposed by federal law, as applicable. However, if I am in default under this Agreement, I may not sell the inventory portion of the Property even in the ordinary course of business.

**11. REMEDIES.** After I default, you may at your option do any one or more of the following.

**A. Acceleration.** You may make all or any part of the amount owing by the terms of the Secured Debts immediately due.

**B. Sources.** You may use any and all remedies you have under state or federal law or in any Loan Document.

**C. Insurance Benefits.** You may make a claim for any and all insurance benefits or refunds that may be available on my default.

**D. Payments Made On My Behalf.** Amounts advanced on my behalf will be immediately due and may be added to the Secured Debts.

**E. Assembly of Property.** You may require me to gather the Property and make it available to you in a reasonable fashion.

**F. Repossession.** You may repossess the Property so long as the repossession does not involve a breach of the peace. You may sell, lease or otherwise dispose of the Property as provided by law. You may apply what you receive from the disposition of the Property to your expenses, your attorneys' fees and legal expenses (where not prohibited by law), and any debt I owe you. If what you receive from the disposition of the Property does not satisfy the debt, I will be liable for the deficiency (where permitted by law). In some cases, you may keep the Property to satisfy the debt.

Cusitech LLC
Ohio Security Agreement
OH/4NHARGETT00000000001828027N                   Wolters Kluwer Financial Services ³1996, 2018 Bankers Systems™                Page 3

Where a notice is required, I agree that ten days prior written notice sent by first class mail to my address listed in this Agreement will be reasonable notice to me under the Ohio Uniform Commercial Code. If the Property is perishable or threatens to decline speedily in value, you may, without notice to me, dispose of any or all of the Property in a commercially reasonable manner at my expense following any commercially reasonable preparation or processing (where permitted by law).

If any items not otherwise subject to this Agreement are contained in the Property when you take possession, you may hold these items for me at my risk and you will not be liable for taking possession of them (where permitted by law).

**G. Use and Operation.** You may enter upon my premises and take possession of all or any part of my property for the purpose of preserving the Property or its value, so long as you do not breach the peace. You may use and operate my property for the length of time you feel is necessary to protect your interest, all without payment or compensation to me.

**H. Waiver.** By choosing any one or more of these remedies you do not give up your right to use any other remedy. You do not waive a default if you choose not to use a remedy. By electing not to use any remedy, you do not waive your right to later consider the event a default and to use any remedies if the default continues or occurs again.

**12. WAIVER OF CLAIMS.** I waive all claims for loss or damage caused by your acts or omissions where you acted reasonably and in good faith.

**13. PERFECTION OF SECURITY INTEREST AND COSTS.** I authorize you to file a financing statement and/or security agreement, as appropriate, covering the Property. I will comply with, facilitate, and otherwise assist you in connection with obtaining perfection or control over the Property for purposes of perfecting your security interest under the Uniform Commercial Code. I agree to pay all taxes, fees and costs you pay or incur in connection with preparing, filing or recording any financing statements or other security interest filings on the Property. I agree to pay all actual costs of terminating your security interest.

**14. APPLICABLE LAW.** This Agreement is governed by the laws of Ohio, the United States of America, and to the extent required, by the laws of the jurisdiction where the Property is located, except to the extent such state laws are preempted by federal law. In the event of a dispute, the exclusive forum, venue and place of jurisdiction will be in Ohio, unless otherwise required by law.

**15. JOINT AND INDIVIDUAL LIABILITY AND SUCCESSORS.** Each Debtor's obligations under this Agreement are independent of the obligations of any other Debtor. You may sue each Debtor individually or together with any other Debtor. You may release any part of the Property and I will still be obligated under this Agreement for the remaining Property. Debtor agrees that you and any party to this Agreement may extend, modify or make any change in the terms of this Agreement or any evidence of debt without Debtor's consent. Such a change will not release Debtor from the terms of this Agreement. If you assign any of the Secured Debts, you may assign all or any part of this Agreement without notice to me or my consent, and this Agreement will inure to the benefit of your assignee to the extent of such assignment. You will continue to have the unimpaired right to enforce this Agreement as to any of the Secured Debts that are not assigned. This Agreement shall inure to the benefit of and be enforceable by you and your successors and assigns and any other person to whom you may grant an interest in the Secured Debts and shall be binding upon and enforceable against me and my personal representatives, successors, heirs and assigns.

**16. AMENDMENT, INTEGRATION AND SEVERABILITY.** This Agreement may not be amended or modified by oral agreement. No amendment or modification of this Agreement is effective unless made in writing. This Agreement and the other Loan Documents are the complete and final expression of the understanding between you and me. If any provision of this Agreement is unenforceable, then the unenforceable provision will be severed and the remaining provisions will still be enforceable.

*{Remainder of page intentionally left blank.}*

**17. INTERPRETATION.** Whenever used, the singular includes the plural and the plural includes the singular. The section headings are for convenience only and are not to be used to interpret or define the terms of this Agreement.

**18. NOTICE AND ADDITIONAL DOCUMENTS.** Unless otherwise required by law, any notice will be given by delivering it or mailing it by first class mail to the appropriate party's address listed in the DATE AND PARTIES section, or to any other address designated in writing. Notice to one Debtor will be deemed to be notice to all Debtors. I will inform you in writing of any change in my name, address or other application information. I will provide you any other, correct and complete information you request to effectively grant a security interest on the Property. I agree to sign, deliver, and file any additional documents or certifications that you may consider necessary to perfect, continue, and preserve my obligations under this Agreement and to confirm your lien status on any Property. Time is of the essence.

**19. WAIVER OF JURY TRIAL.** All of the parties to this Agreement knowingly and intentionally, irrevocably and unconditionally, waive any and all right to a trial by jury in any litigation arising out of or concerning this Agreement or any other Loan Document or related obligation. All of these parties acknowledge that this section has either been brought to the attention of each party's legal counsel or that each party had the opportunity to do so.

---

**CONFESSION OF JUDGMENT.** If I default, I authorize any attorney to appear in a court of record and confess judgment against me in favor of you. The confession of judgment may be without process and for any amount due on the Secured Debts including collection costs and reasonable attorneys' fees. This is in addition to other remedies.

---

**SIGNATURES.** By signing, I agree to the terms contained in this Agreement. I also acknowledge receipt of a copy of this Agreement.

## WARNING: BY SIGNING THIS PAPER YOU GIVE UP YOUR RIGHT TO NOTICE AND COURT TRIAL. IF YOU DO NOT PAY ON TIME A COURT JUDGMENT MAY BE TAKEN AGAINST YOU WITHOUT YOUR PRIOR KNOWLEDGE AND THE POWERS OF A COURT CAN BE USED TO COLLECT FROM YOU REGARDLESS OF ANY CLAIMS YOU MAY HAVE AGAINST THE CREDITOR WHETHER FOR RETURNED GOODS, FAULTY GOODS, FAILURE ON HIS PART TO COMPLY WITH THE AGREEMENT, OR ANY OTHER CAUSE.

**DEBTOR:**

Cusitech LLC, an Ohio limited liability company

By_____    Date_____11/6/2018_____
Craig A. Kalie, Member

**ACKNOWLEDGMENT.**

STATE OF __Ohio__, COUNTY OF __Franklin__ ss.
This instrument was acknowledged before me this __10th__ day of __November__, __2018__ by Craig A. Kalie, Member of Cusitech LLC, an Ohio limited liability company, on behalf of the limited liability company.

My commission expires:

SAUNDY D. CASE
Notary Public, State of Ohio
My Commission Expires 06-19-2023

**EXHIBIT B**

| PRIOR OBLIGATION INFORMATION | LOAN NUMBER | ACCT. NUMBER | AGREEMENT DATE | CREDIT LIMIT | MATURITY DATE |
|---|---|---|---|---|---|
| | ■1-650 | | 11/06/18 | $1,295,618.00 | 12/01/20 |

| AMENDED OBLIGATION INFORMATION | LOAN NUMBER | ACCT. NUMBER | MODIFICATION DATE | CREDIT LIMIT |
|---|---|---|---|---|
| | ■1-500 | ■ | 11/26/2019 | $1,293,955.56 |
| | MATURITY DATE | INDEX (w/margin) | INTEREST RATE | INITIALS |
| | 12/01/29 | N/A | 6.500% | jab |
| | | Creditor Use Only | | |

## DEBT MODIFICATION AGREEMENT

**DATE AND PARTIES.** The date of this Debt Modification Agreement (Modification) is November 26, 2019. The parties and their addresses are:

**LENDER:**
PATHWAYS FINANCIAL CREDIT UNION
5665 North Hamilton Road
Columbus, OH 43230

**BORROWER:**
CUSITECH LLC
an Ohio limited liability company
2 1/2 North State Street
Westerville, OH 43081

**1. DEFINITIONS.** In this Modification, these terms have the following meanings:

**A. Pronouns.** The pronouns "I," "me," and "my" refer to each Borrower signing this Modification, individually and together with their heirs, executors, administrators, successors and assigns. "You" and "your" refer to the Lender, with its participants or syndicators, successors and assigns, or any person or entity that acquires an interest in the Modification or the Prior Obligation.

**B. Amended Obligation.** Amended Obligation is the resulting agreement that is created when the Modification amends the Prior Obligation. It is described above in the AMENDED OBLIGATION INFORMATION section.

**C. Loan.** Loan refers to this transaction generally. It includes the obligations and duties arising from the terms of all documents prepared or submitted in association with the Prior Obligation and this modification, such as applications, security agreements, disclosures, notes, agreements, and this Modification.

**D. Modification.** Modification refers to this Debt Modification Agreement.

**E. Prior Obligation.** Prior Obligation refers to my existing agreement described above in the PRIOR OBLIGATION INFORMATION section, and any previous extensions, renewals, modifications or substitutions of it.

**2. BACKGROUND.** You and I have previously entered into a Prior Obligation. Conditions have changed since the execution of the Prior Obligation instruments. In response, and for value received, you and I agree to modify the terms of the Prior Obligation, as provided for in this Modification.

**3. TERMS.** The Prior Obligation is modified as follows:

**A.** Promise to Pay. The Promise to Pay provision is modified to read:

    **1. PROMISE TO PAY.** For value received, I promise to pay you or your order, at your address, or at such other location as you may designate, the principal sum of **$1,293,955.56 (Principal)** plus interest from the day and year first written above on the unpaid Principal balance until this Loan matures or this obligation is accelerated.

**B.** Interest. The Interest provision is modified to read:

    **1. INTEREST.** Interest will accrue on the unpaid Principal balance of this Loan at the rate of **6.500 (Interest Rate)** until maturity or acceleration.

        **a. Interest After Default.** If you declare a default under the terms of the Loan, including for failure to pay in full at maturity, you may increase the Interest Rate otherwise payable as described in this section. In such event, interest will accrue on the unpaid Principal balance of this Loan at 18.00 percent until paid in full.

        **b. Maximum Interest Amount.** Any amount assessed or collected as interest under the terms of this Loan will be limited to the maximum lawful

amount of interest allowed by applicable law. Amounts collected in excess of the maximum lawful amount will be applied first to the unpaid Principal balance. Any remainder will be refunded to me.

**c. Statutory Authority.** The amount assessed or collected on this Loan is authorized by the Ohio usury laws under Ohio Rev. Code Ann. chs. 1343 and 1733.

**d. Accrual.** Interest accrues using an Actual/365 days counting method.

C. Payment. The Payment provision is modified to read:

**1. PAYMENT.** I agree to pay this Loan in **120** payments. A payment of **Principal and Interest** will be due January 1, 2020 and on the 1st day of each month thereafter. A final payment of the entire unpaid balance of Principal and interest will be due December 1, 2029.

Payments will be rounded to the nearest $.01. With the final payment I also agree to pay any additional fees or charges owing and the amount of any advances you have made to others on my behalf. Payments scheduled to be paid on the 29th, 30th or 31st day of a month that contains no such day will, instead, be made on the last day of such month.

Each payment I make on this Loan will be applied first to interest that is due, then to principal that is due, then to late charges that are due, then to escrow that is due, and finally to any charges that I owe other than principal and interest. If you and I agree to a different application of payments, we will describe our agreement on this Loan. You may change how payments are applied in your sole discretion without notice to me. The actual amount of my final payment will depend on my payment record.

D. Remedial Charges. The Remedial Charges provision is modified to read:

**1. REMEDIAL CHARGES.** In addition to interest or other finance charges, I agree that I will pay these additional fees based on my method and pattern of payment. Additional remedial charges may be described elsewhere in this Loan.

**a. Late Charge.** If a payment is more than **10** days late, I will be charged **5.000** percent of the Amount of Payment. I will pay this late charge promptly but only once for each late payment.

**b. Returned Check Charge.** I agree to pay a fee not to exceed $35.00 for each check, negotiable order of withdrawal or draft I issue in connection with the Loan that is returned because it has been dishonored.

**c. Stop Payment Fee.** A(n) Stop Payment Fee equal to $25.00.

**d. Modification Fee.** A Modification Fee equal to $500.00.

**4. CONTINUATION OF TERMS.** Except as specifically amended by this Modification, all of the terms of the Prior Obligation shall remain in full force and effect.

**5. WAIVER.** I waive all claims, defenses, setoffs, or counterclaims relating to the Prior Obligation, or any document securing the Prior Obligation, that I may have. Any party to the Prior Obligation that does not sign this Modification, shall remain liable under the terms of the Prior Obligation unless released in writing by you.

**6. ERRORS AND OMISSIONS.** I agree, if requested by you, to fully cooperate in the correction, if necessary, in the reasonable discretion of you of any and all loan closing documents so that all documents accurately describe the loan between you and me. I agree to assume all costs including by way of illustration and not limitation, actual expenses, legal fees and marketing losses for failing to reasonably comply with your requests within thirty (30) days.

**7. REASON(S) FOR MODIFICATION.** To modify the Promise to Pay provision; to modify the Interest provision; to modify the Payment provision; and to modify the Remedial Charges provision, as above.

*{Remainder of page intentionally left blank.}*

CONFESSION OF JUDGMENT. If I default, I authorize any attorney to appear in a court of record and confess judgment against me in favor of you. The confession of judgment may be without process and for any amount due on this Loan including collection costs and reasonable attorneys' fees. This is in addition to other remedies.

**8. SIGNATURES.** By signing, I agree to the terms contained in this Modification. I also acknowledge receipt of a copy of this Modification.

**WARNING: BY SIGNING THIS PAPER YOU GIVE UP YOUR RIGHT TO NOTICE AND COURT TRIAL. IF YOU DO NOT PAY ON TIME A COURT JUDGMENT MAY BE TAKEN AGAINST YOU WITHOUT YOUR PRIOR KNOWLEDGE AND THE POWERS OF A COURT CAN BE USED TO COLLECT FROM YOU REGARDLESS OF ANY CLAIMS YOU MAY HAVE AGAINST THE CREDITOR WHETHER FOR RETURNED GOODS, FAULTY GOODS, FAILURE ON HIS PART TO COMPLY WITH THE AGREEMENT, OR ANY OTHER CAUSE.**

BORROWER:

Cusitech LLC, an Ohio limited liability company

By_____    Date  11/26/2019
Craig A. Kalie, Member

ACKNOWLEDGMENT.

STATE OF _Ohio_ , COUNTY OF _Franklin_ ss.
This instrument was acknowledged before me this _26_ day of _November_ , _2019_ by Craig A. Kalie, Member of Cusitech LLC, an Ohio limited liability company, on behalf of the limited liability company.

My commission expires

SAUNDY D. CASE
Notary Public, State of Ohio
My Commission Expires 06-19-2023

## NOTICE AND CONSENT TO MODIFICATION BY GUARANTOR

**DATE AND PARTIES.** The date of this Notice and Consent to Modification by Guarantor (Notice) is November 26, 2019. The parties and their addresses are:

> **LENDER:**
> **PATHWAYS FINANCIAL CREDIT UNION**
> 5665 North Hamilton Road
> Columbus, OH  43230
>
> **BORROWER:**
> **CUSITECH LLC**
> an Ohio limited liability company
> 2 1/2 North State Street
> Westerville, OH 43081
>
> **GUARANTOR:**
> **CRAIG A. KALIE**
> 7255 Upper Cambridge Way
> Westerville, OH 43082
>
> **CUSTOMIZED UPTIME SOLUTIONS, INC.**
> an Ohio corporation
> 2 1/2 North State Street
> Westerville, OH 43081
>
> **SHELMIT LLC**
> an Ohio limited liability company
> 2 1/2 North State Street
> Westerville, OH 43081

**1. DEFINITIONS.** In this Notice, these terms have the following meanings:

**A. Pronouns.** The pronouns "I", "me" and "my" refer to all persons or entities signing this Notice, individually and together with their heirs, successors and assigns. "You" and "your" refer to the Lender, with its participants or syndicators, successors and assigns, or any person or company that acquires an interest in the Modification or Prior Obligation.

**B. Modification.** Modification refers to the Debt Modification Agreement dated November 26, 2019 and executed by you and the Borrower.

**C. Prior Obligation.** Prior Obligation refers to the Borrower's existing agreement dated November 6, 2018.

**D. Guaranty.** Guaranty refers to my previous agreement to absolutely and unconditionally promise to pay you and guarantee to you the full and prompt payment of the Prior Obligation.

**2. NOTICE TO GUARANTOR.** I acknowledge that the Borrower has requested a modification to the terms of the Prior Obligation and that you have agreed to modify the Prior Obligation, subject to the terms and conditions contained in the Modification. A copy of the Modification is attached to this Notice.

**3. CONSENT BY GUARANTOR.** I unconditionally consent to the Modification. Except to the extent that the Modification expressly modifies the terms and conditions of the Prior Obligation, I acknowledge that the terms and conditions of the Prior Obligation and the Guaranty continue in full force and effect.

**WARNING:  BY SIGNING THIS PAPER YOU GIVE UP YOUR RIGHT TO NOTICE AND COURT TRIAL.  IF YOU DO NOT PAY ON TIME A COURT JUDGMENT MAY BE TAKEN AGAINST YOU WITHOUT YOUR PRIOR KNOWLEDGE AND THE POWERS OF A COURT CAN BE USED TO COLLECT FROM YOU REGARDLESS OF ANY CLAIMS YOU MAY HAVE AGAINST THE CREDITOR WHETHER FOR RETURNED GOODS, FAULTY GOODS, FAILURE ON HIS PART TO COMPLY WITH THE AGREEMENT, OR ANY OTHER CAUSE.**

I agree to the terms contained in this Notice.  I also acknowledge receipt of a copy of this Notice.

**SIGNATURES.**

_____ Date_11/26/2019_
Craig A. Kalie

Customized Uptime Solutions, Inc., an Ohio corporation
By_____ Date_11/26/2019_
Craig A. Kalie, President

Shelmit LLC, an Ohio limited liability company
By_____ Date_11/26/2019_
Craig A. Kalie, Member

**ACKNOWLEDGMENT.**

STATE OF _Ohio_____, COUNTY OF _Franklin___ ss.
This instrument was acknowledged before me this ___26th___ day of _November_____, _2019___ by Craig A. Kalie, individually, as President of Customized Uptime Solutions, Inc., an Ohio corporation, on behalf of the corporation; and as Member of Shelmit LLC, an Ohio limited liability company, on behalf of the limited liability company.

My commission expires: _____
(Notary Public)

SAUNDY D. CASE
Notary Public, State of Ohio
My Commission Expires 06-19-2023

EXHIBIT C

# Business Line of Credit Agreement

| Maximum Credit Limit | Date of Agreement | Agreement Maturity Date | Loan Number | Account Number | Loan Officer Initials |
|---|---|---|---|---|---|
| $750,000.00 | 01/06/2023 | 01/06/2024 | ██ 2-650 | ██ | |

**Borrower Name and Address:**

CUSITech LLC

833 Green Crest DR

Westerville, OH 43081

**Parties Authorized To Request Advance:**

_____

_____

In this Agreement, the words "We," "Us," "Our" and "Credit Union" mean Pathways Financial Credit Union. The words "You," "Your" and "Borrower" mean the Borrower and/or other parties authorized to access Your Account. Numbers, phrases or words preceded by a ☐ are applicable only if the ☐ is marked, e.g.☒.

**1. PROMISE TO PAY.** You promise to pay Us all amounts charged to Your Account under this Agreement, together with Finance Charges, Late Charges, Collection Costs or other charges described herein.

