**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: November 13, 2023**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-53233 |
| | : | |
| Cusitech, LLC | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

### ORDER APPROVING MOTION TO SHORTEN APPLICABLE NOTICE PERIOD FOR OBJECTIONS TO APPLICATON TO EMPLOY AUCTIONEER
### (REL DOC #51)

This matter is before the Court upon the Motion of Christal L. Caudill, Trustee, to shorten the applicable notice period to the Application to Employ Auctioneer filed on November 13, 2023 (Document No. 50). Pursuant to Rules 2002-1 and 9006 of the Bankruptcy Rules and upon review of the Trustee's motion, the Court approves said Motion.

It is therefore ORDERED and DECREED that the Motion to Reduce Time shall be, and it hereby is granted. Any objection to the Application to Employ Auctioneer shall be filed and served no later than 11:59 p.m. prevailing Eastern Time on November 27, 2023.

**IT IS SO ORDERED**

Copies to default list