**2. USE OF YOUR ACCOUNT.** You agree to use any amounts advanced on Your Account only for business purposes.

**3. CREDIT LIMIT.** We have granted You a Maximum Credit Limit which is shown above and You agree not to exceed it. If You do, You will be in default under this Agreement and, in addition to any other rights We may have, We may require You to repay such excess sums immediately.

**4. ADVANCES.** You may request an advance by telephone, in person, by letter or by using any other means We have provided to access Your Account. When advances are requested, We may require proof of the identity of the party making the request. Unless Your Account has been terminated or suspended by Us, You will have credit available up to Your Maximum Credit Limit. All advances or readvances will be made directly to Your Business Checking Account. Advances may be made in person at the Credit Union, by telephone or in writing. We may require that all verbal or telephonic advances be confirmed in writing. In any event, such advances will appear on a subsequent statement which will be conclusive evidence of the request and Your obligation to repay it.

We are under no obligation to advance funds to You if: (a) You are in default under the terms of this Agreement or any agreement You have with Us; (b) You cease doing business or are insolvent; (c) any guarantor seeks, claims or otherwise attempts to limit, modify or revoke the guaranty of this Agreement; (d) You have applied the funds borrowed under this Agreement to any purpose other than authorized by Us; or (e) We believe that We are under-secured under this Agreement or any other agreement You have with Us.

**5. PAYMENTS.** Amounts You owe Us are payable on demand, or if no demand is made, Your payment shall be in an amount equal to: ☐ _____ % of Your unpaid Account balance as of the closing date of each billing cycle, subject to the lesser of $_____ or Your Account balance; or ☒ all accrued yet unpaid Interest due, subject to the lesser of $ 50.00 or Your Account balance; or ☐ all outstanding principal, interest and any other charges owing. Payments will begin on ___February 2, 2023___ and: ☒ continue on the same day each month, thereafter; ☐ continue on the same day each quarter, thereafter; ☐ continue on the same day semi-annually, thereafter; or ☐ will be due in full on the Agreement Maturity Date. You promise to maintain a balance in Your Business Checking Account sufficient to pay each payment as it becomes due. You may repay or prepay all or any portion of Your Account at any time without penalty. However, any loan fees will not be refunded. Payments will be applied first to any Late Charges owing, then to any fees owing, then to interest, then to the unpaid principal balance. Any remaining accrued but unpaid interest will be paid by subsequent payments and will not be added to Your principal balance. Any partial payment or prepayment of Your Account will not delay Your next scheduled payment. You will repay in full all principal, unpaid Interest or other charges no later than the Agreement Maturity Date. All payments to Us must be in lawful money of the United States.

**☒ 5A. ADDITIONAL PAYMENT TERMS.** You also agree to reduce the balance in Your Account to zero dollars for at least 30 consecutive days no less than ___One_____ times during the ___twelve___ month period following the date of this Agreement.

**6. INTEREST.** You will be charged Interest at a: ☒ Variable Periodic Rate; or ☐ Fixed Periodic Rate; on Your Account for the period a balance is outstanding. Balances change each time advances are made, payments are made or credits given. The Interest begins to accrue on the date of each advance and there is no grace period.

☐ The Interest is determined by multiplying the unpaid balance in Your Account at the close of each day in the billing cycle being accounted for by the applicable Daily Periodic Rate. The balance used to compute the Interest is the unpaid balance each day after payments, credits and unpaid Interest or Late Charges have been subtracted and new advances, insurance premiums and/or other charges have been added. The daily Interest charges are then added together and the sum is the amount of Interest owed for the billing cycle being accounted for. On the date Your Account is established, Interest will be computed using a Daily Periodic Rate of _____%, corresponding to an Annual Interest Rate of _____%.

☒ The Interest is determined by multiplying the average daily balance outstanding during the month (including new advances) by the applicable periodic rate. To get the average daily balance, We take the beginning balance of Your Account each day, add any new advances, insurance premiums and/or other charges and subtract any payments, credits and unpaid Interest charges. This gives Us the daily balance. Then, We add up all the daily balances for the billing cycle and divide them by the number of days in the billing cycle. The Interest charge for a billing cycle is computed by multiplying the average daily balance subject to an Interest charge by the: ☐ Daily Periodic Rate times the number of days in the billing cycle; or ☐ Monthly Periodic Rate. On the date Your Account is established, Interest will be computed using a: ☒ Daily Periodic Rate of 0.0288 %, corresponding to an Annual Interest Rate of 10.50 %; or ☐ Monthly Periodic Rate of _____%, corresponding to an Annual Interest Rate of _____%.

All interest and fees will be computed on a 365-day basis for the actual number of days elapsed, or any other basis selected in Our sole discretion, resulting is a lesser factor. Interest will be charged until all amounts owed under this Agreement are paid in full.

## ADDITIONAL PROVISIONS

**7.** [X] **VARIABLE RATE.** Your Account is subject to a Variable Rate which is based on the __Wall Street Journal Prime Rate.  The current WSJ__
__Prime Rate is 7.50% as of December 15, 2022__ ("Index") plus __3.00__ % ("Margin"). The Index plus the Margin
equals the Interest Rate. Any change in the Index will cause changes in the Interest Rate on __The first day of the following quarter__ and will
affect the amount of Your scheduled payment. Your Interest Rate will never be greater than __18__ % nor less than __3.00__ % and
will apply to the remaining principal balance.

**8. LATE CHARGE AND DEFAULT RATE.** If Your payment is __10__ or more days late You will be charged: [ ] __10.00__ % of the
scheduled payment due or $__25.00__, whichever is greater; or [ ] $_____. Additionally, if Your Account is in default, and during the
continuation of any default under this Agreement, advances will be granted solely at Our option and Interest will accrue on Your entire Account
balance at the: [ ] Fixed Annual Percentage Rate; [ ] Variable Annual Percentage Rate; shown in this Agreement plus _____ percentage points.
Any advances We grant during default will not constitute a waiver of that default.

**9. FEES AND OTHER CHARGES.** In addition to Interest, Your Account is subject to certain other fees and charges which You agree to pay either
separately or as a result of advances made to Your Account.

| | | | |
|---|---|---|---|
| Loan Origination  $_____ | Documentation  $_____ | Other  _____ | $_____ |
| Title Report  $_____ | Recording  $_____ | Other  _____ | $_____ |
| Appraisal  $_____ | | Other  _____ | $_____ |

You also agree to pay Us for any expenses We incur in the preparation of this Agreement and any other agreement or instrument required by Us.
Expenses include, but are not limited to, reasonable attorneys' fees.

**10. COLLECTION COSTS.** To the extent permitted by law, You agree to pay all costs of collections, including attorneys' fees whether or not suit is
filed, and other costs, including court costs.

**11. SECURITY.** Your Agreement is secured by the real or personal property pledged and described in the security documents listed below, if any
(identify mortgage, deed of trust, security agreement, pledge, hypothecation or similar document):

UCC on all business assets including accounts receivables.

Your Agreement will also be secured by any real or personal property as evidenced by any security documents that may be executed now or in the
future that indicate that they secure this Agreement.  Collectively, all of the real or personal property pledged to secure this Agreement, whether
now or in the future, shall be referred to as "Collateral" in this Agreement.

You promise to maintain any Collateral pledged for this Agreement in good condition. You further agree to help protect Our interest in the Collateral;
not to change the location of the Collateral without Our permission; and not to use the Collateral in a reckless or unlawful manner.

**11A. DEPOSIT ACCOUNTS.** As permitted by law, You agree that all transactions under this Agreement will be secured by Your deposit accounts
(except IRA, Keogh or Trust accounts) and any dividends due or to become due to You from Us to the extent that You owe on any unpaid balance on
Your Account.

**12. PROPERTY INSURANCE.** You agree to provide fire, collision, theft, comprehensive and other hazards insurance for the Collateral in the amount
and for the period required by Us, with Us named as Loss Payee for Our protection. You may purchase the insurance from any insurer You want, but
We have the right not to accept the insurer for reasonable cause. If You do not get or keep such insurance, We may (but are under no obligation to
do so) obtain it and add the costs to the principal balance of Your Account and You agree to pay for it.

**13. LIFE INSURANCE.** If We require life insurance, You promise to maintain life insurance on You and on those of Your employees and agents whom
We may specify in the amount and for the period required by Us, with the Credit Union named as the assignee of the beneficial interest, all for Our
protection. The proceeds of any such insurance will be applied to Your obligation under the terms of this Agreement and any excess will be paid to
the Secondary Beneficiary named in the insurance policy.

**14. DEFAULT.** You will be in default if:
  a.  You do not make any payment or perform any obligation under this Agreement or any other agreement You may have with Us;
  b.  You should die, become involved in any insolvency, bankruptcy, receivership or custodial proceeding brought by or against You, or You have
      made an assignment for the benefit of creditors;
  c.  You have made false or misleading representations to Us in any material respect;
  d.  A judgment or tax lien should be filed against You, or any attachment or garnishment should be issued against You or against any of Your
      property or rights on or in which We have a lien or security interest;
  e.  We should, in good faith, believe Your ability to repay Us hereunder is or soon will be impaired, time being of the very essence; or
  f.  You do not maintain all fixed company assets in good repair.

We may also declare Your loan in default if the following ratios and/or requirements are not maintained:
  a.  Debt Service Coverage Ratio (earnings net of taxes to debt service)  __1.25__ %
  b.  Current Ratio (current assets to current liabilities)  __N/A__ %
  c.  Debt to Net Worth  __8.50:1__ %
  d.  Distributions to Principals of Borrower and Guarantors shall not exceed _____.
  e.  __If loan is risk rated 5 or higher__ ;
  f.  If Quarterly A/R Reports are not received. Monthly Financials not received and line of credit is not paid in full and restated at a zero balance for five business days during a 12 month cycle ;

If the above ratios and/or requirements are not maintained, You will be charged $__n/a__, for each such ratio or requirement that We agree to
waive.

Copyright Oak Tree Business Systems, Inc., 2014. All Rights Reserved.

OTBS 061G BIGB (12/14)

## ADDITIONAL PROVISIONS

Upon any occurrence of default, and to the extent permitted by law, We may declare the entire balance of Your Account immediately due and payable, without prior notice or demand. If the entire balance is not then paid immediately upon default, and if permitted by law, any Collateral pledged as security shall be voluntarily surrendered to Us at a time and place acceptable to Us. If this is not done, to the extent permitted by law, We may enter the premises where the Collateral is located and take possession of it and We may assert the defense of a superior right of possession as the holder of a security interest to any offense of alleged wrongful taking and conversion. We may sell or dispose of the Collateral in any manner permitted by law, and the proceeds of such sale shall be applied to Your loan, and any resulting deficiency on Your loan shall be immediately paid to Us. As permitted by law, We shall have the right to impress and enforce a statutory lien upon the shares and dividends of any member indebted to Us and We may enforce Our right to do so without further notice to You. Additionally, You agree that We may set-off any mutual indebtedness.

Upon default of any of the obligations set forth herein, You authorize and empower any attorney, Justice of the Peace, or Clerk of Court of Record in any venue in the State of Ohio, or in any other venue We so choose, to enter judgment by confession against You, jointly and severally, in favor of Pathways Financial Credit Union or its assigns, for the full amount due plus all costs of collection, including without limitation court costs and reasonable attorneys' fees. You expressly waive any summons or other process, consents to immediate execution of said judgment, and expressly waive benefit of all exemption laws and presentment, demand, protest, and notice of maturity, and/or protest, and also waive benefit of any other requirements necessary to hold You liable.

**15. FINANCIAL INFORMATION.** You agree and warrant: (a) that You are not in default on any obligation for borrowed money, any purchase money obligation or any material lease, commitment, contract, instrument or obligation and that all financial information You have supplied to Us is accurate and complete; (b) to furnish Us within 90 days after the end of Your fiscal year, detailed annual financial statements prepared by an independent Certified Public Accountant and to furnish Us personal financial statements by April 15 of each year during the term of this Agreement; (c) that there is no lawsuit, tax claim or other dispute pending or threatened against You, which if lost, would impair Your financial condition or that of Your business, or would impair Your ability to repay this loan, except as have been disclosed in writing to Us. You agree to notify Us immediately of any such lawsuit, tax claim or other dispute pending or threatened against You or any other material change in or condition of Your circumstances that may affect the repayment of Your obligation under the terms of this Agreement; (d) to immediately furnish, upon Our request, any records related to the business for which the proceeds of this loan were given; (e) to permit the Credit Union to inspect, at any time and without notice, the premises of, records of, and operations of the business for which the proceeds of this loan were given.

**16. TERMINATION.** If You are in default, or if You act or fail to act in a way that adversely affects Our security interest or other rights in the Collateral, or if You have committed fraud or made a material misrepresentation in connection with Your Account, We may terminate this Agreement and require You to pay Us the outstanding balance in one payment, or subject to Governing Law, cause the Collateral to be sold and the proceeds of such sale to be applied to Your obligation to Us. To the extent permitted by law, You agree to pay any reasonable costs of protecting, retaking, repairing or selling the Collateral. If there is a lawsuit, You agree to submit to the jurisdiction of the courts of ___Franklin___ County, Ohio. We and You hereby waive the right to any jury trial in any action, proceeding or counterclaim brought by Us against You or You against Us.

**17. DELAY IN ENFORCEMENT.** We can delay enforcing any of Our rights under this Agreement without losing them. We can accept late payments, partial payments or any other payments even if they are marked "paid in full" without losing any of Our rights under this Agreement.

**18. SEVERABILITY.** If any provision of this Agreement is held to be unenforceable, such determination shall not affect the validity of the remaining provisions of this Agreement.

**19. LIABILITY OF PARTIES.** All Borrowers are jointly and severally liable on this Agreement. This means that We can require any one of You to pay all amounts due under this Agreement, including credit advances made to any of You. If the terms of this Agreement change, no Borrower is relieved from any liability. You agree that We can renew or extend this Agreement or release any party from liability without the consent or notice to anyone. We may also modify this Agreement with notice only to the party with whom the modification is made.

**20. GOVERNING LAW.** This Agreement is controlled and governed by the laws of the State of Ohio.

---

### WARNING

**By signing this paper you give up your right to notice and court trial. If you do not pay on time a court judgment may be taken against you without your prior knowledge and the powers of a court can be used to collect from you regardless of any claims you may have against the creditor whether for returned goods, faulty goods, failure on his part to comply with the agreement, or any other cause.**

---

You have signed this Agreement this _6th_ day of _January_ , _2023_ and acknowledge that You have read it, that You understand it, and that You have received a completely filled-in copy of it.

| | |
|---|---|
| Borrower: CUSITech LLC          Date | Borrower/Guarnator: Craig Kalie          Date |

Credit Union Authorized Signature          Date

Copyright Oak Tree Business Systems, Inc., 2014. All Rights Reserved.          Page 3 of 3          OTBS 061G BIGB (12/14)

# Continuing Guaranty
## ("Guaranty")

| Amount You are Guaranteeing | Loan Date | Maturity Date | Loan Number | Collateral Code | Officer Name & Number |
|---|---|---|---|---|---|
| $750,000.00 | 01/06/2023 | 01/06/2024 | ██2-650 | | |

**Borrower(s):** CUSITech LLC

**Address** 833 Green Crest Dr

**City, State, Zip** Westerville, OH 43081

---

**1. Definitions.** In this Guaranty, the words "We," "Us," "Our" and "Credit Union" mean Pathways Financial Credit Union. The words "You," "Your" and "Guarantor" mean the party or parties guaranteeing the indebtedness. "Borrower" means those to whom money has been loaned or credit has been granted.

**2. Guaranty.** To induce the Credit Union to lend money or give credit to the Borrower, You ("Guarantor"), jointly and severally if more than one, guarantee prompt and full payment of the amount You are guaranteeing, shown above, all charges the Borrower incurs in connection with Borrower's loan (even though doing so may cause Borrower to exceed any approved credit limit, if applicable), and any interest or other charges earned by Us. You agree to pay the debt although You may not personally receive any goods, services, or money from the loan. We can demand that You pay, even though We do not try to collect from the Borrower or enforce any security interests the Borrower has given Us. Any payment by You, the Borrower, or any other person shall not reduce Your maximum principal obligations hereunder unless written notice to that effect is actually received by Us at or prior to the time of such payment. You further understand and agree that We may honor any credit advances under the terms of any related agreement without giving You prior notice and/or without Your prior consent. Additionally, You understand and agree that We may work with the Borrower(s) to implement modifications to the terms of any related agreement for the purpose of changing payment due dates and/or any other such changes without giving You prior notice and/or without Your prior consent.

**3. Continuing Guaranty.** This Guaranty is a Continuing Guaranty. Revocation is effective only by ____30____ days prior written notice personally received by an authorized employee of the Credit Union. Revocation shall be effective at the close of Our business day when the notice is actually received. Any revocation will be effective only as to the revoking party and will not affect that party's obligation with respect to any indebtedness existing before such revocation is effective. If You execute more than one guaranty of any indebtedness of the Borrower to the Credit Union, the limits of liability with respect to all the guaranties You have executed will be cumulative.

**4. Right of Set-Off; Grant of Security Interest.** In addition to all liens upon and rights of set-off against any monies, securities and other of Your property given to Us by law, You grant Us a security interest and a right to set-off against all monies, securities and other of Your property now or hereafter in Our possession or on deposit with Us whether held in a general or special account or deposit or for safekeeping or otherwise (except IRA, Keogh and Trust accounts); and each such security interest and right of set-off may be exercised without notice to You. No action or inaction by Us with respect to anything in this Guaranty shall be deemed a waiver thereof and every right We have in this Guaranty shall continue in full force and effect until specifically released by Us in writing. We may foreclose on any property either by judicial foreclosure or by the exercise of the power of sale, or any mortgage/deed of trust securing any indebtedness even though such foreclosure may destroy or diminish Your rights against the Borrower. In the event of any such foreclosure, You will remain liable for any part of any indebtedness remaining unpaid after any such foreclosure whether or not such foreclosure was for fair market value.

This Continuing Guaranty is secured by the real or personal property pledged and described in the security documents listed below, if any (identify mortgage, deed of trust, security agreement, pledge, hypothecation or similar document):_____

_____.

**5. Subordination.** The indebtedness of the Borrower or any endorser, co-signer, other guarantor or other person liable on any indebtedness now or hereafter owed to You is hereby subordinated to the indebtedness subject to this Guaranty. Any such indebtedness owed to You shall, if We so request, be collected, enforced and received by You as trustee for Us and be paid over to Us on account of the guaranteed indebtedness, but without reducing or affecting in any manner Your liability described in this Guaranty. Should You fail to collect the proceeds of any such indebtedness and pay the proceeds to Us, We, as Your attorney-in-fact, may do such acts and sign such documents in Your name as We consider necessary to effect such collection.

**6. Joint and Several Obligations; Independent Obligations.** Each person who signs this Agreement is bound jointly and separately. In addition, Your obligations hereunder are independent of the Borrower's obligations or those of any other person liable on any indebtedness of the Borrower and a separate action or actions may be brought against You on any guaranteed indebtedness. We can also enforce this Agreement against Your heirs and/or legal representatives.

**7. Corporate or Partnership Authority.** Where any one or more of the Borrowers are corporations or partnerships, it is not necessary for Us to inquire into the powers of the Borrowers or the officers, directors, partners or agents acting or purporting to act on their behalf, and any credit made or created in reliance upon the professed exercise of such powers is guaranteed hereunder.

**8. Attorneys' Fees and Collection Costs.** You agree to pay reasonable attorneys' fees and other collection costs and expenses incurred by Us to enforce this Guaranty.

**9. Separate Property.** Any married person who signs this Guaranty expressly agrees that recourse may be had against such person's separate property for all obligations hereunder. If You are not married and become so during the term of this Guaranty, You warrant that there will not be a transfer of any interest in Your real property to Your future spouse without Our consent.

**10. Governing Law.** This Guaranty is governed by and construed according to the laws of the State of Ohio and You hereby submit to the jurisdiction of the courts of __Franklin_____ County, Ohio.

Signature of Guarantor Craig Kalie                                          Date Signed_____

Signature of Guarantor                                                     Date Signed_____

Copyright Oak Tree Business Systems, Inc., 2014. All Rights Reserved.                                          OTBS 061C BIGB (12/14)

## Pathways Financial Credit Union
## Member Business or Organization Statement, Resolution, Grant of Authority and Agreement

**1 Business Information**

| Business/Organization Name: | Organized under the Laws of the State of: |
|---|---|
| CUSITech LLC | Ohio |

**GENERAL STATEMENT AND AGREEMENT BY THE UNDERSIGNED AND THE BOARD OR AUTHORITY FOR THE ENTITY EXECUTING THIS RESOLUTION:** The undersigned are duly authorized to execute this Statement, Resolution, Grant of Authority and Agreement on behalf of the Entity Named herein; and the undersigned hereby certify that the above-named Business/Organization ("Entity") is duly organized and existing under the laws of the State indicated. The undersigned, under the penalty of perjury, hereby certify that the organization described is validly organized under applicable law and is in "good standing"; and that at a meeting of the Board of Directors, Trustees, Members or Partners, or other governing body of the Entity at which a quorum was present (if applicable), the duly authorized and governing body of this Entity adopted the following resolution, which in all respects, is in conformity with the rules, agreements, by laws, operating agreement or articles of incorporation of this Entity. It is intended that the Credit Union named-above ("Credit Union") rely upon this Resolution. If the authority contained in this resolution should be revoked or terminated by operation of law or any other reason without actual notice to the Credit Union, such revocation shall not be effective upon Credit Union. The Credit Union shall have the right to freeze access to all accounts and services if it believes there is any dispute as to the authority to act pursuant to this obligation; however, this right shall in no way obligate the Credit Union to exercise said right and its failure or refusal to exercise such rights shall in no way impute any duty, obligation or liability to the Credit Union hereunder or otherwise. The Credit Union shall be indemnified by the entity; and shall be held harmless from any and all losses suffered or liabilities incurred by such revocation or termination. This resolution shall be governed and interpreted under the laws of the State of ____Ohio____. If multiple authorized users are listed, then any one of them acting alone is authorized to conduct any transaction or other business authorized by this Resolution.

**THEREFORE BE IT RESOLVED,** that any one of the following named persons are authorized to make loans in the name of the entity described herein, upon such terms and conditions as they may determine; and to make and execute and deliver promissory notes to evidence said organizations obligations of repayment with respect to all sums so borrowed, and to execute and deliver security agreements, pledges and assignments of all kinds and any other instruments whether of obligation or hypothecation that may be necessary or appropriate in the implementation of the borrowing authority hereby conveyed. This authority includes the authority to open any new accounts or services, and to enter into any changes, modifications or accommodations.

**Date of Meeting at which Resolution Was Adopted:**

January 3, 2022

**Authorized Person(s) to Act for the Business or Organization Are: The following persons will be authorized to undertake all actions set forth in the resolution above. No other persons will have authority unless this Resolution is properly replaced and new contracts and/or Signature Cards are executed as the Credit Union may require.**

| Authorized Party's Full Name: | Title: | SSN: |
|---|---|---|
| Craig Kalie | Member | 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 |
| Authorized Party's Full Name: | Title: | SSN: |
| | | |
| Authorized Party's Full Name: | Title: | SSN: |
| | | |
| Authorized Party's Full Name: | Title: | SSN: |
| | | |

**4. Complete the Section Applicable to the Form of Entity Noted on Page 1**

**Corporation // Limited Liability Company or Corporation ("LLC") // Professional Corporation ("PA" or "PC")**

| In witness whereof, the Secretary of the Corporation, LLC (or all Members if Member Directed) or Professional Corporation named herein has hereunto set his/her hand as secretary and affixed the corporate seal, on the date above stated. | _____ *(Seal)* <br> *Secretary* |
|---|---|

**IF MEMBER DIRECTED:**

| _____ *(Seal)* <br> **Member** | _____ *(Seal)* <br> **Member** |
|---|---|
| _____ *(Seal)* <br> **Member** | _____ *(Seal)* <br> **Member** |

**Partnership: The partners certify that all partners have signed below and further certify that this partnership is not a limited partnership, and execute this Agreement under seal, on the date above stated.**

| _____ *(Seal)* <br> **Partner** | _____ *(Seal)* <br> **Partner** |
|---|---|
| _____ *(Seal)* <br> **Partner** | _____ *(Seal)* <br> **Partner** |

© Copyright 1995-2020 Credit Union Resources and Educational Services, Inc.

# Security Agreement

| Amount Borrowed | Loan Date | Maturity Date | Loan Number | Collateral Code | Loan Officer Initials |
|---|---|---|---|---|---|
| $750,000.00 | 01/06/2023 | 01/06/2024 | ██2-650 | | |

**Borrower(s):** CUSITech LLC

**Address**  833 Green Crest Dr

**City, State, Zip** Westerville, OH 43081

This Security Agreement ("Agreement") is made and entered into on _____January 6, 2023_____, by and between _____CUSITech LLC_____(referred to as "You," "Your," "debtor" or "Borrower") and Pathways Financial Credit Union  (referred to as "We," "Us," "Our" or "Credit Union").

To secure Your loan identified above and Your obligations reflected in the Promissory Note and Business Loan Agreement, the Business Line of Credit Agreement ("Loan Agreement") and/or Continuing Guaranty related to this Security Agreement and any related exhibits or documents such as this Security Agreement ("Agreement"), You give a continuing security interest in and upon the Collateral described in the "Security" provision of this Agreement. You agree, covenant and warrant all of the following:

**1. Liability Of Parties.** Each person who signs this Agreement agrees to be individually and jointly obligated in accordance with the terms and conditions of this Agreement. This Agreement shall be binding upon and inure to the benefit of the parties hereto, their respective heirs, executors, administrators, legal representatives and successors. This Agreement may also be used to secure a Continuing Guaranty given to support an obligation owed to the Credit Union by another person or entity.

**2. Collateral.** The Credit Union has been granted a security interest or lien in or upon the Collateral described in this Agreement ("Collateral"). Except for Our security interest or lien, the Collateral is owned free and clear from any adverse claim, security interest or encumbrance other than as now disclosed to Us.  Without the express written consent of the Credit Union, no other liens, security interests or encumbrances will be allowed to attach to the Collateral, nor will You change the location of the Collateral for an extended period without Our prior written consent. You agree to inform Us immediately if the Collateral is to be moved from Your address shown herein or at such other address at which You have told Us the Collateral is now located. The Collateral shall not be sold or ownership otherwise transferred and at all times the Collateral shall be kept in good repair. The Collateral shall not be used for any unlawful purpose. The Credit Union shall receive Your full cooperation in obtaining everything that We require to place or maintain Our security interest in or lien on the Collateral.  We may examine and inspect the Collateral at any time wherever located. All taxes or assessments on the Collateral shall be paid as they become due, and if not paid, We may pay them and shall be entitled to reimbursement or, alternatively, We may add any amount so paid to the unpaid balance of Your loan subject to the applicable interest rate.

**3. Deposit Accounts.** You hereby grant Us a contractual possessory security interest in and hereby assign, deliver, and pledge all of Your rights, title and interest in and to Your deposit accounts with Us (whether checking, savings, or some other account), including all accounts held jointly with someone else and all accounts You may open in the future (except in all cases, IRA, Keogh and Trust accounts are excluded).

**4. Limited Attorney-In-Fact.** You hereby appoint Us as Your attorney-in-fact to do any and every act which You are obligated to do by this Agreement and/or Your Loan Agreement, and to exercise all of Your rights in the Collateral and to make collections and to execute any and all papers and instruments and to do all other things necessary to preserve and protect the Collateral and to make collections and to protect Our security interest in the Collateral.

**5. Property Insurance.** You promise to maintain property insurance in an amount necessary to protect Our security interest in the Collateral, with Us named as loss payee for Our protection. Such insurance shall protect against loss by fire, theft, and collision and will provide "all risks" hull insurance in the case of aircraft or boats and accessories thereto, if any. You may provide the required property insurance through an existing policy or by a policy You independently obtain and pay for from a person of Your own choosing, providing such person is reasonably acceptable to Us. You agree to deliver satisfactory evidence of the insurance policy to Us within any time period specified in any notice from Us or on Our behalf. If You do not get or keep this insurance, We may, at Our sole option, obtain insurance to protect our interest and add its costs to Your loan (by such means as increasing Your payment or increasing Your loan term) and You agree to pay for it. We are under no obligation to obtain insurance on Your behalf. If We do obtain insurance, the cost of obtaining that insurance may be added to Your loan balance, subject to the applicable interest rate. We have the authority to obtain, adjust, settle or cancel insurance and may endorse any party's name on any draft.

**6. Delay In Enforcement.** We do not lose our rights under this or any related agreement if We delay enforcing them.  We can accept late payments, partial payments, or any other payments, even if they are marked "paid in full" without losing any of Our rights under this Agreement. If any provision of this or any related agreement is determined to be unenforceable or invalid, all other provisions remain in full force and effect.

**7. Notices.** All notices pertaining to this Agreement shall be given in writing and shall be effective when actually delivered or when deposited in the United States mail, first class, postage prepaid, addressed to the party to whom the notice is to be given at the address shown in this Agreement. You may change Your address for notices by giving written notice to the other parties. To the extent permitted by law, if there is more than one Borrower, notice to any Borrower will constitute notice to all Borrowers. You agree to keep Us informed at all times of Your current address.

**8. Governing Law.** You understand and agree that this Agreement will be governed by the laws of the State of Ohio.

**9. Security.** You hereby grant Us a security interest in and a lien in and upon the following:

(a) All of Your assets, tangible or intangible, of whatsoever nature, including but not limited to, Your accounts, chattel paper, deposit accounts, equipment, fixtures, general intangibles, instruments, inventory, investment property, farm products more particularly described below, if any (describe farm products, if any, and real property where farm products are located/growing);

_____
_____
_____

as-extracted collateral more particularly described below, if any (describe as-extracted collateral, if any, and real property where collateral is or to be extracted);

_____
_____
_____

and standing timber more particularly described below, if any (describe timber, if any, and real property where timber is located);

_____
_____
_____

whether now owned/existing or hereafter acquired/arising, collectively referred to as "Collateral"; and

(b) All accessions, accessories, increases, and additions to and all replacements of and substitutions for any Collateral described herein; and

(c) All products and proceeds of any of the Collateral described herein; and

(d) All accounts, contract rights, general intangibles, instruments, rents, monies, payments and all other rights, arising out of a sale, lease or other disposition of any of the Collateral described herein; and

(e) All proceeds (including insurance proceeds) from the sale, destruction, loss or other disposition of any of the Collateral described in this Agreement. All records and data relating to any of the Collateral described herein, whether in the form of a writing, photograph, microfilm, microfiche, or electronic media, together with all of Your right, title, and interest in and to all computer software required to utilize, create, maintain, and process any such records or data on electric media; and

(f) _____
_____
_____

**Signatures.** You have signed this Agreement on the date stated below and You acknowledge that You have read this Agreement, that You understand it, and that You have received a completely filled-in copy of it.

_____   _____   _____   _____
Borrower CUSITech LLC                Date        Borrower/Guarantor: Craig Kalie        Date


_____   _____   _____   _____
Borrower                             Date        Borrower                              Date

# Affidavit of Loan Purpose

The undersigned, engaged in business under the trade name of <u>CUSITech LLC</u>
<u>                                                             </u>, being duly sworn according to law, do(es) hereby
certify that the undersigned exercise(s) actual control over the managerial decisions of the above named
enterprise and that the proceeds of the loan made by Pathways Financial Credit Union to the undersigned on
<u>January 6, 2023</u>                          are to be used in the enterprise for the following purpose and none other:

Working Capital Line of Credit
_____

_____

_____

Under penalty of perjury, the undersigned declare that to the best of the undersigned's knowledge and belief,
this statement is true and correct.

_____              _____
Witness                              Borrower CUSITech LLC

_____              _____
Witness                              Borrower/Guarantor: Craig Kalie

_____              _____
Witness                              Borrower

_____              _____
Witness                              Borrower

Copyright Oak Tree Business Systems, Inc., 2014. All Rights Reserved.

EXHIBIT D



JON HUSTED
Ohio Secretary of State

| | |
|---|---|
| FS Number: | OH00226049812 |
| Date Filed: | 06 November 2018 10:32:09 |

# UCC FINANCING STATEMENT

**FOR FILING OFFICE USE ONLY**

| | |
|---|---|
| **NAME OF CONTACT AT FILER:** | Lien Solutions B2B User |
| **PHONE NUMBER:** | 800-331-3282 |
| **EMAIL CONTACT AT FILER:** | uccfilingreturn@wolterskluwer.com |
| **SEND ACKNOWLEDGEMENT TO:** | Lien Solutions P.O. Box 29071 Glendale CA 91209-9071 |

## DEBTOR INFORMATION

**ORGANIZATION'S NAME:**  CUSITECH LLC
**MAILING ADDRESS:**  2 1/2 N State Street
**CITY:**  Westerville    **STATE:** OH    **POSTAL CODE:** 43081    **COUNTRY:** USA

## SECURED PARTY INFORMATION

**ORGANIZATION'S NAME:**  Pathways Financial Credit Union
**MAILING ADDRESS:**  5665 N Hamilton Rd
**CITY:**  Columbus    **STATE:** OH    **POSTAL CODE:** 43230    **COUNTRY:** USA

## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

All of the following which Debtor owns now or in the future, together with all parts, accessories, repairs, replacements, improvements, and accessions, and wherever located: EQUIPMENT: All equipment including, but not limited to, machinery, vehicles, furniture, fixtures, manufacturing equipment, farm machinery and equipment, shop equipment, office and record keeping equipment,parts and tools. The property includes any equipment described in a list or schedule Debtor gives to Secured Party, but such a list is not necessary to create or perfect a valid security interest in all of Debtor's equipment. ACCOUNTS AND OTHER RIGHTS TO PAYMENT: All accounts, as that term is defined in Article 9 of the Uniform Commercial Code as in effect from time-to-time in the State of Ohio (the "UCC"), now owned or hereafter acquired, and in any event, shall include any right to payment held by me, whether in the form of accounts receivable, notes, drafts, acceptances, letters of credit (including proceeds of letters of credit) or other forms of obligations and receivables, now owned or hereafter received or acquired by or belonging or owing to

me for inventory sold or leased or services rendered by it whether or not earned by performance, together, with all guarantees and security therefore and all proceeds thereof, whether cash proceeds or otherwise, including without limitation, all of my right, title and interest in the inventory which gave rise to any such accounts, including, without limitation, unpaid seller's right s of rescission, replevin, reclamation and stoppage in transit and rights to returned, reclaimed, rejected or repossessed inventory or other goods.GENERAL INTANGIBLES: All general intangibles including, but not limited to, tax refunds, patents and applications for patents, copyrights, trademarks, trade secrets, good will, trade names, customer lists, permits and franchises, payment intangibles, computer programs and all supporting information provided in connection with a transaction relating to computer programs, and the right ot use Debtor's name, chattel paper, security agreements, instruments, reserves, and documents. INVENTORY: All inventory, as that term is defined in Article 9 of the UCC , now owned or hereafter acquired, wherever located, and in any event, shall include all inventory, merchandise, goods or other personal property which are held by me or my behalf for sale or lease or are furnished or are to be furnished under a contract of service or which constitute raw materials, work in process or materials used or consumed or to be used or consumed in my business, or the processing, packing, promotion, delivery or shipping of the same, and all finished goods, whether or not the same is in transit or in my constructive, actual or exclusive occupancy or possession or is held by me or by other for my account, including, without limitation, all good covered by purchase orders and contracts with suppliers and all goods billed and held by suppliers an all inventory which may be located on my premises or of any carriers, forward agents, truckers, warehouse, vendors, selling agents or other persons.

## FILING TYPE

Public Finance: No

Transmitting Utility: No

Manufactured Home: No

Non-Ucc Filling: No

Agriculture Lien: No

## ALTERNATIVE DESIGNATION

Licensee/Licensor: No

Consignee/Consignor: No

Bailee/Bailor: No

Seller/Buyer: No

## PACKET NUMBER

56103650

# Frank LaRose
## *Ohio Secretary of State*

| | |
|---|---|
| File No: | SR1097105 |
| FS Number: | OH00226049812 |
| Date Filed: | 14 June 2023 11:00:01 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:**  Lien Solutions B2B User
**PHONE NUMBER:**  800-331-3282
**EMAIL CONTACT AT FILER:**  uccfilingreturn@wolterskluwer.com
**SEND ACKNOWLEDGEMENT TO:**  Lien Solutions
2929 ALLEN PKWY STE 3300
Houston
TX
77019

## CONTINUATION

**INITIAL FINANCING STATEMENT FILE NUMBER:**

OH00226049812

**CONTINUATION Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.**

## NAME OF THE PARTY AUTHORIZING THIS AMENDMENT

Authorized By Named Secured Party

**Name**      Pathways Financial Credit Union

## PACKET NUMBER

66809583

EXHIBIT F

**Company name:** Cusitech LLC
**Report name:** Customer aging report
**As of date:** 7/31/2023
**Created on:** 7/31/2023

Based on: Invoice date            As of date: 07/31/2023

| Customer ID | Customer name | Invoice | GL posting date | Invoice date | Due date | Days aged | 0-30 | 31-60 | 61-90 | 91- | Total | Retainage balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C00016 | MITRE Corporation | SVC 22-0140 | 10/28/2022 | 10/28/2022 | 11/27/2022 | 276 | 0.00 | 0.00 | 0.00 | 669.00 | **669.00** | 0.00 |
| **Total for C00016** | | | | | | | **0.00** | **0.00** | **0.00** | **669.00** | **669.00** | **0.00** |
| | | | | | | | | | | | | |
| C00029 | Navalis Construction Services | AIA-1019 | 5/26/2023 | 5/26/2023 | 7/10/2023 | 66 | 0.00 | 0.00 | 10,684.50 | 0.00 | **10,684.50** | 0.00 |
| | | INV1000 | 6/21/2023 | 6/21/2023 | 7/21/2023 | 40 | 0.00 | 15,763.00 | 0.00 | 0.00 | **15,763.00** | 0.00 |
| **Total for C00029** | | | | | | | **0.00** | **15,763.00** | **10,684.50** | **0.00** | **26,447.50** | **0.00** |
| | | | | | | | | | | | | |
| C00050 | Elevate Apartments | 13901769 | 5/9/2022 | 5/9/2022 | 6/8/2022 | 448 | 0.00 | 0.00 | 0.00 | 274.00 | **274.00** | 0.00 |
| **Total for C00050** | | | | | | | **0.00** | **0.00** | **0.00** | **274.00** | **274.00** | **0.00** |
| | | | | | | | | | | | | |
| C00052 | Griffis / Blessing | 4873 | 7/29/2022 | 7/29/2022 | 8/28/2022 | 367 | 0.00 | 0.00 | 0.00 | 413.19 | **413.19** | 0.00 |
| | | SVC 22-0147 | 10/28/2022 | 10/28/2022 | 11/27/2022 | 276 | 0.00 | 0.00 | 0.00 | 1,988.00 | **1,988.00** | 0.00 |
| **Total for C00052** | | | | | | | **0.00** | **0.00** | **0.00** | **2,401.19** | **2,401.19** | **0.00** |
| | | | | | | | | | | | | |
| C00076 | N BAR B | 14821962 | 1/31/2022 | 1/31/2022 | 3/2/2022 | 546 | 0.00 | 0.00 | 0.00 | 5,670.00 | **5,670.00** | 0.00 |
| | | 18375497 | 7/1/2022 | 7/1/2022 | 7/31/2022 | 395 | 0.00 | 0.00 | 0.00 | 3,290.10 | **3,290.10** | 0.00 |
| **Total for C00076** | | | | | | | **0.00** | **0.00** | **0.00** | **8,960.10** | **8,960.10** | **0.00** |
| | | | | | | | | | | | | |
| C00083 | DTE Small Jobs | 14075977 | 12/9/2021 | 12/9/2021 | 1/8/2022 | 599 | 0.00 | 0.00 | 0.00 | 224.28 | **224.28** | 0.00 |
| | | 14808137 | 1/12/2022 | 1/12/2022 | 2/11/2022 | 565 | 0.00 | 0.00 | 0.00 | 569.05 | **569.05** | 0.00 |
| | | 15445705 | 1/28/2022 | 1/28/2022 | 2/27/2022 | 549 | 0.00 | 0.00 | 0.00 | 233.00 | **233.00** | 0.00 |
| | | 13421257 | 1/31/2022 | 1/31/2022 | 3/2/2022 | 546 | 0.00 | 0.00 | 0.00 | 862.49 | **862.49** | 0.00 |
| | | 15730893 | 2/7/2022 | 2/7/2022 | 3/9/2022 | 539 | 0.00 | 0.00 | 0.00 | 273.65 | **273.65** | 0.00 |
| | | 16583625 | 3/15/2022 | 3/15/2022 | 4/14/2022 | 503 | 0.00 | 0.00 | 0.00 | 523.40 | **523.40** | 0.00 |
| | | 15736267 | 3/31/2022 | 3/31/2022 | 4/30/2022 | 487 | 0.00 | 0.00 | 0.00 | 2,025.00 | **2,025.00** | 0.00 |
| | | Bad Debt - DTE 2021 | 3/31/2022 | 3/31/2022 | | 487 | 0.00 | 0.00 | 0.00 | -63.00 | **-63.00** | 0.00 |
| | | 17276489 | 4/8/2022 | 4/8/2022 | 5/8/2022 | 479 | 0.00 | 0.00 | 0.00 | 1,500.00 | **1,500.00** | 0.00 |
| | | 17682380 | 4/21/2022 | 4/21/2022 | 5/21/2022 | 466 | 0.00 | 0.00 | 0.00 | 273.65 | **273.65** | 0.00 |
| | | 17586377 | 4/25/2022 | 4/25/2022 | 5/25/2022 | 462 | 0.00 | 0.00 | 0.00 | 101.88 | **101.88** | 0.00 |
| | | 18386889 | 5/17/2022 | 5/17/2022 | 6/16/2022 | 440 | 0.00 | 0.00 | 0.00 | 188.00 | **188.00** | 0.00 |
| **Total for C00083** | | | | | | | **0.00** | **0.00** | **0.00** | **6,711.40** | **6,711.40** | **0.00** |
| | | | | | | | | | | | | |
| C00085 | Asset Enterprises, Inc. | | 7/26/2023 | 7/26/2023 | | 5 | -0.10 | 0.00 | 0.00 | 0.00 | **-0.10** | 0.00 |
| **Total for C00085** | | | | | | | **-0.10** | **0.00** | **0.00** | **0.00** | **-0.10** | **0.00** |
| | | | | | | | | | | | | |
| C00116 | Mission Control | 7951 | 5/31/2021 | 5/31/2021 | 6/30/2021 | 791 | 0.00 | 0.00 | 0.00 | 5,980.00 | **5,980.00** | 0.00 |
| **Total for C00116** | | | | | | | **0.00** | **0.00** | **0.00** | **5,980.00** | **5,980.00** | **0.00** |
| | | | | | | | | | | | | |
| C00119 | NCR Corporation | 9847 | 5/31/2023 | 5/31/2023 | 6/30/2023 | 61 | 0.00 | 0.00 | 730.00 | 0.00 | **730.00** | 0.00 |

| Code | Name | Invoice | Date | Date | Date | Days | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total for C00119** | | | | | | | 0.00 | 0.00 | 730.00 | 0.00 | **730.00** | 0.00 |
| | | | | | | | | | | | | |
| C00200 | Rensko Holdings | 9825 | 5/30/2023 | 5/30/2023 | 6/29/2023 | 62 | 0.00 | 0.00 | 26,980.00 | 0.00 | **26,980.00** | 0.00 |
| **Total for C00200** | | | | | | | 0.00 | 0.00 | 26,980.00 | 0.00 | **26,980.00** | 0.00 |
| | | | | | | | | | | | | |
| C00206 | Safelite | 9628 | 3/5/2023 | 3/5/2023 | 4/4/2023 | 148 | 0.00 | 0.00 | 0.00 | 0.02 | **0.02** | 0.00 |
| | | 9674 | 3/19/2023 | 3/19/2023 | 4/18/2023 | 134 | 0.00 | 0.00 | 0.00 | 3,051.95 | **3,051.95** | 0.00 |
| | | 9782 | 5/7/2023 | 5/7/2023 | 6/6/2023 | 85 | 0.00 | 0.00 | 4,411.37 | 0.00 | **4,411.37** | 0.00 |
| | | 9802 | 5/14/2023 | 5/14/2023 | 6/13/2023 | 78 | 0.00 | 0.00 | 18,413.48 | 0.00 | **18,413.48** | 0.00 |
| | | 9840 | 5/31/2023 | 5/31/2023 | 6/30/2023 | 61 | 0.00 | 0.00 | 2,996.25 | 0.00 | **2,996.25** | 0.00 |
| | | 9912 | 6/16/2023 | 6/16/2023 | 7/16/2023 | 45 | 0.00 | 3,895.85 | 0.00 | 0.00 | **3,895.85** | 0.00 |
| | | 9996 | 6/30/2023 | 6/30/2023 | 7/29/2023 | 31 | 0.00 | 8,484.69 | 0.00 | 0.00 | **8,484.69** | 0.00 |
| **Total for C00206** | | | | | | | 0.00 | 12,380.54 | 25,821.10 | 3,051.97 | **41,253.61** | 0.00 |
| | | | | | | | | | | | | |
| C00224 | The Falcons Group | 9948 | 6/27/2023 | 6/27/2023 | 6/27/2023 | 34 | 0.00 | 630.70 | 0.00 | 0.00 | **630.70** | 0.00 |
| **Total for C00224** | | | | | | | 0.00 | 630.70 | 0.00 | 0.00 | **630.70** | 0.00 |
| | | | | | | | | | | | | |
| C00225 | The Scotts Miracle-Gro Company | 9651 | 3/12/2023 | 3/12/2023 | 5/11/2023 | 141 | 0.00 | 0.00 | 0.00 | 2,791.25 | **2,791.25** | 0.00 |
| | | | 4/3/2023 | 4/3/2023 | | 119 | 0.00 | 0.00 | 0.00 | -40.03 | **-40.03** | 0.00 |
| | | 9956 | 6/30/2023 | 6/30/2023 | 8/29/2023 | 31 | 0.00 | 367.20 | 0.00 | 0.00 | **367.20** | 0.00 |
| **Total for C00225** | | | | | | | 0.00 | 367.20 | 0.00 | 2,751.22 | **3,118.42** | 0.00 |
| | | | | | | | | | | | | |
| C00248 | Roche Diagnostics | 9695 | 3/30/2023 | 3/30/2023 | 5/29/2023 | 123 | 0.00 | 0.00 | 0.00 | 2,083.00 | **2,083.00** | 0.00 |
| | | 10025 | 7/7/2023 | 7/7/2023 | 9/5/2023 | 24 | 3,000.00 | 0.00 | 0.00 | 0.00 | **3,000.00** | 0.00 |
| | | 10026 | 7/21/2023 | 7/21/2023 | 10/19/2023 | 10 | 347,738.00 | 0.00 | 0.00 | 0.00 | **347,738.00** | 0.00 |
| | | 10027 | 7/22/2023 | 7/22/2023 | 10/20/2023 | 9 | 127,623.55 | 0.00 | 0.00 | 0.00 | **127,623.55** | 0.00 |
| **Total for C00248** | | | | | | | 478,361.55 | 0.00 | 0.00 | 2,083.00 | **480,444.55** | 0.00 |
| | | | | | | | | | | | | |
| C00260 | Transdev 1161 | 13256521 | 6/1/2022 | 6/1/2022 | 7/1/2022 | 425 | 0.00 | 0.00 | 0.00 | 1,160.00 | **1,160.00** | 0.00 |
| **Total for C00260** | | | | | | | 0.00 | 0.00 | 0.00 | 1,160.00 | **1,160.00** | 0.00 |
| | | | | | | | | | | | | |
| C00280 | Ortho Clinical Diagnostics | 9896 | 6/9/2023 | 6/9/2023 | 7/9/2023 | 52 | 0.00 | 13,213.20 | 0.00 | 0.00 | **13,213.20** | 0.00 |
| | | 10023 | 7/7/2023 | 7/7/2023 | 9/5/2023 | 24 | 8,809.00 | 0.00 | 0.00 | 0.00 | **8,809.00** | 0.00 |
| | | 10024 | 7/7/2023 | 7/7/2023 | 9/5/2023 | 24 | 38,770.80 | 0.00 | 0.00 | 0.00 | **38,770.80** | 0.00 |
| **Total for C00280** | | | | | | | 47,579.80 | 13,213.20 | 0.00 | 0.00 | **60,793.00** | 0.00 |
| | | | | | | | | | | | | |
| C00283 | Club Champion Golf | 133324 | 7/7/2022 | 7/7/2022 | | 389 | 0.00 | 0.00 | 0.00 | -10.00 | **-10.00** | 0.00 |
| **Total for C00283** | | | | | | | 0.00 | 0.00 | 0.00 | -10.00 | **-10.00** | 0.00 |
| | | | | | | | | | | | | |
| C00285 | American Veterinary Group | INV0924 | 2/28/2023 | 2/28/2023 | 3/30/2023 | 153 | 0.00 | 0.00 | 0.00 | 475.00 | **475.00** | 0.00 |
| | | 22019-6 | 4/28/2023 | 4/28/2023 | 5/28/2023 | 94 | 0.00 | 0.00 | 0.00 | 9,870.00 | **9,870.00** | 0.00 |
| | | 22033 | 4/28/2023 | 4/28/2023 | 5/28/2023 | 94 | 0.00 | 0.00 | 0.00 | 3,781.00 | **3,781.00** | 0.00 |
| | | 22032-05 | 4/28/2023 | 4/28/2023 | 4/28/2023 | 94 | 0.00 | 0.00 | 0.00 | 3,622.00 | **3,622.00** | 0.00 |
| | | 22030-06 | 4/28/2023 | 4/28/2023 | 5/28/2023 | 94 | 0.00 | 0.00 | 0.00 | 2,897.00 | **2,897.00** | 0.00 |
| | | INV0967 | 4/28/2023 | 4/28/2023 | 4/28/2023 | 94 | 0.00 | 0.00 | 0.00 | 15,000.00 | **15,000.00** | 0.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| INV0968 | 4/28/2023 | 4/28/2023 | 6/27/2023 | 94 | 0.00 | 0.00 | 0.00 | 20,000.00 | **20,000.00** | **0.00** |
| INV0969 | 4/28/2023 | 4/28/2023 | 6/27/2023 | 94 | 0.00 | 0.00 | 0.00 | 15,000.00 | **15,000.00** | **0.00** |
| INV0966 | 5/12/2023 | 5/12/2023 | 7/11/2023 | 80 | 0.00 | 0.00 | 5,491.00 | 0.00 | **5,491.00** | **0.00** |
| INV0980 | 5/22/2023 | 5/22/2023 | 6/21/2023 | 70 | 0.00 | 0.00 | 2,780.00 | 0.00 | **2,780.00** | **0.00** |
| INV0985 | 5/31/2023 | 5/31/2023 | 6/30/2023 | 61 | 0.00 | 0.00 | 891.00 | 0.00 | **891.00** | **0.00** |
| INV0986 | 5/31/2023 | 5/31/2023 | 6/30/2023 | 61 | 0.00 | 0.00 | 65,704.00 | 0.00 | **65,704.00** | **0.00** |
| 9899 | 6/16/2023 | 6/16/2023 | 7/16/2023 | 45 | 0.00 | 2,332.00 | 0.00 | 0.00 | **2,332.00** | **0.00** |
| 9900 | 6/16/2023 | 6/16/2023 | 7/16/2023 | 45 | 0.00 | 3,190.60 | 0.00 | 0.00 | **3,190.60** | **0.00** |
| 9901 | 6/16/2023 | 6/16/2023 | 7/16/2023 | 45 | 0.00 | 6,910.68 | 0.00 | 0.00 | **6,910.68** | **0.00** |
| 9902 | 6/16/2023 | 6/16/2023 | 7/16/2023 | 45 | 0.00 | 991.30 | 0.00 | 0.00 | **991.30** | **0.00** |
| 9903 | 6/16/2023 | 6/16/2023 | 7/16/2023 | 45 | 0.00 | 2,332.00 | 0.00 | 0.00 | **2,332.00** | **0.00** |
| 9904 | 6/16/2023 | 6/16/2023 | 7/16/2023 | 45 | 0.00 | 7,993.18 | 0.00 | 0.00 | **7,993.18** | **0.00** |
| 9905 | 6/16/2023 | 6/16/2023 | 7/16/2023 | 45 | 0.00 | 1,080.50 | 0.00 | 0.00 | **1,080.50** | **0.00** |
| 9906 | 6/16/2023 | 6/16/2023 | 7/16/2023 | 45 | 0.00 | 3,220.70 | 0.00 | 0.00 | **3,220.70** | **0.00** |
| 9907 | 6/16/2023 | 6/16/2023 | 7/16/2023 | 45 | 0.00 | 3,250.80 | 0.00 | 0.00 | **3,250.80** | **0.00** |
| 9908 | 6/16/2023 | 6/16/2023 | 7/16/2023 | 45 | 0.00 | 1,316.10 | 0.00 | 0.00 | **1,316.10** | **0.00** |
| 22033CR | 6/22/2023 | 6/22/2023 | | 39 | 0.00 | -28,084.35 | 0.00 | 0.00 | **-28,084.35** | **0.00** |
| 9989 | 6/30/2023 | 6/30/2023 | 7/29/2023 | 31 | 0.00 | 372.77 | 0.00 | 0.00 | **372.77** | **0.00** |
| 9990 | 6/30/2023 | 6/30/2023 | 7/29/2023 | 31 | 0.00 | 979.80 | 0.00 | 0.00 | **979.80** | **0.00** |
| 9991 | 6/30/2023 | 6/30/2023 | 7/29/2023 | 31 | 0.00 | 2,332.00 | 0.00 | 0.00 | **2,332.00** | **0.00** |
| 9992 | 6/30/2023 | 6/30/2023 | 7/29/2023 | 31 | 0.00 | 746.93 | 0.00 | 0.00 | **746.93** | **0.00** |
| 9993 | 6/30/2023 | 6/30/2023 | 7/29/2023 | 31 | 0.00 | 491.05 | 0.00 | 0.00 | **491.05** | **0.00** |
| 9994 | 6/30/2023 | 6/30/2023 | 7/29/2023 | 31 | 0.00 | 7,394.94 | 0.00 | 0.00 | **7,394.94** | **0.00** |
| 10002 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 2,661.39 | 0.00 | 0.00 | **2,661.39** | **0.00** |
| 10001 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 4,553.92 | 0.00 | 0.00 | **4,553.92** | **0.00** |
| 10000 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 7,006.44 | 0.00 | 0.00 | **7,006.44** | **0.00** |
| 9999 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 551.20 | 0.00 | 0.00 | **551.20** | **0.00** |
| **Total for C00285** | | | | | **0.00** | **31,623.95** | **74,866.00** | **70,645.00** | **177,134.95** | **0.00** |
| | | | | | | | | | | |
| C00290 | Invisible Urban Charging, Inc. | | | | | | | | | |
| 9231 | 7/20/2022 | 7/20/2022 | 8/19/2022 | 376 | 0.00 | 0.00 | 0.00 | 116,936.13 | **116,936.13** | **0.00** |
| 9274 | 8/10/2022 | 8/10/2022 | 9/9/2022 | 355 | 0.00 | 0.00 | 0.00 | 127,575.86 | **127,575.86** | **0.00** |
| 9301 | 8/22/2022 | 8/22/2022 | 9/21/2022 | 343 | 0.00 | 0.00 | 0.00 | 2,753.03 | **2,753.03** | **0.00** |
| 9302 | 8/22/2022 | 8/22/2022 | 9/21/2022 | 343 | 0.00 | 0.00 | 0.00 | 2,769.00 | **2,769.00** | **0.00** |
| 9303 | 8/22/2022 | 8/22/2022 | 9/21/2022 | 343 | 0.00 | 0.00 | 0.00 | 19,417.70 | **19,417.70** | **0.00** |
| **Total for C00290** | | | | | **0.00** | **0.00** | **0.00** | **269,451.72** | **269,451.72** | **0.00** |
| | | | | | | | | | | |
| C00299 | KBR, Inc. | | | | | | | | | |
| AIA-1011 | 2/28/2023 | 2/28/2023 | 4/28/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | 3,285.75 |
| AIA-1013 | 4/28/2023 | 4/28/2023 | 6/12/2023 | 94 | 0.00 | 0.00 | 0.00 | 42,645.36 | **42,645.36** | 2,262.58 |
| AIA-1017 | 5/26/2023 | 5/26/2023 | 7/10/2023 | 66 | 0.00 | 0.00 | 37,362.45 | 0.00 | **37,362.45** | 1,966.45 |
| **Total for C00299** | | | | | **0.00** | **0.00** | **37,362.45** | **42,645.36** | **80,007.81** | **7,514.78** |
| | | | | | | | | | | |
| C00332 | City of Manitou Springs | | | | | | | | | |
| AIA-1021 | 5/25/2023 | 5/31/2023 | 7/15/2023 | 61 | 0.00 | 0.00 | 71,955.85 | 0.00 | **71,955.85** | 3,787.15 |
| AIA-1022 | 6/21/2023 | 6/21/2023 | 8/5/2023 | 40 | 0.00 | 95,038.94 | 0.00 | 0.00 | **95,038.94** | 5,002.06 |
| **Total for C00332** | | | | | **0.00** | **95,038.94** | **71,955.85** | **0.00** | **166,994.79** | **8,789.21** |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C00334 | TJN Investments | 6296 | 8/23/2022 | 8/23/2022 | 9/22/2022 | 342 | 0.00 | 0.00 | 0.00 | 802.16 | **802.16** | **0.00** |
| | | 6295 | 8/29/2022 | 8/29/2022 | 9/28/2022 | 336 | 0.00 | 0.00 | 0.00 | 2,343.57 | **2,343.57** | **0.00** |
| | | 6389 | 9/22/2022 | 9/22/2022 | 10/22/2022 | 312 | 0.00 | 0.00 | 0.00 | 3,102.28 | **3,102.28** | **0.00** |
| | | 6457 | 11/3/2022 | 11/3/2022 | 12/3/2022 | 270 | 0.00 | 0.00 | 0.00 | 2,670.55 | **2,670.55** | **0.00** |
| | | 6485 | 11/22/2022 | 11/22/2022 | 12/22/2022 | 251 | 0.00 | 0.00 | 0.00 | 307.60 | **307.60** | **0.00** |
| **Total for C00334** | | | | | | | **0.00** | **0.00** | **0.00** | **9,226.16** | **9,226.16** | **0.00** |
| | | | | | | | | | | | | |
| C00341 | Diversified Association Manager | SVC 22-0230 | 6/7/2023 | 6/7/2023 | 7/7/2023 | 54 | 0.00 | 390.00 | 0.00 | 0.00 | **390.00** | **0.00** |
| **Total for C00341** | | | | | | | **0.00** | **390.00** | **0.00** | **0.00** | **390.00** | **0.00** |
| | | | | | | | | | | | | |
| C00343 | Darden Restaurants | 0708-02 | 1/4/2023 | 1/4/2022 | 3/5/2022 | 573 | 0.00 | 0.00 | 0.00 | 210.00 | **210.00** | **0.00** |
| | | 6190 | 7/26/2022 | 7/26/2022 | 9/24/2022 | 370 | 0.00 | 0.00 | 0.00 | 467.50 | **467.50** | **0.00** |
| | | 6270 | 8/15/2022 | 8/15/2022 | 10/14/2022 | 350 | 0.00 | 0.00 | 0.00 | 229.08 | **229.08** | **0.00** |
| | | 6272 | 8/15/2022 | 8/15/2022 | 10/14/2022 | 350 | 0.00 | 0.00 | 0.00 | 170.00 | **170.00** | **0.00** |
| | | 6273 | 8/16/2022 | 8/16/2022 | 10/15/2022 | 349 | 0.00 | 0.00 | 0.00 | 117.60 | **117.60** | **0.00** |
| | | 6276 | 8/17/2022 | 8/17/2022 | 10/16/2022 | 348 | 0.00 | 0.00 | 0.00 | 1,324.80 | **1,324.80** | **0.00** |
| | | 6278 | 8/17/2022 | 8/17/2022 | 10/16/2022 | 348 | 0.00 | 0.00 | 0.00 | 114.44 | **114.44** | **0.00** |
| | | 6280 | 8/17/2022 | 8/17/2022 | 10/16/2022 | 348 | 0.00 | 0.00 | 0.00 | 90.00 | **90.00** | **0.00** |
| | | 6285 | 8/19/2022 | 8/19/2022 | 10/18/2022 | 346 | 0.00 | 0.00 | 0.00 | 170.46 | **170.46** | **0.00** |
| | | 6286 | 8/19/2022 | 8/19/2022 | 10/18/2022 | 346 | 0.00 | 0.00 | 0.00 | 224.53 | **224.53** | **0.00** |
| | | 6287 | 8/19/2022 | 8/19/2022 | 10/18/2022 | 346 | 0.00 | 0.00 | 0.00 | 90.00 | **90.00** | **0.00** |
| | | 6309 | 8/23/2022 | 8/23/2022 | 10/22/2022 | 342 | 0.00 | 0.00 | 0.00 | 389.16 | **389.16** | **0.00** |
| | | 6318 | 8/25/2022 | 8/25/2022 | 10/24/2022 | 340 | 0.00 | 0.00 | 0.00 | 462.63 | **462.63** | **0.00** |
| | | 6319 | 8/26/2022 | 8/26/2022 | 10/25/2022 | 339 | 0.00 | 0.00 | 0.00 | 522.31 | **522.31** | **0.00** |
| | | 6322 | 8/26/2022 | 8/26/2022 | 10/25/2022 | 339 | 0.00 | 0.00 | 0.00 | 215.65 | **215.65** | **0.00** |
| | | 6329 | 8/29/2022 | 8/29/2022 | 10/28/2022 | 336 | 0.00 | 0.00 | 0.00 | 365.19 | **365.19** | **0.00** |
| | | 6330 | 8/30/2022 | 8/30/2022 | 10/29/2022 | 335 | 0.00 | 0.00 | 0.00 | 382.50 | **382.50** | **0.00** |
| | | 6331 | 8/30/2022 | 8/30/2022 | 10/29/2022 | 335 | 0.00 | 0.00 | 0.00 | 386.76 | **386.76** | **0.00** |
| | | 6346 | 9/1/2022 | 9/1/2022 | 10/31/2022 | 333 | 0.00 | 0.00 | 0.00 | 135.00 | **135.00** | **0.00** |
| | | 6349 | 9/2/2022 | 9/2/2022 | 11/1/2022 | 332 | 0.00 | 0.00 | 0.00 | 523.35 | **523.35** | **0.00** |
| | | 6350 | 9/2/2022 | 9/2/2022 | 11/1/2022 | 332 | 0.00 | 0.00 | 0.00 | 248.54 | **248.54** | **0.00** |
| | | 6354 | 9/2/2022 | 9/2/2022 | 11/1/2022 | 332 | 0.00 | 0.00 | 0.00 | 135.39 | **135.39** | **0.00** |
| | | 6355 | 9/3/2022 | 9/3/2022 | 11/2/2022 | 331 | 0.00 | 0.00 | 0.00 | 232.86 | **232.86** | **0.00** |
| | | 6357 | 9/6/2022 | 9/6/2022 | 11/5/2022 | 328 | 0.00 | 0.00 | 0.00 | 312.77 | **312.77** | **0.00** |
| | | 6366 | 9/7/2022 | 9/7/2022 | 11/6/2022 | 327 | 0.00 | 0.00 | 0.00 | 202.50 | **202.50** | **0.00** |
| | | 6368 | 9/8/2022 | 9/8/2022 | 11/7/2022 | 326 | 0.00 | 0.00 | 0.00 | 440.00 | **440.00** | **0.00** |
| | | 6369 | 9/9/2022 | 9/9/2022 | 11/8/2022 | 325 | 0.00 | 0.00 | 0.00 | 214.64 | **214.64** | **0.00** |
| | | 6370 | 9/12/2022 | 9/12/2022 | 11/11/2022 | 322 | 0.00 | 0.00 | 0.00 | 341.94 | **341.94** | **0.00** |
| | | 6371 | 9/12/2022 | 9/12/2022 | 11/11/2022 | 322 | 0.00 | 0.00 | 0.00 | 2,941.80 | **2,941.80** | **0.00** |
| | | 6372 | 9/13/2022 | 9/13/2022 | 11/12/2022 | 321 | 0.00 | 0.00 | 0.00 | 173.66 | **173.66** | **0.00** |
| | | 6373 | 9/13/2022 | 9/13/2022 | 11/12/2022 | 321 | 0.00 | 0.00 | 0.00 | 102.76 | **102.76** | **0.00** |
| | | 6374 | 9/15/2022 | 9/15/2022 | 11/14/2022 | 319 | 0.00 | 0.00 | 0.00 | 276.08 | **276.08** | **0.00** |
| | | 6375 | 9/15/2022 | 9/15/2022 | 11/14/2022 | 319 | 0.00 | 0.00 | 0.00 | 120.70 | **120.70** | **0.00** |
| | | 6377 | 9/15/2022 | 9/15/2022 | 11/14/2022 | 319 | 0.00 | 0.00 | 0.00 | 125.54 | **125.54** | **0.00** |
| | | 6378 | 9/16/2022 | 9/16/2022 | 11/15/2022 | 318 | 0.00 | 0.00 | 0.00 | 954.54 | **954.54** | **0.00** |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6380 | 9/17/2022 | 9/17/2022 | 11/16/2022 | 317 | 0.00 | 0.00 | 0.00 | 99.25 | **99.25** | **0.00** |
| | 6384 | 9/19/2022 | 9/19/2022 | 11/18/2022 | 315 | 0.00 | 0.00 | 0.00 | 170.00 | **170.00** | **0.00** |
| | 6385 | 9/19/2022 | 9/19/2022 | 11/18/2022 | 315 | 0.00 | 0.00 | 0.00 | 488.75 | **488.75** | **0.00** |
| | 6386 | 9/20/2022 | 9/20/2022 | 11/19/2022 | 314 | 0.00 | 0.00 | 0.00 | 147.34 | **147.34** | **0.00** |
| | 6390 | 9/21/2022 | 9/21/2022 | 11/20/2022 | 313 | 0.00 | 0.00 | 0.00 | 554.25 | **554.25** | **0.00** |
| | 6391 | 9/22/2022 | 9/22/2022 | 11/21/2022 | 312 | 0.00 | 0.00 | 0.00 | 170.00 | **170.00** | **0.00** |
| | 6394 | 9/23/2022 | 9/23/2022 | 11/22/2022 | 311 | 0.00 | 0.00 | 0.00 | 767.08 | **767.08** | **0.00** |
| | 6395 | 9/24/2022 | 9/24/2022 | 11/23/2022 | 310 | 0.00 | 0.00 | 0.00 | 187.76 | **187.76** | **0.00** |
| | 6396 | 9/26/2022 | 9/26/2022 | 11/25/2022 | 308 | 0.00 | 0.00 | 0.00 | 436.01 | **436.01** | **0.00** |
| | 6400 | 9/30/2022 | 9/30/2022 | 11/29/2022 | 304 | 0.00 | 0.00 | 0.00 | 438.20 | **438.20** | **0.00** |
| | 6407 | 10/4/2022 | 10/4/2022 | 12/3/2022 | 300 | 0.00 | 0.00 | 0.00 | 409.31 | **409.31** | **0.00** |
| | 6443 | 10/4/2022 | 10/4/2022 | 12/3/2022 | 300 | 0.00 | 0.00 | 0.00 | 255.42 | **255.42** | **0.00** |
| | 6444 | 10/11/2022 | 10/11/2022 | 12/10/2022 | 293 | 0.00 | 0.00 | 0.00 | 350.00 | **350.00** | **0.00** |
| | 6445 | 10/13/2022 | 10/13/2022 | 12/12/2022 | 291 | 0.00 | 0.00 | 0.00 | 447.09 | **447.09** | **0.00** |
| | 6446 | 10/14/2022 | 10/14/2022 | 12/13/2022 | 290 | 0.00 | 0.00 | 0.00 | 365.76 | **365.76** | **0.00** |
| | 6447 | 10/20/2022 | 10/20/2022 | 12/19/2022 | 284 | 0.00 | 0.00 | 0.00 | 90.00 | **90.00** | **0.00** |
| | 6448 | 10/20/2022 | 10/20/2022 | 12/19/2022 | 284 | 0.00 | 0.00 | 0.00 | 373.94 | **373.94** | **0.00** |
| | 6449 | 10/21/2022 | 10/21/2022 | 12/20/2022 | 283 | 0.00 | 0.00 | 0.00 | 340.00 | **340.00** | **0.00** |
| | 6450 | 10/24/2022 | 10/24/2022 | 12/23/2022 | 280 | 0.00 | 0.00 | 0.00 | 555.89 | **555.89** | **0.00** |
| | 6462 | 10/27/2022 | 10/27/2022 | 12/26/2022 | 277 | 0.00 | 0.00 | 0.00 | 90.00 | **90.00** | **0.00** |
| | 6464 | 10/31/2022 | 10/31/2022 | 12/30/2022 | 273 | 0.00 | 0.00 | 0.00 | 146.00 | **146.00** | **0.00** |
| | 6468 | 11/1/2022 | 11/1/2022 | 12/31/2022 | 272 | 0.00 | 0.00 | 0.00 | 255.00 | **255.00** | **0.00** |
| | 6469 | 11/1/2022 | 11/1/2022 | 12/31/2022 | 272 | 0.00 | 0.00 | 0.00 | 1,098.76 | **1,098.76** | **0.00** |
| | 6470 | 11/1/2022 | 11/1/2022 | 12/31/2022 | 272 | 0.00 | 0.00 | 0.00 | 271.18 | **271.18** | **0.00** |
| | 6471 | 11/1/2022 | 11/1/2022 | 12/31/2022 | 272 | 0.00 | 0.00 | 0.00 | 340.00 | **340.00** | **0.00** |
| | 6472 | 11/3/2022 | 11/3/2022 | 1/2/2023 | 270 | 0.00 | 0.00 | 0.00 | 1,651.29 | **1,651.29** | **0.00** |
| | 6473 | 11/4/2022 | 11/4/2022 | 1/3/2023 | 269 | 0.00 | 0.00 | 0.00 | 510.00 | **510.00** | **0.00** |
| | 6488 | 11/11/2022 | 11/11/2022 | 1/10/2023 | 262 | 0.00 | 0.00 | 0.00 | 267.00 | **267.00** | **0.00** |
| | 6489 | 11/14/2022 | 11/14/2022 | 1/13/2023 | 259 | 0.00 | 0.00 | 0.00 | 533.02 | **533.02** | **0.00** |
| | 6491 | 11/21/2022 | 11/21/2022 | 1/20/2023 | 252 | 0.00 | 0.00 | 0.00 | 391.68 | **391.68** | **0.00** |
| | 6492 | 11/23/2022 | 11/23/2022 | 1/22/2023 | 250 | 0.00 | 0.00 | 0.00 | 263.33 | **263.33** | **0.00** |
| | 6493 | 11/23/2022 | 11/23/2022 | 1/22/2023 | 250 | 0.00 | 0.00 | 0.00 | 340.00 | **340.00** | **0.00** |
| | 0706-02 | 12/29/2022 | 12/29/2022 | 2/27/2023 | 214 | 0.00 | 0.00 | 0.00 | 243.00 | **243.00** | **0.00** |
| | SFL-23-0709-1 | 3/21/2023 | 3/21/2023 | 5/20/2023 | 132 | 0.00 | 0.00 | 0.00 | 535.63 | **535.63** | **0.00** |
| | SFL 23-0120 | 4/3/2023 | 4/3/2023 | 6/2/2023 | 119 | 0.00 | 0.00 | 0.00 | 283.19 | **283.19** | **0.00** |
| | SFL 23-0121 | 4/10/2023 | 4/10/2023 | 6/9/2023 | 112 | 0.00 | 0.00 | 0.00 | 210.00 | **210.00** | **0.00** |
| | SFL 23-0127 | 4/24/2023 | 4/24/2023 | 6/23/2023 | 98 | 0.00 | 0.00 | 0.00 | 1,030.46 | **1,030.46** | **0.00** |
| | SFL 23-0132 | 5/10/2023 | 5/10/2023 | 7/9/2023 | 82 | 0.00 | 0.00 | 210.00 | 0.00 | **210.00** | **0.00** |
| | SFL 23-0133 | 5/12/2023 | 5/12/2023 | 7/11/2023 | 80 | 0.00 | 0.00 | 210.00 | 0.00 | **210.00** | **0.00** |
| | SFL 23-0137 | 5/16/2023 | 5/16/2023 | 7/15/2023 | 76 | 0.00 | 0.00 | 305.00 | 0.00 | **305.00** | **0.00** |
| **Total for C00343** | | | | | | **0.00** | **0.00** | **725.00** | **28,520.27** | **29,245.27** | **0.00** |
| | | | | | | | | | | | |
| C00345 | Montierre Development, PLLC | 6204 | 8/2/2022 | 8/2/2022 | 9/1/2022 | 363 | 0.00 | 0.00 | 0.00 | 5,000.00 | **5,000.00** | **0.00** |
| | | 6248 | 8/18/2022 | 8/18/2022 | 9/17/2022 | 347 | 0.00 | 0.00 | 0.00 | 1,000.00 | **1,000.00** | **0.00** |
| | | 6297 | 8/31/2022 | 8/31/2022 | 9/30/2022 | 334 | 0.00 | 0.00 | 0.00 | 376.32 | **376.32** | **0.00** |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 6298 | 8/31/2022 | 8/31/2022 | 9/30/2022 | 334 | 0.00 | 0.00 | 0.00 | 381.48 | **381.48** | **0.00** |
| | 6299 | 9/1/2022 | 9/1/2022 | 10/1/2022 | 333 | 0.00 | 0.00 | 0.00 | 593.36 | **593.36** | **0.00** |
| | 6300 | 9/2/2022 | 9/2/2022 | 10/2/2022 | 332 | 0.00 | 0.00 | 0.00 | 421.24 | **421.24** | **0.00** |
| | 6339 | 9/22/2022 | 9/22/2022 | 10/22/2022 | 312 | 0.00 | 0.00 | 0.00 | 1,244.00 | **1,244.00** | **0.00** |
| **Total for C00345** | | | | | | **0.00** | **0.00** | **0.00** | **9,016.40** | **9,016.40** | **0.00** |
| | | | | | | | | | | | |
| C00346 | B.E Contracting | INV0807 | 3/31/2022 | 3/31/2022 | 11/30/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **24,945.90** |
| **Total for C00346** | | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **24,945.90** |
| | | | | | | | | | | | |
| C00347 | Complete Air and Cooling | INV0810 | 3/31/2022 | 3/31/2022 | 11/30/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **2,711.25** |
| **Total for C00347** | | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **2,711.25** |
| | | | | | | | | | | | |
| C00348 | Hooks Construction | INV0806 | 3/31/2022 | 3/31/2022 | 3/31/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **2,000.00** |
| | 6456 | 10/26/2022 | 10/26/2022 | 11/25/2022 | 278 | 0.00 | 0.00 | 0.00 | 1,811.94 | **1,811.94** | **0.00** |
| **Total for C00348** | | | | | | **0.00** | **0.00** | **0.00** | **1,811.94** | **1,811.94** | **2,000.00** |
| | | | | | | | | | | | |
| C00349 | CCD of Stuart, Inc. | INV0804 | 3/31/2022 | 3/31/2022 | 11/30/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **9,753.49** |
| | INV0811 | 3/31/2022 | 3/31/2022 | 11/30/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **1,350.00** |
| | 6061R | 5/24/2022 | 5/24/2022 | 8/24/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **1,000.00** |
| | 6068R | 5/24/2022 | 5/24/2022 | 6/24/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **1,500.00** |
| | 6085 | 6/3/2022 | 6/3/2022 | 7/3/2022 | 423 | 0.00 | 0.00 | 0.00 | 532.97 | **532.97** | **0.00** |
| | 6144R | 6/24/2022 | 6/24/2022 | 8/24/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **1,000.00** |
| | 6145R | 6/24/2022 | 6/24/2022 | 8/24/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **500.00** |
| | 6208 | 8/2/2022 | 8/2/2022 | 9/1/2022 | 363 | 0.00 | 0.00 | 0.00 | 7,200.00 | **7,200.00** | **0.00** |
| | 6207R | 8/2/2022 | 8/2/2022 | 10/1/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **800.00** |
| | 6208R | 8/2/2022 | 8/2/2022 | 10/1/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **800.00** |
| | 6292 | 8/18/2022 | 8/18/2022 | 9/17/2022 | 347 | 0.00 | 0.00 | 0.00 | 4,500.00 | **4,500.00** | **0.00** |
| | 6292R | 8/18/2022 | 8/18/2022 | 9/17/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **500.00** |
| | 6337R | 9/21/2022 | 9/21/2022 | 1/1/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **500.00** |
| | 6343 | 9/22/2022 | 9/22/2022 | 10/22/2022 | 312 | 0.00 | 0.00 | 0.00 | 1,952.15 | **1,952.15** | **0.00** |
| | 6343R | 9/22/2022 | 9/22/2022 | 12/1/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **216.91** |
| | 6342R | 9/22/2022 | 9/22/2022 | 1/1/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **1,500.00** |
| | 6428R | 10/20/2022 | 10/20/2022 | 1/1/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **400.00** |
| | 6423R | 10/20/2022 | 10/20/2022 | 1/1/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **2,400.00** |
| | 6478 | 11/18/2022 | 11/18/2022 | 12/18/2022 | 255 | 0.00 | 0.00 | 0.00 | 681.97 | **681.97** | **0.00** |
| | 6484R | 11/18/2022 | 11/18/2022 | 1/1/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **1,000.00** |
| | 6478R | 11/18/2022 | 11/18/2022 | 3/1/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **1,938.77** |
| | INV0891 | 1/31/2023 | 1/31/2023 | 3/2/2023 | 181 | 0.00 | 0.00 | 0.00 | 12,996.98 | **12,996.98** | **1,444.11** |
| | INV0895 | 2/20/2023 | 2/20/2023 | 3/22/2023 | 161 | 0.00 | 0.00 | 0.00 | 14,730.77 | **14,730.77** | **1,636.75** |
| | INV0896 | 2/20/2023 | 2/20/2023 | 3/22/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **1,240.00** |
| | 40 | 3/21/2023 | 3/21/2023 | 4/20/2023 | 132 | 0.00 | 0.00 | 0.00 | 124.36 | **124.36** | **0.00** |
| | 0040-1 | 3/21/2023 | 3/21/2023 | 4/20/2023 | 132 | 0.00 | 0.00 | 0.00 | 566.16 | **566.16** | **0.00** |
| | 0040-2 | 3/21/2023 | 3/21/2023 | 4/20/2023 | 132 | 0.00 | 0.00 | 0.00 | 467.18 | **467.18** | **0.00** |
| | 0040-3 | 3/21/2023 | 3/21/2023 | 4/20/2023 | 132 | 0.00 | 0.00 | 0.00 | 621.91 | **621.91** | **0.00** |
| | 44 | 3/21/2023 | 3/21/2023 | 4/20/2023 | 132 | 0.00 | 0.00 | 0.00 | 1,386.58 | **1,386.58** | **0.00** |

| Code | Name | Invoice | Date1 | Date2 | Date3 | Days | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0044-1 | 3/21/2023 | 3/21/2023 | 4/20/2023 | 132 | 0.00 | 0.00 | 0.00 | 422.73 | **422.73** | 0.00 |
| | | 0040-4 | 3/21/2023 | 3/21/2023 | 4/20/2023 | 132 | 0.00 | 0.00 | 0.00 | 277.69 | **277.69** | 0.00 |
| | | INV0949 | 4/20/2023 | 4/20/2023 | 5/20/2023 | 102 | 0.00 | 0.00 | 0.00 | 4,663.00 | **4,663.00** | 518.11 |
| **Total for C00349** | | | | | | | **0.00** | **0.00** | **0.00** | **51,124.45** | **51,124.45** | **29,998.14** |
| | | | | | | | | | | | | |
| C00352 | Mager Construction | INV0805 | 3/31/2022 | 3/31/2022 | 11/30/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | 700.00 |
| | | 6065 | 5/24/2022 | 5/24/2022 | 6/24/2022 | 433 | 0.00 | 0.00 | 0.00 | 2,025.00 | **2,025.00** | 0.00 |
| | | 6065R | 5/24/2022 | 5/24/2022 | 6/24/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | 925.00 |
| **Total for C00352** | | | | | | | **0.00** | **0.00** | **0.00** | **2,025.00** | **2,025.00** | **1,625.00** |
| | | | | | | | | | | | | |
| C00353 | Renaissance Business Park | SFL 23-0136 | 5/16/2023 | 5/16/2023 | 6/15/2023 | 76 | 0.00 | 0.00 | 685.00 | 0.00 | **685.00** | 0.00 |
| **Total for C00353** | | | | | | | **0.00** | **0.00** | **685.00** | **0.00** | **685.00** | **0.00** |
| | | | | | | | | | | | | |
| C00354 | La Mesa RV Center | 6178 | 7/8/2022 | 7/8/2022 | 8/7/2022 | 388 | 0.00 | 0.00 | 0.00 | 0.02 | **0.02** | 0.00 |
| | | 8004.01 | 6/7/2023 | 6/7/2023 | 7/7/2023 | 54 | 0.00 | 7,096.62 | 0.00 | 0.00 | **7,096.62** | 0.00 |
| **Total for C00354** | | | | | | | **0.00** | **7,096.62** | **0.00** | **0.02** | **7,096.64** | **0.00** |
| | | | | | | | | | | | | |
| C00362 | Cushman and Wakefield U.S. Inc | SCO 23-0137 | 4/6/2023 | 4/6/2023 | 4/6/2023 | 116 | 0.00 | 0.00 | 0.00 | 920.00 | **920.00** | 0.00 |
| **Total for C00362** | | | | | | | **0.00** | **0.00** | **0.00** | **920.00** | **920.00** | **0.00** |
| | | | | | | | | | | | | |
| C00367 | My Mechanic of the Treasure Coast | 6077 | 6/7/2022 | 6/7/2022 | 7/7/2022 | 419 | 0.00 | 0.00 | 0.00 | 132.11 | **132.11** | 0.00 |
| | | 6274 | 8/16/2022 | 8/16/2022 | 9/15/2022 | 349 | 0.00 | 0.00 | 0.00 | 112.78 | **112.78** | 0.00 |
| | | 8024-01 | 11/29/2022 | 11/29/2022 | 1/28/2023 | 244 | 0.00 | 0.00 | 0.00 | 284.07 | **284.07** | 0.00 |
| **Total for C00367** | | | | | | | **0.00** | **0.00** | **0.00** | **528.96** | **528.96** | **0.00** |
| | | | | | | | | | | | | |
| C00370 | Custom Auto Center | 6415 | 10/6/2022 | 10/6/2022 | 11/5/2022 | 298 | 0.00 | 0.00 | 0.00 | 4,414.77 | **4,414.77** | 0.00 |
| | | 6430 | 10/6/2022 | 10/6/2022 | 11/5/2022 | 298 | 0.00 | 0.00 | 0.00 | 203.87 | **203.87** | 0.00 |
| | | 6502 | 11/17/2022 | 11/17/2022 | 12/17/2022 | 256 | 0.00 | 0.00 | 0.00 | 540.28 | **540.28** | 0.00 |
| **Total for C00370** | | | | | | | **0.00** | **0.00** | **0.00** | **5,158.92** | **5,158.92** | **0.00** |
| | | | | | | | | | | | | |
| C00377 | Hi Auto LTD | 9822CM | 6/8/2023 | 6/8/2023 | | 53 | 0.00 | -66.44 | 0.00 | 0.00 | **-66.44** | 0.00 |
| | | 9949 | 6/27/2023 | 6/27/2023 | 7/27/2023 | 34 | 0.00 | 3,057.11 | 0.00 | 0.00 | **3,057.11** | 0.00 |
| **Total for C00377** | | | | | | | **0.00** | **2,990.67** | **0.00** | **0.00** | **2,990.67** | **0.00** |
| | | | | | | | | | | | | |
| C00378 | Hammers Construction | 4930 | 10/31/2022 | 10/31/2022 | 11/30/2022 | 273 | 0.00 | 0.00 | 0.00 | 5,923.75 | **5,923.75** | 0.00 |
| | | INV0901 | 2/20/2023 | 2/20/2023 | 3/22/2023 | 161 | 0.00 | 0.00 | 0.00 | 709.20 | **709.20** | 0.00 |
| | | INV0939 | 3/21/2023 | 3/21/2023 | 4/20/2023 | 132 | 0.00 | 0.00 | 0.00 | 17,039.00 | **17,039.00** | 0.00 |
| | | ARRET-00000021 | 4/10/2023 | 4/10/2023 | 4/10/2023 | 112 | 0.00 | 0.00 | 0.00 | 78.80 | **78.80** | 0.00 |
| | | INV0972 | 5/17/2023 | 5/17/2023 | 6/16/2023 | 75 | 0.00 | 0.00 | 5,034.05 | 0.00 | **5,034.05** | 264.95 |
| **Total for C00378** | | | | | | | **0.00** | **0.00** | **5,034.05** | **23,750.75** | **28,784.80** | **264.95** |
| | | | | | | | | | | | | |
| C00386 | Chris Morrison | SCO 23-0166 | 5/22/2023 | 5/22/2023 | 6/21/2023 | 70 | 0.00 | 0.00 | 3,390.00 | 0.00 | **3,390.00** | 0.00 |
| **Total for C00386** | | | | | | | **0.00** | **0.00** | **3,390.00** | **0.00** | **3,390.00** | **0.00** |
| | | | | | | | | | | | | |
| C00399 | Kimber Construction | 4558 | 5/1/2022 | 2/21/2022 | 3/23/2022 | 525 | 0.00 | 0.00 | 0.00 | 6,247.10 | **6,247.10** | 0.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total for C00399** | | | | | | | 0.00 | 0.00 | 0.00 | 6,247.10 | 6,247.10 | 0.00 |
| C00400 | KTK General Contractors | 4742R | 5/20/2022 | 5/20/2022 | 6/19/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,917.93 |
| | | 4785R | 6/20/2022 | 6/20/2022 | 7/20/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 982.72 |
| | | 4829R | 7/20/2022 | 7/20/2022 | 8/19/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 175.25 |
| **Total for C00400** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,075.90 |
| C00402 | Mahler GC General Contracting Co. | 4635R | 5/1/2022 | 3/21/2022 | 7/1/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 272.70 |
| | | 4753R | 5/25/2022 | 5/25/2022 | 6/24/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 208.60 |
| | | 4827R | 7/20/2022 | 7/20/2022 | 9/20/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,657.70 |
| | | 4888R | 8/20/2022 | 8/20/2022 | 9/19/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,817.45 |
| | | 4906R | 9/20/2022 | 9/20/2022 | 10/20/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 619.55 |
| | | 21-014-06R | 10/31/2022 | 10/31/2022 | 12/31/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 391.75 |
| | | INV0785 | 11/30/2022 | 11/30/2022 | 12/30/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 464.85 |
| | | INV0876 | 1/20/2023 | 1/20/2023 | 2/19/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 266.44 |
| | | INV0883 | 1/31/2023 | 1/31/2023 | 3/2/2023 | 181 | 0.00 | 0.00 | 0.00 | 1,783.15 | 1,783.15 | 93.85 |
| | | 21-014-CO7 | 6/21/2023 | 6/21/2023 | 7/21/2023 | 40 | 0.00 | 3,264.05 | 0.00 | 0.00 | 3,264.05 | 0.00 |
| **Total for C00402** | | | | | | | 0.00 | 3,264.05 | 0.00 | 1,783.15 | 5,047.20 | 8,792.89 |
| C00406 | Merritt General Contractors | 4926 | 9/23/2022 | 9/23/2022 | 10/23/2022 | 311 | 0.00 | 0.00 | 0.00 | 7,000.00 | 7,000.00 | 0.00 |
| | | SP21-006-01 | 12/31/2022 | 12/31/2022 | 1/30/2023 | 212 | 0.00 | 0.00 | 0.00 | 6,840.00 | 6,840.00 | 0.00 |
| **Total for C00406** | | | | | | | 0.00 | 0.00 | 0.00 | 13,840.00 | 13,840.00 | 0.00 |
| C00408 | Oaknoll Custom Homes | SP2607 | 11/23/2022 | 11/23/2022 | 12/23/2022 | 250 | 0.00 | 0.00 | 0.00 | 2,903.84 | 2,903.84 | 0.00 |
| | | SP21-010-2 | 5/24/2023 | 5/24/2023 | 6/23/2023 | 68 | 0.00 | 0.00 | 2,132.50 | 0.00 | 2,132.50 | 0.00 |
| **Total for C00408** | | | | | | | 0.00 | 0.00 | 2,132.50 | 2,903.84 | 5,036.34 | 0.00 |
| C00409 | Outreach | SCO 23-0132 | 2/28/2023 | 2/28/2023 | 3/30/2023 | 153 | 0.00 | 0.00 | 0.00 | 1,961.50 | 1,961.50 | 0.00 |
| **Total for C00409** | | | | | | | 0.00 | 0.00 | 0.00 | 1,961.50 | 1,961.50 | 0.00 |
| C00420 | Layton Construction | 4469R | 5/1/2022 | 12/25/2021 | 7/1/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,375.98 |
| | | 4500R | 5/1/2022 | 1/25/2022 | 7/1/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 687.99 |
| | | 4579R | 5/1/2022 | 2/25/2022 | 7/1/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,739.45 |
| | | 4649R | 5/1/2022 | 3/23/2022 | 7/1/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,556.06 |
| | | 4725R | 5/1/2022 | 4/27/2022 | 7/1/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,710.19 |
| | | 4756R | 5/25/2022 | 5/25/2022 | 8/31/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,185.85 |
| | | 4788R | 6/22/2022 | 6/22/2022 | 9/30/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,615.83 |
| | | 4835R | 7/21/2022 | 7/21/2022 | 9/30/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,695.94 |
| | | 4894R | 8/23/2022 | 8/23/2022 | 9/30/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,840.79 |
| | | 21-010-18R | 9/20/2022 | 9/20/2022 | 10/20/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,572.62 |
| | | 21-010-19R | 10/31/2022 | 10/31/2022 | 12/31/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,624.17 |
| | | INV0797 | 11/30/2022 | 11/30/2022 | 1/14/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,029.59 |
| | | INV0819 | 12/20/2022 | 12/20/2022 | 1/19/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,830.37 |
| | | INV0889 | 1/31/2023 | 1/31/2023 | 3/2/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,288.64 |
| | | INV0916 | 2/23/2023 | 2/23/2023 | 3/25/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,737.54 |

| Account | Name | Invoice | Date | Date2 | Date3 | Days | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | INV0941 | 3/27/2023 | 3/27/2023 | 4/26/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,671.66 |
| | | INV0955 | 4/25/2023 | 4/25/2023 | 5/25/2023 | 97 | 0.00 | 0.00 | 0.00 | 81,146.31 | 81,146.31 | 4,270.86 |
| | | | 5/22/2023 | 5/22/2023 | | 70 | 0.00 | 0.00 | -30.00 | 0.00 | -30.00 | 0.00 |
| | | INV0998 | 6/20/2023 | 6/20/2023 | 7/20/2023 | 41 | 0.00 | 66,787.93 | 0.00 | 0.00 | 66,787.93 | 7,420.88 |
| **Total for C00420** | | | | | | | **0.00** | **66,787.93** | **-30.00** | **81,146.31** | **147,904.24** | **145,854.40** |
| | | | | | | | | | | | | |
| C00426 | A&G Pools | 6089 | 6/7/2022 | 6/7/2022 | 7/7/2022 | 419 | 0.00 | 0.00 | 0.00 | 205.08 | 205.08 | 0.00 |
| **Total for C00426** | | | | | | | **0.00** | **0.00** | **0.00** | **205.08** | **205.08** | **0.00** |
| | | | | | | | | | | | | |
| C00428 | Florida Premier Construction Group | 6439 | 10/19/2022 | 10/19/2022 | 11/18/2022 | 285 | 0.00 | 0.00 | 0.00 | 881.19 | 881.19 | 0.00 |
| | | 6452 | 10/21/2022 | 10/21/2022 | 11/20/2022 | 283 | 0.00 | 0.00 | 0.00 | 411.47 | 411.47 | 0.00 |
| | | 6453 | 10/25/2022 | 10/25/2022 | 11/24/2022 | 279 | 0.00 | 0.00 | 0.00 | 581.80 | 581.80 | 0.00 |
| **Total for C00428** | | | | | | | **0.00** | **0.00** | **0.00** | **1,874.46** | **1,874.46** | **0.00** |
| | | | | | | | | | | | | |
| C00438 | Bela Vista Contractors | 6236 | 8/10/2022 | 8/10/2022 | 9/9/2022 | 355 | 0.00 | 0.00 | 0.00 | 784.54 | 784.54 | 0.00 |
| **Total for C00438** | | | | | | | **0.00** | **0.00** | **0.00** | **784.54** | **784.54** | **0.00** |
| | | | | | | | | | | | | |
| C00440 | All Hooked Up Towing | 6035 | 5/20/2022 | 5/20/2022 | 5/20/2022 | 437 | 0.00 | 0.00 | 0.00 | 728.21 | 728.21 | 0.00 |
| | | 6045 | 5/26/2022 | 5/26/2022 | 5/26/2022 | 431 | 0.00 | 0.00 | 0.00 | 466.16 | 466.16 | 0.00 |
| | | 6101 | 6/9/2022 | 6/9/2022 | 7/9/2022 | 417 | 0.00 | 0.00 | 0.00 | 90.00 | 90.00 | 0.00 |
| **Total for C00440** | | | | | | | **0.00** | **0.00** | **0.00** | **1,284.37** | **1,284.37** | **0.00** |
| | | | | | | | | | | | | |
| C00441 | Town and Country Industries | 6465 | 10/31/2022 | 10/31/2022 | 11/30/2022 | 273 | 0.00 | 0.00 | 0.00 | 90.00 | 90.00 | 0.00 |
| **Total for C00441** | | | | | | | **0.00** | **0.00** | **0.00** | **90.00** | **90.00** | **0.00** |
| | | | | | | | | | | | | |
| C00446 | Pearsons Ministries International | AIA-1007 | 3/1/2023 | 3/1/2023 | 3/31/2023 | 152 | 0.00 | 0.00 | 0.00 | 461.33 | 461.33 | 2,294.46 |
| | | AIA-1008 | 3/28/2023 | 3/28/2023 | 4/27/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,845.03 |
| | | 22023-SVC 1 | 4/28/2023 | 4/28/2023 | 5/28/2023 | 94 | 0.00 | 0.00 | 0.00 | 12,225.00 | 12,225.00 | 0.00 |
| | | INV0960 | 4/28/2023 | 4/28/2023 | 5/28/2023 | 94 | 0.00 | 0.00 | 0.00 | 112,784.05 | 112,784.05 | 5,936.00 |
| | | 7202 | 5/17/2023 | 5/17/2023 | | 75 | 0.00 | 0.00 | -0.01 | 0.00 | -0.01 | 0.00 |
| **Total for C00446** | | | | | | | **0.00** | **0.00** | **-0.01** | **125,470.38** | **125,470.37** | **18,075.49** |
| | | | | | | | | | | | | |
| C00450 | P&B LLC | INV0942 | 3/29/2023 | 3/29/2023 | 4/28/2023 | 124 | 0.00 | 0.00 | 0.00 | 15,134.28 | 15,134.28 | 0.00 |
| | | INV0991 | 6/1/2023 | 6/1/2023 | 7/1/2023 | 60 | 0.00 | 20,647.00 | 0.00 | 0.00 | 20,647.00 | 0.00 |
| **Total for C00450** | | | | | | | **0.00** | **20,647.00** | **0.00** | **15,134.28** | **35,781.28** | **0.00** |
| | | | | | | | | | | | | |
| C00451 | Insight Environmental | 3770 | 5/1/2022 | 2/25/2021 | 3/27/2021 | 886 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 | 0.00 |
| | | 4833 | 7/20/2022 | 7/20/2022 | 8/20/2022 | 376 | 0.00 | 0.00 | 0.00 | 14,077.00 | 14,077.00 | 0.00 |
| **Total for C00451** | | | | | | | **0.00** | **0.00** | **0.00** | **15,577.00** | **15,577.00** | **0.00** |
| | | | | | | | | | | | | |
| C00456 | Red Lobster Jensen Beach | 6087 | 6/6/2022 | 6/6/2022 | 7/6/2022 | 420 | 0.00 | 0.00 | 0.00 | 174.06 | 174.06 | 0.00 |
| | | SFL 23-0730 | 3/21/2023 | 3/21/2023 | 4/20/2023 | 132 | 0.00 | 0.00 | 0.00 | 210.00 | 210.00 | 0.00 |
| **Total for C00456** | | | | | | | **0.00** | **0.00** | **0.00** | **384.06** | **384.06** | **0.00** |
| | | | | | | | | | | | | |
| C00458 | Solink | 1828, 1840, 1832 CAN Check: 2/7/2023 | 2/7/2023 | | | 174 | 0.00 | 0.00 | 0.00 | -855.00 | -855.00 | 0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9755 | 4/30/2023 | 4/30/2023 | 5/30/2023 | 92 | 0.00 | 0.00 | 0.00 | 1,000.00 | **1,000.00** | **0.00** |
| 9829 | 5/30/2023 | 5/30/2023 | 6/29/2023 | 62 | 0.00 | 0.00 | 375.00 | 0.00 | **375.00** | **0.00** |
| 9830 | 5/30/2023 | 5/30/2023 | 6/29/2023 | 62 | 0.00 | 0.00 | 250.00 | 0.00 | **250.00** | **0.00** |
| 9848 | 5/31/2023 | 5/31/2023 | 6/30/2023 | 61 | 0.00 | 0.00 | 285.00 | 0.00 | **285.00** | **0.00** |
| 9850 | 5/31/2023 | 5/31/2023 | 6/30/2023 | 61 | 0.00 | 0.00 | 750.00 | 0.00 | **750.00** | **0.00** |
| 9874 | 6/9/2023 | 6/9/2023 | 7/9/2023 | 52 | 0.00 | 535.00 | 0.00 | 0.00 | **535.00** | **0.00** |
| 9875 | 6/9/2023 | 6/9/2023 | 7/9/2023 | 52 | 0.00 | 350.00 | 0.00 | 0.00 | **350.00** | **0.00** |
| 9876 | 6/9/2023 | 6/9/2023 | 7/9/2023 | 52 | 0.00 | 1,660.00 | 0.00 | 0.00 | **1,660.00** | **0.00** |
| 9887 | 6/9/2023 | 6/9/2023 | 7/9/2023 | 52 | 0.00 | 510.00 | 0.00 | 0.00 | **510.00** | **0.00** |
| 9919 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 820.00 | 0.00 | 0.00 | **820.00** | **0.00** |
| 9920 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 535.00 | 0.00 | 0.00 | **535.00** | **0.00** |
| 9921 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 785.00 | 0.00 | 0.00 | **785.00** | **0.00** |
| 9922 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 820.00 | 0.00 | 0.00 | **820.00** | **0.00** |
| 9923 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9924 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 660.00 | 0.00 | 0.00 | **660.00** | **0.00** |
| 9925 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 820.00 | 0.00 | 0.00 | **820.00** | **0.00** |
| 9926 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9927 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 475.00 | 0.00 | 0.00 | **475.00** | **0.00** |
| 9928 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 535.00 | 0.00 | 0.00 | **535.00** | **0.00** |
| 9929 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 420.00 | 0.00 | 0.00 | **420.00** | **0.00** |
| 9930 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 597.50 | 0.00 | 0.00 | **597.50** | **0.00** |
| 9931 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9932 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 250.00 | 0.00 | 0.00 | **250.00** | **0.00** |
| 9933 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 535.00 | 0.00 | 0.00 | **535.00** | **0.00** |
| 9934 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9935 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9936 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9937 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9938 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9939 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 537.50 | 0.00 | 0.00 | **537.50** | **0.00** |
| 9940 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 660.00 | 0.00 | 0.00 | **660.00** | **0.00** |
| 9941 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 660.00 | 0.00 | 0.00 | **660.00** | **0.00** |
| 9942 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 1,070.00 | 0.00 | 0.00 | **1,070.00** | **0.00** |
| 9943 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 722.50 | 0.00 | 0.00 | **722.50** | **0.00** |
| 9944 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 597.50 | 0.00 | 0.00 | **597.50** | **0.00** |
| 9945 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 475.00 | 0.00 | 0.00 | **475.00** | **0.00** |
| 9946 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9947 | 6/23/2023 | 6/23/2023 | 7/23/2023 | 38 | 0.00 | 820.00 | 0.00 | 0.00 | **820.00** | **0.00** |
| 9961 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 440.00 | 0.00 | 0.00 | **440.00** | **0.00** |
| 9962 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9963 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 722.50 | 0.00 | 0.00 | **722.50** | **0.00** |
| 9964 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 472.50 | 0.00 | 0.00 | **472.50** | **0.00** |
| 9965 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 1,000.00 | 0.00 | 0.00 | **1,000.00** | **0.00** |
| 9966 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9967 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 660.00 | 0.00 | 0.00 | **660.00** | **0.00** |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9968 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 600.00 | 0.00 | 0.00 | **600.00** | **0.00** |
| 9969 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 660.00 | 0.00 | 0.00 | **660.00** | **0.00** |
| 9970 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 475.00 | 0.00 | 0.00 | **475.00** | **0.00** |
| 9971 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 820.00 | 0.00 | 0.00 | **820.00** | **0.00** |
| 9972 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9973 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9974 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9975 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9976 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9977 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 820.00 | 0.00 | 0.00 | **820.00** | **0.00** |
| 9978 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 820.00 | 0.00 | 0.00 | **820.00** | **0.00** |
| 9979 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 430.00 | 0.00 | 0.00 | **430.00** | **0.00** |
| 9980 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9981 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 250.00 | 0.00 | 0.00 | **250.00** | **0.00** |
| 9982 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9983 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 660.00 | 0.00 | 0.00 | **660.00** | **0.00** |
| 9984 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 475.00 | 0.00 | 0.00 | **475.00** | **0.00** |
| 9985 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 9986 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 535.00 | 0.00 | 0.00 | **535.00** | **0.00** |
| 9987 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 600.00 | 0.00 | 0.00 | **600.00** | **0.00** |
| 10003 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 285.00 | 0.00 | 0.00 | **285.00** | **0.00** |
| 10004 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 285.00 | 0.00 | 0.00 | **285.00** | **0.00** |
| 10005 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 285.00 | 0.00 | 0.00 | **285.00** | **0.00** |
| 10006 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 10007 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 350.00 | 0.00 | 0.00 | **350.00** | **0.00** |
| 10008 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 285.00 | 0.00 | 0.00 | **285.00** | **0.00** |
| 10009 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 285.00 | 0.00 | 0.00 | **285.00** | **0.00** |
| 10010 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 285.00 | 0.00 | 0.00 | **285.00** | **0.00** |
| 10011 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 285.00 | 0.00 | 0.00 | **285.00** | **0.00** |
| 10012 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 350.00 | 0.00 | 0.00 | **350.00** | **0.00** |
| 10013 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 350.00 | 0.00 | 0.00 | **350.00** | **0.00** |
| 10014 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 10015 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 285.00 | 0.00 | 0.00 | **285.00** | **0.00** |
| 10016 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 285.00 | 0.00 | 0.00 | **285.00** | **0.00** |
| 10017 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 412.50 | 0.00 | 0.00 | **412.50** | **0.00** |
| 10018 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 10019 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 10020 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 410.00 | 0.00 | 0.00 | **410.00** | **0.00** |
| 10021 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 285.00 | 0.00 | 0.00 | **285.00** | **0.00** |
| 10022 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 350.00 | 0.00 | 0.00 | **350.00** | **0.00** |
| **Total for C00458** | | | | | **0.00** | **40,792.50** | **1,660.00** | **145.00** | **42,597.50** | **0.00** |
| | | | | | | | | | | |
| C00479 | Tim Bennett | 4186 | 5/1/2022 | 8/25/2021 | 9/24/2021 | 705 | 0.00 | 0.00 | 0.00 | 225.00 | 225.00 | 0.00 |
| **Total for C00479** | | | | | **0.00** | **0.00** | **0.00** | **225.00** | **225.00** | **0.00** |

| Customer | Name | Invoice | Date 1 | Date 2 | Date 3 | Days | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C00488 | Itasca Construction Associates, Inc. | 6340R | 9/22/2022 | 9/22/2022 | 5/1/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **2,000.00** |
| | | 6433R | 10/20/2022 | 10/20/2022 | 3/1/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **2,900.00** |
| | | 6481R | 11/18/2022 | 11/18/2022 | 12/1/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **10,903.31** |
| | | INV0825 | 12/20/2022 | 12/20/2022 | 1/19/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **1,168.40** |
| | | INV0893 | 2/20/2023 | 2/20/2023 | 3/22/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **3,571.47** |
| | | INV0928 | 3/16/2023 | 3/16/2023 | 4/15/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **3,680.98** |
| | | 45369 | 4/10/2023 | 4/10/2023 | | 112 | 0.00 | 0.00 | 0.00 | -0.01 | **-0.01** | **0.00** |
| | | INV0950 | 4/20/2023 | 4/20/2023 | 5/20/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **2,624.04** |
| | | INV0978 | 5/18/2023 | 5/18/2023 | 6/17/2023 | 74 | 0.00 | 0.00 | 27,561.48 | 0.00 | **27,561.48** | **6,040.32** |
| | | INV0997 | 6/20/2023 | 6/20/2023 | 7/20/2023 | 41 | 0.00 | 0.00 | 0.00 | 603.00 | **603.00** | **67.00** |
| **Total for C00488** | | | | | | | **0.00** | **603.00** | **27,561.48** | **-0.01** | **28,164.47** | **32,955.52** |
| C00490 | Hampton Holdings | 4752 | 5/25/2022 | 5/25/2022 | 6/25/2022 | 432 | 0.00 | 0.00 | 0.00 | 4,293.57 | **4,293.57** | **0.00** |
| **Total for C00490** | | | | | | | **0.00** | **0.00** | **0.00** | **4,293.57** | **4,293.57** | **0.00** |
| C00495 | Chucks Seafood | 6119 | 6/15/2022 | 6/15/2022 | 7/15/2022 | 411 | 0.00 | 0.00 | 0.00 | 4,679.34 | **4,679.34** | **0.00** |
| | | 6186 | 7/12/2022 | 7/12/2022 | 8/11/2022 | 384 | 0.00 | 0.00 | 0.00 | 4,539.39 | **4,539.39** | **0.00** |
| | | 6440 | 10/19/2022 | 10/19/2022 | 11/18/2022 | 285 | 0.00 | 0.00 | 0.00 | 170.00 | **170.00** | **0.00** |
| | | 6487 | 11/19/2022 | 11/19/2022 | 12/19/2022 | 254 | 0.00 | 0.00 | 0.00 | 1,001.35 | **1,001.35** | **0.00** |
| | | 8046-01 | 12/19/2022 | 12/19/2022 | 1/18/2023 | 224 | 0.00 | 0.00 | 0.00 | 255.00 | **255.00** | **0.00** |
| **Total for C00495** | | | | | | | **0.00** | **0.00** | **0.00** | **10,645.08** | **10,645.08** | **0.00** |
| C00498 | Anderson-Moore Construction Corp. | 6070R | 6/3/2022 | 5/24/2022 | 6/23/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **1,500.00** |
| | | 6143R | 6/24/2022 | 6/24/2022 | 7/24/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **2,000.00** |
| | | 6206R | 8/2/2022 | 8/2/2022 | 9/1/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **2,000.00** |
| | | 6334R | 9/20/2022 | 9/20/2022 | 1/1/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **4,405.79** |
| | | 6427R | 10/20/2022 | 10/20/2022 | 11/19/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **6,208.01** |
| | | 6476R | 11/18/2022 | 11/18/2022 | 3/1/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **6,103.27** |
| | | INV0827 | 12/31/2022 | 12/31/2022 | 1/30/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **1,500.00** |
| | | INV0927 | 3/16/2023 | 3/16/2023 | 4/15/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **1,000.00** |
| **Total for C00498** | | | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **24,717.07** |
| C00499 | Smokey Bones Boca | 6124 | 6/14/2022 | 6/14/2022 | 7/14/2022 | 412 | 0.00 | 0.00 | 0.00 | 290.03 | **290.03** | **0.00** |
| | | 6154 | 6/22/2022 | 6/22/2022 | 7/22/2022 | 404 | 0.00 | 0.00 | 0.00 | 170.00 | **170.00** | **0.00** |
| | | 6305 | 8/23/2022 | 8/23/2022 | 9/22/2022 | 342 | 0.00 | 0.00 | 0.00 | 201.46 | **201.46** | **0.00** |
| | | 8026-01 | 11/29/2022 | 11/29/2022 | 12/29/2022 | 244 | 0.00 | 0.00 | 0.00 | 305.82 | **305.82** | **0.00** |
| **Total for C00499** | | | | | | | **0.00** | **0.00** | **0.00** | **967.31** | **967.31** | **0.00** |
| C00510 | GH Phipps | SVC 22-0176 | 1/15/2023 | 1/15/2023 | 1/15/2023 | 197 | 0.00 | 0.00 | 0.00 | 2,805.00 | **2,805.00** | **0.00** |
| | | SVC 22-0226 | 1/15/2023 | 1/15/2023 | 1/15/2023 | 197 | 0.00 | 0.00 | 0.00 | 2,968.00 | **2,968.00** | **0.00** |
| **Total for C00510** | | | | | | | **0.00** | **0.00** | **0.00** | **5,773.00** | **5,773.00** | **0.00** |
| C00513 | Red Lobster Fort Pierce | 6198 | 7/16/2022 | 7/16/2022 | 9/14/2022 | 380 | 0.00 | 0.00 | 0.00 | 255.00 | **255.00** | **0.00** |
| | | 729 | 3/21/2023 | 3/21/2023 | 4/20/2023 | 132 | 0.00 | 0.00 | 0.00 | 210.00 | **210.00** | **0.00** |
| **Total for C00513** | | | | | | | **0.00** | **0.00** | **0.00** | **465.00** | **465.00** | **0.00** |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C00516 | Smokey Bones Wellington | 6242 | 8/4/2022 | 8/4/2022 | 9/3/2022 | 361 | 0.00 | 0.00 | 0.00 | 170.00 | **170.00** | 0.00 |
| | | 6263 | 8/12/2022 | 8/12/2022 | 9/11/2022 | 353 | 0.00 | 0.00 | 0.00 | 305.79 | **305.79** | 0.00 |
| | | 6301 | 8/15/2022 | 8/15/2022 | 9/14/2022 | 350 | 0.00 | 0.00 | 0.00 | 2,055.46 | **2,055.46** | 0.00 |
| | | 6304 | 8/17/2022 | 8/17/2022 | 9/16/2022 | 348 | 0.00 | 0.00 | 0.00 | 1,431.16 | **1,431.16** | 0.00 |
| | | 6306 | 8/31/2022 | 8/31/2022 | 9/30/2022 | 334 | 0.00 | 0.00 | 0.00 | 371.81 | **371.81** | 0.00 |
| | | 6459 | 10/1/2022 | 10/1/2022 | 10/31/2022 | 303 | 0.00 | 0.00 | 0.00 | 170.00 | **170.00** | 0.00 |
| **Total for C00516** | | | | | | | 0.00 | 0.00 | 0.00 | 4,504.22 | **4,504.22** | 0.00 |
| | | | | | | | | | | | | |
| C00522 | Salt & Straw | 9833 | 5/31/2023 | 5/31/2023 | 6/30/2023 | 61 | 0.00 | 0.00 | 25,621.48 | 0.00 | **25,621.48** | 0.00 |
| | | 9997 | 6/30/2023 | 6/30/2023 | 7/29/2023 | 31 | 0.00 | 3,942.95 | 0.00 | 0.00 | **3,942.95** | 0.00 |
| **Total for C00522** | | | | | | | 0.00 | 3,942.95 | 25,621.48 | 0.00 | **29,564.43** | 0.00 |
| | | | | | | | | | | | | |
| C00523 | CUSI Construction | SVC 23-0112 | 1/19/2023 | 1/19/2023 | 1/19/2023 | 193 | 0.00 | 0.00 | 0.00 | 4,675.00 | **4,675.00** | 0.00 |
| | | INV0879 | 1/20/2023 | 1/20/2023 | 2/19/2023 | 192 | 0.00 | 0.00 | 0.00 | 13,525.00 | **13,525.00** | 0.00 |
| | | INV0884 | 1/20/2023 | 1/20/2023 | 2/19/2023 | 192 | 0.00 | 0.00 | 0.00 | 42,594.00 | **42,594.00** | 0.00 |
| | | 2480-1 | 1/23/2023 | 1/23/2023 | 2/22/2023 | 189 | 0.00 | 0.00 | 0.00 | 3,536.00 | **3,536.00** | 0.00 |
| | | INV0877 | 1/31/2023 | 1/31/2023 | 3/2/2023 | 181 | 0.00 | 0.00 | 0.00 | 3,316.00 | **3,316.00** | 0.00 |
| | | INV0899 | 2/20/2023 | 2/20/2023 | 3/22/2023 | 161 | 0.00 | 0.00 | 0.00 | 8,147.00 | **8,147.00** | 0.00 |
| | | INV0898 | 2/20/2023 | 2/20/2023 | 3/22/2023 | 161 | 0.00 | 0.00 | 0.00 | 19,826.00 | **19,826.00** | 0.00 |
| | | INV0903 | 2/21/2023 | 2/21/2023 | 3/23/2023 | 160 | 0.00 | 0.00 | 0.00 | 11,187.59 | **11,187.59** | 0.00 |
| | | SVC 22-0224 | 3/8/2023 | 3/8/2023 | 4/7/2023 | 145 | 0.00 | 0.00 | 0.00 | 1,005.00 | **1,005.00** | 0.00 |
| | | INV0929 | 3/16/2023 | 3/16/2023 | 4/15/2023 | 137 | 0.00 | 0.00 | 0.00 | 9,649.81 | **9,649.81** | 0.00 |
| | | INV0933 | 3/20/2023 | 3/20/2023 | 3/20/2023 | 133 | 0.00 | 0.00 | 0.00 | 64,766.00 | **64,766.00** | 0.00 |
| | | FL-23-1016 | 3/23/2023 | 4/12/2023 | 4/12/2023 | 110 | 0.00 | 0.00 | 0.00 | 3,610.00 | **3,610.00** | 0.00 |
| | | INV0946 | 4/20/2023 | 4/20/2023 | 4/20/2023 | 102 | 0.00 | 0.00 | 0.00 | 10,066.66 | **10,066.66** | 0.00 |
| | | INV0952 | 4/20/2023 | 4/20/2023 | 4/20/2023 | 102 | 0.00 | 0.00 | 0.00 | 34,974.00 | **34,974.00** | 0.00 |
| | | INV0961 | 4/30/2023 | 4/30/2023 | 4/30/2023 | 92 | 0.00 | 0.00 | 0.00 | -10,159.09 | **-10,159.09** | 0.00 |
| | | SFL 23-0123 | 5/8/2023 | 5/8/2023 | 5/8/2023 | 84 | 0.00 | 0.00 | 2,339.87 | 0.00 | **2,339.87** | 0.00 |
| | | INV0973 | 5/17/2023 | 5/17/2023 | 6/16/2023 | 75 | 0.00 | 0.00 | 22,950.00 | 0.00 | **22,950.00** | 0.00 |
| | | INV0974 | 5/17/2023 | 5/17/2023 | 6/16/2023 | 75 | 0.00 | 0.00 | 4,290.00 | 0.00 | **4,290.00** | 0.00 |
| | | INV0975 | 5/17/2023 | 5/17/2023 | 6/16/2023 | 75 | 0.00 | 0.00 | 5,633.00 | 0.00 | **5,633.00** | 0.00 |
| | | INV0979 | 5/18/2023 | 5/18/2023 | 6/17/2023 | 74 | 0.00 | 0.00 | 24,066.00 | 0.00 | **24,066.00** | 0.00 |
| | | INV0993 | 6/19/2023 | 6/19/2023 | 7/19/2023 | 42 | 0.00 | 18,025.35 | 0.00 | 0.00 | **18,025.35** | 0.00 |
| | | INV0994 | 6/19/2023 | 6/19/2023 | 7/19/2023 | 42 | 0.00 | 26,586.00 | 0.00 | 0.00 | **26,586.00** | 0.00 |
| | | INV0999 | 6/20/2023 | 6/20/2023 | 7/20/2023 | 41 | 0.00 | 42,719.34 | 0.00 | 0.00 | **42,719.34** | 0.00 |
| **Total for C00523** | | | | | | | 0.00 | 87,330.69 | 59,278.87 | 220,718.97 | **367,328.53** | 0.00 |
| | | | | | | | | | | | | |
| C00524 | Land Rover at Treasure Coast | 6155 | 6/22/2022 | 6/22/2022 | 7/22/2022 | 404 | 0.00 | 0.00 | 0.00 | 831.48 | **831.48** | 0.00 |
| **Total for C00524** | | | | | | | 0.00 | 0.00 | 0.00 | 831.48 | **831.48** | 0.00 |
| | | | | | | | | | | | | |
| C00534 | OE Arts of Tequesta | 6195 | 7/20/2022 | 7/20/2022 | 8/19/2022 | 376 | 0.00 | 0.00 | 0.00 | 4,832.19 | **4,832.19** | 0.00 |
| **Total for C00534** | | | | | | | 0.00 | 0.00 | 0.00 | 4,832.19 | **4,832.19** | 0.00 |
| | | | | | | | | | | | | |
| C00535 | Jeene Brown | 6175 | 7/7/2022 | 7/7/2022 | 8/6/2022 | 389 | 0.00 | 0.00 | 0.00 | 992.53 | **992.53** | 0.00 |

| Customer | Name | Invoice | Date 1 | Date 2 | Date 3 | Days | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total for C00535** | | | | | | | 0.00 | 0.00 | 0.00 | 992.53 | 992.53 | 0.00 |
| | | | | | | | | | | | | |
| C00536 | Inland Colorado | 22-011-001R | 9/30/2022 | 9/30/2022 | 10/31/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | 5,397.05 |
| | | 22-011-02R | 10/31/2022 | 10/31/2022 | 12/31/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | 6,376.60 |
| | | INV0781 | 11/30/2022 | 11/30/2022 | 12/30/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | 34,489.05 |
| | | INV0818 | 12/20/2022 | 12/20/2022 | 1/19/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | 4,330.50 |
| | | INV0868 | 1/25/2023 | 1/25/2023 | 2/24/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | 13,307.40 |
| | | INV0917 | 2/27/2023 | 2/27/2023 | 3/29/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | 5,545.75 |
| | | INV0940 | 3/27/2023 | 3/27/2023 | 4/26/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | 12,947.55 |
| | | INV0954 | 4/25/2023 | 4/25/2023 | 6/24/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | 6,777.15 |
| | | INV0990 | 6/1/2023 | 6/1/2023 | 7/31/2023 | 60 | 0.00 | 210,938.00 | 0.00 | 0.00 | **210,938.00** | 11,102.00 |
| **Total for C00536** | | | | | | | 0.00 | 210,938.00 | 0.00 | 0.00 | **210,938.00** | 100,273.05 |
| | | | | | | | | | | | | |
| C00537 | Emina Ademovic | SP22-034 | 10/25/2022 | 10/25/2022 | 11/24/2022 | 279 | 0.00 | 0.00 | 0.00 | 4,747.50 | **4,747.50** | 0.00 |
| **Total for C00537** | | | | | | | 0.00 | 0.00 | 0.00 | 4,747.50 | **4,747.50** | 0.00 |
| | | | | | | | | | | | | |
| C00538 | WACKADOO BREWING | S0032-01 | 12/1/2022 | 12/1/2022 | 12/31/2022 | 242 | 0.00 | 0.00 | 0.00 | 7,096.51 | **7,096.51** | 0.00 |
| **Total for C00538** | | | | | | | 0.00 | 0.00 | 0.00 | 7,096.51 | **7,096.51** | 0.00 |
| | | | | | | | | | | | | |
| C00546 | Patrick Caine Residence | 6203 | 7/22/2022 | 7/22/2022 | 8/21/2022 | 374 | 0.00 | 0.00 | 0.00 | 10,803.81 | **10,803.81** | 0.00 |
| | | 6303 | 8/16/2022 | 8/16/2022 | 9/15/2022 | 349 | 0.00 | 0.00 | 0.00 | 1,113.90 | **1,113.90** | 0.00 |
| **Total for C00546** | | | | | | | 0.00 | 0.00 | 0.00 | 11,917.71 | **11,917.71** | 0.00 |
| | | | | | | | | | | | | |
| C00547 | Management Resource Systems, Inc. | ARRET-00000010 | 3/9/2023 | 3/9/2023 | 3/9/2023 | 144 | 0.00 | 0.00 | 0.00 | 1,000.00 | **1,000.00** | 0.00 |
| **Total for C00547** | | | | | | | 0.00 | 0.00 | 0.00 | 1,000.00 | **1,000.00** | 0.00 |
| | | | | | | | | | | | | |
| C00550 | Nancy Amerson | 4854 | 7/29/2022 | 7/29/2022 | 8/30/2022 | 367 | 0.00 | 0.00 | 0.00 | 222.18 | **222.18** | 0.00 |
| **Total for C00550** | | | | | | | 0.00 | 0.00 | 0.00 | 222.18 | **222.18** | 0.00 |
| | | | | | | | | | | | | |
| C00557 | Desere Shoemaker | 4865 | 7/29/2022 | 7/29/2022 | 8/30/2022 | 367 | 0.00 | 0.00 | 0.00 | 330.00 | **330.00** | 0.00 |
| **Total for C00557** | | | | | | | 0.00 | 0.00 | 0.00 | 330.00 | **330.00** | 0.00 |
| | | | | | | | | | | | | |
| C00573 | Holiday Inn Express & Suites- SLW | 6231 | 7/29/2022 | 7/29/2022 | 8/28/2022 | 367 | 0.00 | 0.00 | 0.00 | 90.00 | **90.00** | 0.00 |
| **Total for C00573** | | | | | | | 0.00 | 0.00 | 0.00 | 90.00 | **90.00** | 0.00 |
| | | | | | | | | | | | | |
| C00578 | KLRF Management Company, LLC c/o Strategic Realty Services, LL | 6239 | 8/4/2022 | 8/4/2022 | 9/3/2022 | 361 | 0.00 | 0.00 | 0.00 | 232.93 | **232.93** | 0.00 |
| **Total for C00578** | | | | | | | 0.00 | 0.00 | 0.00 | 232.93 | **232.93** | 0.00 |
| | | | | | | | | | | | | |
| C00581 | NUCo2 | 6475 | 8/5/2022 | 8/5/2022 | 9/4/2022 | 360 | 0.00 | 0.00 | 0.00 | 1,902.37 | **1,902.37** | 0.00 |
| **Total for C00581** | | | | | | | 0.00 | 0.00 | 0.00 | 1,902.37 | **1,902.37** | 0.00 |
| | | | | | | | | | | | | |
| C00588 | Brandon Newlon | SVC 22-0074 | 9/2/2022 | 9/2/2022 | 9/30/2022 | 332 | 0.00 | 0.00 | 0.00 | 352.50 | **352.50** | 0.00 |
| **Total for C00588** | | | | | | | 0.00 | 0.00 | 0.00 | 352.50 | **352.50** | 0.00 |
| | | | | | | | | | | | | |
| C00590 | BSCS Lodging Inc. | 22028-03 | 4/17/2023 | 4/17/2023 | 4/17/2023 | 105 | 0.00 | 0.00 | 0.00 | 34,212.00 | **34,212.00** | 0.00 |

| Code | Name | Doc # | Date 1 | Date 2 | Date 3 | Days | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | INV0982 | 5/25/2023 | 5/25/2023 | 6/24/2023 | 67 | 0.00 | 0.00 | 9,200.00 | 0.00 | **9,200.00** | **0.00** |
| | | INV0992 | 6/1/2023 | 6/1/2023 | 7/1/2023 | 60 | 0.00 | 9,200.00 | 0.00 | 0.00 | **9,200.00** | **0.00** |
| **Total for C00590** | | | | | | | **0.00** | **9,200.00** | **9,200.00** | **34,212.00** | **52,612.00** | **0.00** |
| | | | | | | | | | | | | |
| C00595 | CUSI Companies | 10 | 1/1/2023 | 1/1/2023 | 1/1/2023 | 211 | 0.00 | 0.00 | 0.00 | 15,000.00 | **15,000.00** | **0.00** |
| | | 11 | 2/1/2023 | 2/1/2023 | 2/1/2023 | 180 | 0.00 | 0.00 | 0.00 | 15,000.00 | **15,000.00** | **0.00** |
| | | 12 | 3/1/2023 | 3/1/2023 | 3/1/2023 | 152 | 0.00 | 0.00 | 0.00 | 15,000.00 | **15,000.00** | **0.00** |
| | | 13 | 4/1/2023 | 4/1/2023 | 4/1/2023 | 121 | 0.00 | 0.00 | 0.00 | 15,000.00 | **15,000.00** | **0.00** |
| | | 14 | 5/1/2023 | 5/1/2023 | 5/1/2023 | 91 | 0.00 | 0.00 | 0.00 | 15,000.00 | **15,000.00** | **0.00** |
| | | 15 | 6/1/2023 | 6/1/2023 | 6/1/2023 | 60 | 0.00 | 15,000.00 | 0.00 | 0.00 | **15,000.00** | **0.00** |
| | | 16 | 7/1/2023 | 7/1/2023 | 7/1/2023 | 30 | 15,000.00 | 0.00 | 0.00 | 0.00 | **15,000.00** | **0.00** |
| **Total for C00595** | | | | | | | **15,000.00** | **15,000.00** | **0.00** | **75,000.00** | **105,000.00** | **0.00** |
| | | | | | | | | | | | | |
| C00599 | Terracon Consultants | 6348 | 9/1/2022 | 9/1/2022 | 10/1/2022 | 333 | 0.00 | 0.00 | 0.00 | 90.00 | **90.00** | **0.00** |
| **Total for C00599** | | | | | | | **0.00** | **0.00** | **0.00** | **90.00** | **90.00** | **0.00** |
| | | | | | | | | | | | | |
| C00603 | CAL Builders, Inc. | INV0977 | 5/18/2023 | 5/18/2023 | 6/17/2023 | 74 | 0.00 | 0.00 | 8,649.04 | 0.00 | **8,649.04** | **961.01** |
| **Total for C00603** | | | | | | | **0.00** | **0.00** | **8,649.04** | **0.00** | **8,649.04** | **961.01** |
| | | | | | | | | | | | | |
| C00617 | Colorado Sign Installations, LLC | SVC 23-0120 | 2/28/2023 | 2/28/2023 | 3/30/2023 | 153 | 0.00 | 0.00 | 0.00 | 1,733.06 | **1,733.06** | **0.00** |
| | | SVC 22-0179 | 3/17/2023 | 3/17/2023 | 4/16/2023 | 136 | 0.00 | 0.00 | 0.00 | 204.00 | **204.00** | **0.00** |
| | | SCO 23-0131 | 3/22/2023 | 3/22/2023 | 4/21/2023 | 131 | 0.00 | 0.00 | 0.00 | 1,750.00 | **1,750.00** | **0.00** |
| | | SVC 23-0119 | 4/27/2023 | 4/27/2023 | 5/27/2023 | 95 | 0.00 | 0.00 | 0.00 | 424.00 | **424.00** | **0.00** |
| | | SCO 23-0181 | 5/9/2023 | 5/9/2023 | 6/8/2023 | 83 | 0.00 | 0.00 | 293.00 | 0.00 | **293.00** | **0.00** |
| | | SCO 23-0196 | 6/1/2023 | 6/1/2023 | 7/1/2023 | 60 | 0.00 | 430.00 | 0.00 | 0.00 | **430.00** | **0.00** |
| **Total for C00617** | | | | | | | **0.00** | **430.00** | **293.00** | **4,111.06** | **4,834.06** | **0.00** |
| | | | | | | | | | | | | |
| C00622 | Scott Evans | SCO 23-0184 | 5/2/2023 | 5/2/2023 | 6/1/2023 | 90 | 0.00 | 0.00 | 146.00 | 0.00 | **146.00** | **0.00** |
| **Total for C00622** | | | | | | | **0.00** | **0.00** | **146.00** | **0.00** | **146.00** | **0.00** |
| | | | | | | | | | | | | |
| C00624 | Ariel Dailey | 6474 | 10/24/2022 | 10/24/2022 | 11/23/2022 | 280 | 0.00 | 0.00 | 0.00 | 400.00 | **400.00** | **0.00** |
| **Total for C00624** | | | | | | | **0.00** | **0.00** | **0.00** | **400.00** | **400.00** | **0.00** |
| | | | | | | | | | | | | |
| C00626 | Turnpike Shell Station | 6398 | 9/26/2022 | 9/26/2022 | 10/26/2022 | 308 | 0.00 | 0.00 | 0.00 | 217.33 | **217.33** | **0.00** |
| **Total for C00626** | | | | | | | **0.00** | **0.00** | **0.00** | **217.33** | **217.33** | **0.00** |
| | | | | | | | | | | | | |
| C00629 | JRM Construction Management | INV0894 | 2/20/2023 | 2/20/2023 | 3/22/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **11,150.00** |
| | | INV0926 | 3/16/2023 | 3/16/2023 | 4/15/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **8,100.00** |
| | | 42 | 3/21/2023 | 3/21/2023 | 4/20/2023 | 132 | 0.00 | 0.00 | 0.00 | 1,383.40 | **1,383.40** | **0.00** |
| | | INV0951 | 4/20/2023 | 4/20/2023 | 5/20/2023 | 102 | 0.00 | 0.00 | 0.00 | 45,000.00 | **45,000.00** | **5,000.00** |
| | | INV0976 | 5/18/2023 | 5/18/2023 | 6/17/2023 | 74 | 0.00 | 0.00 | 28,670.49 | 0.00 | **28,670.49** | **3,185.61** |
| | | INV0996 | 6/20/2023 | 6/20/2023 | 7/20/2023 | 41 | 0.00 | 33,780.91 | 0.00 | 0.00 | **33,780.91** | **3,753.43** |
| **Total for C00629** | | | | | | | **0.00** | **33,780.91** | **28,670.49** | **46,383.40** | **108,834.80** | **31,189.04** |
| | | | | | | | | | | | | |
| C00637 | Bronco Billy's Hotel & Casino | INV0957 | 4/28/2023 | 4/28/2023 | 5/28/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **643.86** |

| Vendor | Name | Invoice | Date 1 | Date 2 | Date 3 | Days | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | INV0963 | 4/28/2023 | 4/28/2023 | 5/28/2023 | 94 | 0.00 | 0.00 | 0.00 | -0.01 | **-0.01** | **-643.86** |
| | | AIA-1015 | 4/28/2023 | 5/11/2023 | 6/10/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **643.86** |
| | | AIA-1020 | 5/31/2023 | 5/31/2023 | 6/30/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **1,023.28** |
| **Total for C00637** | | | | | | | **0.00** | **0.00** | **0.00** | **-0.01** | **-0.01** | **1,667.14** |
| C00639 | Pinnacle Signs & Graphics | SCO 23-0146 | 4/10/2023 | 4/10/2023 | 5/10/2023 | 112 | 0.00 | 0.00 | 0.00 | 975.00 | **975.00** | **0.00** |
| | | SVC 23-0109 | 4/27/2023 | 4/27/2023 | 5/27/2023 | 95 | 0.00 | 0.00 | 0.00 | 675.00 | **675.00** | **0.00** |
| **Total for C00639** | | | | | | | **0.00** | **0.00** | **0.00** | **1,650.00** | **1,650.00** | **0.00** |
| C00640 | Park at Bonfoy Apartments | SVC 22-0181 | 11/16/2022 | 11/16/2022 | 12/16/2022 | 257 | 0.00 | 0.00 | 0.00 | 210.00 | **210.00** | **0.00** |
| **Total for C00640** | | | | | | | **0.00** | **0.00** | **0.00** | **210.00** | **210.00** | **0.00** |
| C00648 | Whitney Williamson | S00031-01 | 10/28/2022 | 10/28/2022 | 11/27/2022 | 276 | 0.00 | 0.00 | 0.00 | 909.53 | **909.53** | **0.00** |
| **Total for C00648** | | | | | | | **0.00** | **0.00** | **0.00** | **909.53** | **909.53** | **0.00** |
| C00650 | Riteway Linens | 6458 | 10/28/2022 | 10/28/2022 | 11/27/2022 | 276 | 0.00 | 0.00 | 0.00 | 2,309.67 | **2,309.67** | **0.00** |
| **Total for C00650** | | | | | | | **0.00** | **0.00** | **0.00** | **2,309.67** | **2,309.67** | **0.00** |
| C00654 | Burkhart, Inc. | 10001 | 11/7/2022 | 11/7/2022 | 11/7/2022 | 266 | 0.00 | 0.00 | 0.00 | 286.00 | **286.00** | **0.00** |
| **Total for C00654** | | | | | | | **0.00** | **0.00** | **0.00** | **286.00** | **286.00** | **0.00** |
| C00658 | Dine Brands Global Inc. | 9720 | 4/16/2023 | 4/16/2023 | 4/16/2023 | 106 | 0.00 | 0.00 | 0.00 | 4,150.60 | **4,150.60** | **0.00** |
| | | 9816 | 5/25/2023 | 5/25/2023 | 5/25/2023 | 67 | 0.00 | 0.00 | 2,053.75 | 0.00 | **2,053.75** | **0.00** |
| **Total for C00658** | | | | | | | **0.00** | **0.00** | **2,053.75** | **4,150.60** | **6,204.35** | **0.00** |
| C00662 | UPS | SVC 22-0206 | 11/30/2022 | 11/30/2022 | 12/30/2022 | 243 | 0.00 | 0.00 | 0.00 | 525.42 | **525.42** | **0.00** |
| **Total for C00662** | | | | | | | **0.00** | **0.00** | **0.00** | **525.42** | **525.42** | **0.00** |
| C00664 | Focus Brands LLC | 9864 | 6/8/2023 | 6/8/2023 | 7/8/2023 | 53 | 0.00 | 1,119.04 | 0.00 | 0.00 | **1,119.04** | **0.00** |
| | | 9865 | 6/8/2023 | 6/8/2023 | 7/8/2023 | 53 | 0.00 | 1,078.44 | 0.00 | 0.00 | **1,078.44** | **0.00** |
| | | 9957 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 1,895.40 | 0.00 | 0.00 | **1,895.40** | **0.00** |
| | | 9958 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 1,078.44 | 0.00 | 0.00 | **1,078.44** | **0.00** |
| | | 9959 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 2,151.80 | 0.00 | 0.00 | **2,151.80** | **0.00** |
| | | 9960 | 6/30/2023 | 6/30/2023 | 7/30/2023 | 31 | 0.00 | 653.25 | 0.00 | 0.00 | **653.25** | **0.00** |
| **Total for C00664** | | | | | | | **0.00** | **7,976.37** | **0.00** | **0.00** | **7,976.37** | **0.00** |
| C00666 | CUSI Technology | SVC 23-0100 | 4/3/2023 | 4/3/2023 | 5/3/2023 | 119 | 0.00 | 0.00 | 0.00 | 760.00 | **760.00** | **0.00** |
| **Total for C00666** | | | | | | | **0.00** | **0.00** | **0.00** | **760.00** | **760.00** | **0.00** |
| C00667 | Gilbane Building Company | 9547 | 1/22/2023 | 1/22/2023 | 2/21/2023 | 190 | 0.00 | 0.00 | 0.00 | 819.15 | **819.15** | **0.00** |
| | | INV0983 | 5/26/2023 | 5/26/2023 | 6/25/2023 | 66 | 0.00 | 0.00 | 221,504.11 | 0.00 | **221,504.11** | **11,658.11** |
| **Total for C00667** | | | | | | | **0.00** | **0.00** | **221,504.11** | **819.15** | **222,323.26** | **11,658.11** |
| C00668 | Great Greek | SVF 22-0016-01 | 12/12/2022 | 12/12/2022 | 1/11/2023 | 231 | 0.00 | 0.00 | 0.00 | 206.46 | **206.46** | **0.00** |
| **Total for C00668** | | | | | | | **0.00** | **0.00** | **0.00** | **206.46** | **206.46** | **0.00** |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C00676 | Axient LLC | AIA-1014 | 4/28/2023 | 4/28/2023 | 6/12/2023 | 94 | 0.00 | 0.00 | 0.00 | 14,847.55 | **14,847.55** | **781.45** |
| | | AIA-1018 | 5/26/2023 | 5/26/2023 | 7/10/2023 | 66 | 0.00 | 0.00 | 8,182.35 | 0.00 | **8,182.35** | **430.65** |
| **Total for C00676** | | | | | | | **0.00** | **0.00** | **8,182.35** | **14,847.55** | **23,029.90** | **1,212.10** |
| C00678 | Hooters of America | 9988 | 6/30/2023 | 6/30/2023 | 7/29/2023 | 31 | 0.00 | 8,102.42 | 0.00 | 0.00 | **8,102.42** | **0.00** |
| | | 9995 | 6/30/2023 | 6/30/2023 | 7/29/2023 | 31 | 0.00 | 5,066.10 | 0.00 | 0.00 | **5,066.10** | **0.00** |
| **Total for C00678** | | | | | | | **0.00** | **13,168.52** | **0.00** | **0.00** | **13,168.52** | **0.00** |
| C00690 | De Cortez Apartments | SCO 23-0155 | 3/22/2023 | 3/22/2023 | 3/22/2023 | 131 | 0.00 | 0.00 | 0.00 | 554.75 | **554.75** | **0.00** |
| **Total for C00690** | | | | | | | **0.00** | **0.00** | **0.00** | **554.75** | **554.75** | **0.00** |
| C00692 | MV Transportation | SFL 23-0102 | 3/29/2023 | 3/29/2023 | 3/29/2023 | 124 | 0.00 | 0.00 | 0.00 | 654.67 | **654.67** | **0.00** |
| **Total for C00692** | | | | | | | **0.00** | **0.00** | **0.00** | **654.67** | **654.67** | **0.00** |
| C00694 | Sharla Heyen | SFL 23-0111 | 3/29/2023 | 3/29/2023 | 3/29/2023 | 124 | 0.00 | 0.00 | 0.00 | 195.85 | **195.85** | **0.00** |
| **Total for C00694** | | | | | | | **0.00** | **0.00** | **0.00** | **195.85** | **195.85** | **0.00** |
| C00700 | Premier Real Estate Management | SCO 23-0126 | 3/15/2023 | 3/15/2023 | 3/15/2023 | 138 | 0.00 | 0.00 | 0.00 | 258.00 | **258.00** | **0.00** |
| | | SCO 23-0129 | 4/3/2023 | 4/3/2023 | 4/3/2023 | 119 | 0.00 | 0.00 | 0.00 | 297.00 | **297.00** | **0.00** |
| **Total for C00700** | | | | | | | **0.00** | **0.00** | **0.00** | **555.00** | **555.00** | **0.00** |
| C00710 | MD Now | SFL 23-0125 | 4/14/2023 | 4/14/2023 | 4/14/2023 | 108 | 0.00 | 0.00 | 0.00 | 210.00 | **210.00** | **0.00** |
| **Total for C00710** | | | | | | | **0.00** | **0.00** | **0.00** | **210.00** | **210.00** | **0.00** |
| C00712 | Hutchinson Island Hotel and Suites | SFL 23-0130 | 4/28/2023 | 4/28/2023 | 4/28/2023 | 94 | 0.00 | 0.00 | 0.00 | 210.00 | **210.00** | **0.00** |
| **Total for C00712** | | | | | | | **0.00** | **0.00** | **0.00** | **210.00** | **210.00** | **0.00** |
| C00717 | Nooks LLC | INV0984 | 5/31/2023 | 5/31/2023 | 6/30/2023 | 61 | 0.00 | 0.00 | 35,461.80 | 0.00 | **35,461.80** | **0.00** |
| **Total for C00717** | | | | | | | **0.00** | **0.00** | **35,461.80** | **0.00** | **35,461.80** | **0.00** |
| | | | | | **Grand totals** | | **540,941.25** | **693,356.74** | **688,618.81** | **1,289,296.37** | **3,212,213.17** | **464,280.95** |